# Attachment A

# DECLARATION OF CRYSTAL D. OSTRUM
## Pursuant to 28 U.S.C. §1746

I, Crystal D. Ostrum, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1. I am a citizen of the United States and am over eighteen (18) years of age.

2. I am a Federal Trade Investigator for the Federal Trade Commission ("FTC" or "Commission"). I am presently assigned to the Enforcement Division of the FTC's Bureau of Consumer Protection in Washington, DC. My work address is 600 Pennsylvania Avenue, N.W., Mail Drop CC-9528, Washington, DC 20580. As an investigator with the FTC, my duties include investigating possible violations of the FTC Act and violations of federal court orders obtained by the Commission. I have been an investigator since June 2014.

3. Between approximately April 2015 and July 2015, FTC Investigator Gina Pickerrell was assigned to this matter and acted as the primary custodian of all subpoena returns. Ms. Pickerrell received the files and ensured that the returns were scanned and preserved in both hard copy and digital form. FTC staff placed the digital form of these files on the Division of Enforcement shared drive.

4. In July 2015, Investigator Gina Pickerrell left the Federal Trade Commission, and I was assigned to work on the HGC Diet Direct matter. I took custody of the files pertaining to this case that Ms. Pickerrell had in her possession.

5. Exhibits to this declaration have been redacted in accordance with FRCP 5.2. Additionally, the FTC has removed the following information in its entirety: social security numbers, taxpayer identification numbers, financial account customer numbers,

credit scores, dates of birth, driver's license numbers, house number and street name on personal residence addresses, minor children's names, personal telephone numbers, personal email addresses, loan account numbers, and sensitive health information. Finally, at Defendants' request, the FTC has redacted the number and street name of the address for Ethington Management, Inc., as well as the names of the banks where the Ethingtons maintain personal financial accounts.

## Financial Statements

6. Financial statements and selected attachments submitted to the Federal Trade Commission by the Defendants are included with this declaration as noted below.

7. A true and correct copy of Clint Ethington's Individual Financial Statement dated April 18, 2013, is included with this declaration as **Exhibit 1**.

8. A true and correct copy of HCG Diet Direct LLC's Corporate Financial Statement dated April 23, 2013 and the Attachment for Item 8 therein is included with this declaration as **Exhibit 2.**

9. A true and correct copy of the HCG Diet Direct LLC's financial statements, submitted as Attachments to HCG Diet Direct LLC's Corporate Financial Statement, is included with this declaration as **Exhibit 3.**

10. A true and correct copy of the June 13, 2013 Addendum Letter to the FTC from Claude C. Wild III and Clint Ethington is included with this declaration as **Exhibit 4.**

## Bank Documents

11. The FTC served subpoenas on the Bank of America and FirstBank in the course of the compliance investigation. Selected pages from those returns are included with this declaration as noted below.

12. A true and correct copy of the FTC's April 2015 Subpoena to Bank of America is included with this declaration as **Exhibit 5.**

13. True and correct copies of the April 15, 2015 and April 28, 2015 Certifications from Bank of America, attesting to its productions of responsive documents, are included with this declaration as **Exhibit 6.**

14. A true and correct copy of selected pages from Bank of America's productions in response to the April 2015 subpoena, including HCG Diet Direct LLC's bank statements, is included with this declaration as **Exhibit 7.**

15. A true and correct copy of selected pages from Bank of America's productions in response to the April 2015 subpoena, including Easy Payment Services LLC's bank statements, is included with this declaration as **Exhibit 8.**

16. A true and correct copy of selected pages from Bank of America's productions in response to the April 2015 subpoena, including Optimize LLC's bank statements, is included with this declaration as **Exhibit 9.**

17. A true and correct copy of selected pages from Bank of America's productions in response to the April 2015 subpoena, including checks drawn on Optimize LLC's account, is included with this declaration as **Exhibit 10.**

18. A true and correct copy of the FTC's subpoena sent to FirstBank in April 2015 is included with this declaration as **Exhibit 11.**

19. A true and correct copy of the April 14, 2015 Certification from FirstBank, attesting to its production of documents responsive to the April 2015 subpoena, is included with this declaration as **Exhibit 12.**

20. A true and correct copy of selected pages from FirstBank's production in response to the April 2015 subpoena, including HCG Diet Direct LLC's bank statements, is included with this declaration as **Exhibit 13.**

21. A true and correct copy of selected pages from FirstBank's production in response to the April 2015 subpoena, including Optimize LLC's bank statements, is included with this declaration as **Exhibit 14.**

22. A true and correct copy of selected pages from FirstBank's production in response to the April 2015 subpoena, including Ethington Management Inc.'s bank statements, is included with this declaration as **Exhibit 15.**

23. A true and correct copy of selected pages from FirstBank's production in response to the April 2015 subpoena, including Prescription HCG LLC's bank statements, is included with this declaration as **Exhibit 16.**

24. A true and correct copy of selected pages from FirstBank's production in response to the April 2015 subpoena, including Growth Hormones Direct LLC's bank statements, is included with this declaration as **Exhibit 17.**

25. A true and correct copy of selected pages from FirstBank's production in response to the April 2015 subpoena, including NovusOP LLC's bank statements, is included with this declaration as **Exhibit 18.**

26. A true and correct copy of selected pages from FirstBank's production in response to the April 2015 subpoena, including Diet Redi LLC's bank statements, is included with this declaration as **Exhibit 19.**

27. A true and correct copy of the FTC's June 2015 subpoena to FirstBank is included with this declaration as **Exhibit 20.**

28. A true and correct copy of FirstBank's May 28, 2015, cover letter and Certification, attesting to its production of responsive documents, is included with this declaration as **Exhibit 21.**

29. A true and correct copy of selected pages from FirstBank's production in response to the May 2015 subpoena, including Boxed Beginnings LLC's bank statements, is included with this declaration as **Exhibit 22.**

30. A true and correct copy of selected pages from FirstBank's production in response to the May 2015 subpoena, including Truly Imagine Inc.'s bank statements, is included with this declaration as **Exhibit 23.**

31. A true and correct copy of FTC's May 2015 subpoena to Bank of America is included with this declaration as **Exhibit 24.**

32. A true and correct copy of Certifications by Bank of America, dated June 9 and July 1, 2015, attesting to its productions of documents responsive to the May 2015 subpoena, is included with this declaration as **Exhibit 25.**

33. A true and correct copy of selected pages from Bank of America's production in response to the May 2015 subpoena, including HCG Diet Direct LLC's credit card statements, is included with this declaration as **Exhibit 26.**

34. A true and correct copy of selected pages from Bank of America's production in response to the May 2015 subpoena, including Optimize LLC's credit card statements, is included with this declaration as **Exhibit 27.**

### Documents submitted by Defendants

35. Documents submitted to the court by the Defendants have been included with this declaration as noted below.

36. A true and correct copy of the Declaration of Clint D. Ethington, executed on May 13, 2015, is included with this declaration as **Exhibit 28.**

37. A true and correct copy of a selected portion of Amended Exhibit B to the Declaration of Clint D. Ethington is included with this declaration as **Exhibit 29.**

38. A true and correct copy of an exhibit, designated by the Defendants as Exhibit 3(b)-1, is included with this declaration as **Exhibit 30.**

39. A true and correct copy of an exhibit, designated by the Defendants as Exhibit 3(b)-3, is included with this declaration as **Exhibit 31.**

40. A true and correct copy of credit card statements produced by Defendants on June 1, 2015, designated by the Defendants as Exhibits 4A-H, is included with this declaration as **Exhibit 32.**

41. A true and correct copy of a selected portion of an exhibit produced by the Defendants on July 17, 2015, and designated by the Defendants as Exhibit Z, is included with this declaration as **Exhibit 33.**

42. A true and correct copy of July 17, 2015 letter to FTC from James R. Prochnow, is included with this declaration as **Exhibit 34.**

## Corporate Records

43. On August 31, 2015, I visited the Arizona Corporation Commission's entity search section of its website, http://ecorp.azcc.gov/Search.  The documents discussed below are publicly filed and publicly available on the Arizona Corporation Commission's website.

44. I searched for Truly Imagine, and found the Corporation Commission information page for Truly Imagine Inc. The information page lists Seth Hassell as Director of the entity. I also found an Annual Report for this entity. The Annual Report was due on or before

February 22, 2015. The Annual Report lists Seth Hassell as President. True and correct copies of these pages are included with this declaration as **Exhibit 35**.

45. I searched for Boxed Beginnings, and found the Corporation Commission information page for Boxed Beginnings, LLC. The information page lists Truly Imagine Inc. as the manager and member of the entity. I also found the Articles of Organization for this entity. The Articles list Seth Hassell as the agent for service for the entity. The Articles list Truly Imagine Inc. as the initial manager and the only member that owns twenty percent or greater interest in Boxed Beginnings, LLC. True and correct copies of these pages are included with this declaration as **Exhibit 36**.

46. I searched for Circular Motions, and located the Corporation Commission's information page for Circular Motions, LLC. The information page lists Truly Imagine Inc. as manager and Hudd Hassell and Truly Imagine Inc. as members of the entity. I also found the Articles of Organization for this entity. The Articles list Seth Hassell as the agent for service for the entity. The Articles list Truly Imagine Inc. as the initial manager and the only member that owns twenty percent or greater interest in Circular Motions, LLC. True and correct copies of these pages are included with this declaration as **Exhibit 37**.

47. I searched for Live Beyond, and located the Corporation Commission's information page for Live Beyond, LLC. The information page lists Truly Imagine Inc. as Manager and Member of the entity. I also found the Articles of Organization for this entity. The Articles list Seth Hassell as the agent for service for the entity. The Articles list Truly Imagine Inc. as the initial manager and the only member that owns twenty percent or greater interest in Live Beyond, LLC. True and correct copies of these pages are included with this declaration as **Exhibit 38**.

48. I searched for Manta Ray Investments, and located the Corporation Commission's information page for Manta Ray Investments, LLC. The information page lists Truly Imagine Inc. as manager and member of the entity. I also found the Articles of Organization for this entity. The Articles list Seth Hassell as the agent for service for the entity. The Articles list Truly Imagine Inc. as the initial manager and the only member that owns twenty percent or greater interest in Manta Ray Investments, LLC. True and correct copies of these pages are included with this declaration as **Exhibit 39**.

49. I searched for Silver Lining Assets, and located the Corporation Commission's information page for Silver Lining Assets, LLC. The information page lists Truly Imagine Inc. as manager and member of the entity. I also found the Articles of Organization for this entity. The Articles list Seth Hassell as the agent for service for the entity. The Articles list Truly Imagine Inc. as the initial manager and the only member that owns twenty percent or greater interest in Silver Lining Assets, LLC. True and correct copies of these pages are included with this declaration as **Exhibit 40**.

50. I searched for The Cause Investments, and located the Corporation Commission's information page for The Cause Investments, LLC. The information page lists Truly Imagine Inc. as manager and member of the entity. I also found the Articles of Organization for this entity. The Articles list Seth Hassell as the agent for service for the entity. The Articles list Truly Imagine Inc. as the initial manager and the only member that owns twenty percent or greater interest in The Cause Investments, LLC. True and correct copies of these pages are included with this declaration as **Exhibit 41**.

51. I searched for True Energy Ventures, and located the Corporation Commission's information page for True Energy Ventures, LLC. The information page lists Truly

Imagine Inc. as a member of the entity. I also found the Articles of Organization for this entity. The Articles list Seth Hassell as the agent for service and as the initial manager of the entity. The Articles list Truly Imagine Inc. as the only member that owns twenty percent or greater interest in True Energy Ventures, LLC. True and correct copies of these pages are included with this declaration as **Exhibit 42**.

52. I searched for Optimize, and located the Corporation Commission's information page for Optimize, L.L.C. The information page lists Ethington Management Inc. and Boxed Beginnings LLC as managers and members of the entity. I also found the Articles of Organization for this entity. The Articles list Ethington Management Inc. and Boxed Beginnings LLC as both managers and members of the entity. True and correct copies of these pages are included with this declaration as **Exhibit 43**.

53. I searched for Growth Hormones Direct, and located the Corporation Commission's information page for Growth Hormones Direct, LLC. The information page lists Seth Hassell and Clint Ethington as managers of the entity, and Circlular[sic] Motions LLC and Ethington Management Inc. as members of the entity. I also found the Articles of Organization for this entity. The Articles list Clint Ethington as the manager of the entity and Seth Hassell as a member. True and correct copies of these pages are included with this declaration as **Exhibit 44**.

54. I searched for HCG Diet Direct and found the Corporation Commission's information page for HCG Diet Direct, LLC. The information page lists Clint Ethington and Lauren Ethington as managers of the entity and Live Beyond LLC and Ethington Management Inc. as members of the entity. I also found the Articles of Organization for this entity. The Articles of Organization list Lauren Ethington and Clint Ethington as managers for

the entity. The information page lists Live Beyond, LLC and Ethington Management Inc. as members of the entity. True and correct copies of these pages are included with this declaration as **Exhibit 45**.

55. I searched for Prescription HCG and found the Corporation Commission's information page for Prescription HCG, LLC. The information page lists Seth Hassell and Clint Ethington as managers of the entity, and Ethington Management Inc. and Manta Rey[sic] Investments LLC as members of the entity. I also found the Articles of Organization for this entity. The Articles of Organization list Clint Ethington and Seth Hassell as managers of the entity. True and correct copies of these pages are included with this declaration as **Exhibit 46**.

56. I searched for NovusOP and found the Corporation Commission's information page for NovusOP, L.L.C. The information page lists Seth Hassell and Clint Ethington as managers of the entity and Ethington Management Inc. and Silver Lining Assets LLC as members of the entity. I also found the Articles of Organization for this entity. The Articles list Clint Ethington and Seth Hassell as managers of the entity. True and correct copies of these pages are included with this declaration as **Exhibit 47**.

57. I searched for Diet Redi and found the Corporation Commission's information page for Diet Redi, LLC. The information page lists Ethington Management Inc., The Cause Investments LLC, and Clint Ethington as members of the entity. I also found the Articles of Organization for this entity. The Articles listed Clint Ethington as manager and Ethington Management, Inc. as a member of the entity. True and correct copies of these pages are included with this declaration as **Exhibit 48**.

58. I searched for Easy Payment Services, and located the Corporation Commission's information page for Easy Payment Services, L.L.C. The information page lists Clint Ethington and Seth Hassell as managers of the entity and Ethington Management Inc. and True Energy Ventures LLC as members of the entity. I also located the Articles of Organization for the entity. True and correct copies of these pages are included with this declaration as **Exhibit 49**.

59. On September 3, 2015, I visited the Arizona Corporation Commission's entity search section of its website, http://ecorp.azcc.gov/Search. I searched for The Sole Investment Company, and located the Corporation Commission's information page for The Sole Investment Company L.L.C. The information page lists Seth Hassell as the Statutory Agent and a member of the entity. The Articles of Organization were not available on the Corporation Commission website. A true and correct copy of the information page is included with this declaration as **Exhibit 50**.

### Redacted Information

60. In light of the information redacted by the parties' agreement, I was asked to review certain of the documents to confirm the substance of redacted information. Specifically, I reviewed an unredacted version of Exhibit 1, among others, and confirmed that the address Defendants' provided for Ethington Management, Inc. was the same as the Ethingtons' personal residence as of April 2013. Further, I reviewed unredacted versions of Exhibits 1 and 15 and confirmed that the memo lines on checks drawn from the Ethington Management, Inc., financial account payable to "LTS" and deposited by the Legacy Traditional Charter School referenced one of the Ethingtons' minor children.

_____
CRYSTAL D. OSTRUM

Executed on September 8, 2015 in Washington, D.C.