# Exhibit 1

## BACKGROUND INFORMATION

### Item 1. Information About You

| | |
|---|---|
| Full Name Clint D Ethington | Social Security No. REDACTED |
| Current Address of Primary Residence **REDACTED** Tucson AZ  85743 | Driver's License No. REDACTED   State Issued AZ |
| | Phone Numbers Home: **REDACTED** Fax:  (     ) | Date of Birth: REDACTED (mm/dd/yyyy) |
| | Place of Birth Provo, Utah |
| ☐ Rent  ☑ Own   From (Date): 06 / 01 / 2006 (mm/dd/yyyy) | E-Mail Address REDACTED |
| Internet Home Page N/A | |

### Previous Addresses for past five years (if required, use additional pages at end of form)

| Address | From / Until |
|---|---|
| Address N/A | From:   /   /     Until:   /   / (mm/dd/yyyy)          (mm/dd/yyyy) ☐ Rent ☐ Own |
| Address N/A | From:   /   /     Until:   /   / ☐ Rent ☐ Own |
| Address N/A | From:   /   /     Until:   /   / ☐ Rent ☐ Own |

Identify any other name(s) and/or social security number(s) you have used, and the time period(s) during which they were used:
N/A

### Item 2. Information About Your Spouse or Live-In Companion

| | | |
|---|---|---|
| Spouse/Companion's Name Lauren Ethington | Social Security No. REDACTED | Date of Birth REDACTED (mm/dd/yyyy) |
| Address (if different from yours) N/A | Phone Number REDACTED ☐ Rent ☑ Own | Place of Birth Pomona Valley, Ca From (Date): 06 / 01 /2006 (mm/dd/yyyy) |

Identify any other name(s) and/or social security number(s) you have used, and the time period(s) during which they were used:
Lauren Kalland, maiden name

| | |
|---|---|
| Employer's Name and Address Ethington Managment Inc **REDACTED** Tucson AZ  85743 | Job Title President |
| | Years in Present Job 10   Annual Gross Salary/Wages $ 50,000.00 |

### Item 3. Information About Your Previous Spouse

| | |
|---|---|
| Name and Address N/A | Social Security No. Date of Birth   /   / (mm/dd/yyyy) |

### Item 4. Contact Information (name and address of closest living relative other than your spouse)

| | |
|---|---|
| Name and Address Daryle Ethington, **REDACTED** | Phone Number REDACTED |

Initials: CE ____

CONFIDENTIAL

## Item 5. Information About Dependents (whether or not they reside with you)

| Name and Address | Social Security No. | Date of Birth |
|---|---|---|
| **REDACTED**<br><br>Tucson AZ  85743 ⊞ | **REDACTED** | **REDACTED**<br>(mm/dd/yyyy) |
| | Relationship<br>Son | |
| **REDACTED**<br><br>Tucson AZ  85743 ⊞ | Social Security No.<br>**REDACTED** | Date of Birth<br>**REDACTED**<br>(mm/dd/yyyy) |
| | Relationship<br>Daughter | |
| **REDACTED**<br><br>Tucson AZ  85743 ⊞ | Social Security No.<br>**REDACTED** | Date of Birth<br>**REDACTED**<br>(mm/dd/yyyy) |
| | Relationship<br>Daughter | |
| Name and Address | Social Security No. | Date of Birth<br> /    /<br>(mm/dd/yyyy) |
| | Relationship | |

## Item 6. Employment Information/Employment Income

Provide the following information for this year-to-date and for each of the previous five full years, for each business entity of which you were a director, officer, member, partner, employee (including self-employment), agent, owner, shareholder, contractor, participant or consultant at any time during that period. "Income" includes, but is not limited to, any salary, commissions, distributions, draws, consulting fees, loans, loan payments, dividends, royalties, and benefits for which you did not pay (e.g., health insurance premiums, automobile lease or loan payments) received by you or anyone else on your behalf.

| Company Name and Address | Dates Employed | | Income Received: This year to date | |
|---|---|---|---|---|
| Ethington Management, Inc<br>REDACTED<br>Tucson AZ  85743 ⊞<br>Ownership Interest? ◉ Yes ☐ No | From (Month/Year)<br>05 / 2002 | To (Month/Year)<br>04 / 2013 | Year<br>20 13<br>2012<br>2011 | Income<br>$ 6,600<br>$ 51,000<br>$ 56,919 |
| Positions Held | From (Month/Year) | To (Month/Year) | 2010 | $ 95,720 |
| Secretary/Treasurer | / | / | 2009 | $ 84,278 |
| | / | / | 2008 | $ 55,426 |
| Company Name and Address | Dates Employed | | Income Received: This year to date | |
| PRE Properties, LLC<br>5150 S. Julian Dr<br>Tucson AZ  85706<br>Ownership Interest? ◉ Yes ☐ No | From (Month/Year)<br>10 / 2003 | To (Month/Year)<br>04 / 2013 | Year<br>20 13<br>2012<br>2011 | Income<br>$ 0<br>$ 0<br>$ 0 |
| Positions Held | From (Month/Year) | To (Month/Year) | 2010 | $ 0 |
| Managing Member | / | / | 2009 | $ 0 |
| | / | / | 2008 | $ 0 |
| Company Name and Address | Dates Employed | | Income Received: This year to date | |
| N/A<br><br><br>Ownership Interest? ☐ Yes ☐ No | From (Month/Year)<br>/ | To (Month/Year)<br>/ | Year<br><br>20 | Income<br>$<br>$ |
| Positions Held | From (Month/Year) | To (Month/Year) | | $ |
| | / | / | | $ |
| | / | / | | $ |
| | / | / | | $ |

CE<br>Initials: _____

Attach. A Ostrum Dec. Ex. 1 at 002

CONFIDENTIAL

**Item 7.  Pending Lawsuits Filed By or Against You or Your Spouse**

List all pending lawsuits that have been filed by or against you or your spouse in any court or before an administrative agency in the United States or in any foreign country or territory.  *Note:  At Item 12, list lawsuits that resulted in final judgments or settlements in your favor.  At Item 21, list lawsuits that resulted in final judgments or settlements against you.*

| Caption of Proceeding | Court or Agency and Location | Case No. | Nature of Proceeding | Relief Requested | Status or Disposition |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Item 8.  Safe Deposit Boxes**

List all safe deposit boxes, located within the United States or in any foreign country or territory, whether held individually or jointly and whether held by you, your spouse, or any of your dependents, or held by others for the benefit of you, your spouse, or any of your dependents.

| Name of Owner(s) | Name & Address of Depository Institution | Box No. | Contents |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

CE
Initials: _____

CONFIDENTIAL

## FINANCIAL INFORMATION

**REMINDER:** When an item asks for information regarding your "assets" and "liabilities" include ALL assets and liabilities, located within the United States or in any foreign country or territory, or institution, whether held individually or jointly, and whether held by you, your spouse, or any of your dependents, or held by others for the benefit of you, your spouse, or any of your dependents. In addition, provide all documents requested in Item 24 with your completed Financial Statement.

### ASSETS

### Item 9. Cash, Bank, and Money Market Accounts
List cash on hand (as opposed to cash in bank accounts or other financial accounts) and all bank accounts, money market accounts, or other financial accounts, including but not limited to checking accounts, savings accounts, and certificates of deposit. The term "cash on hand" includes but is not limited to cash in the form of currency, uncashed checks, and money orders.

| a. Amount of Cash on Hand $ 100 | | Form of Cash on Hand  Bills | | |
|---|---|---|---|---|
| b.  Name on Account | Name & Address of Financial Institution | Account No. | | Current Balance |
| Clint Ethington | REDACTED Denver, CO | REDACTED | | $ 1,963.79 |
| Clint Ethington | REDACTED Denver, CO | REDACTED | | $ 15 |
| Lauren Ethington | REDACTED | REDACTED | | $ 10 |
| | | | | $ |
| | | | | $ |

### Item 10.  Publicly Traded Securities
List all publicly traded securities, including but not limited to, stocks, stock options, corporate bonds, mutual funds, U.S. government securities (including but not limited to treasury bills and treasury notes), and state and municipal bonds.  Also list any U.S. savings bonds.

| Owner of Security  N/A | | Issuer | Type of Security | No. of Units Owned |
|---|---|---|---|---|
| Broker House, Address | | Broker Account No. | | |
| | | Current Fair Market Value $ | Loan(s) Against Security $ | |
| Owner of Security | | Issuer | Type of Security | No. of Units Owned |
| Broker House, Address | | Broker Account No. | | |
| | | Current Fair Market Value $ | Loan(s) Against Security $ | |
| Owner of Security | | Issuer | Type of Security | No. of Units Owned |
| Broker House, Address | | Broker Account No. | | |
| | | Current Fair Market Value $ | Loan(s) Against Security $ | |

Initials: _____ CE

Attach. A Ostrum Dec. Ex. 1 at 004

CONFIDENTIAL

## Item 11.  Non-Public Business and Financial Interests

List all non-public business and financial interests, including but not limited to any interest in a non-public corporation, subchapter-S corporation, limited liability corporation ("LLC"), general or limited partnership, joint venture, sole proprietorship, international business corporation or personal investment corporation, and oil or mineral lease.

| Entity's Name & Address | Type of Business or Financial Interest (e.g., LLC, partnership) | Owner (e.g., self, spouse) | Ownership % | If Officer, Director, Member or Partner, Exact Title |
|---|---|---|---|---|
| Ethington Management, Inc REDACTED Tucson AZ  85743 | Corporation | Self | 50% | Secretary/Treasurer |
| PRE Properties, LLC 5150 S. Julian Dr Tucson AZ  85706 | LLC | Self | 33% | Member |
| | | | | |

## Item 12.  Amounts Owed to You, Your Spouse, or Your Dependents

| Debtor's Name & Address N/A | Date Obligation Incurred (Month/Year) / | Original Amount Owed $ | Nature of Obligation (if the result of a final court judgment or settlement, provide court name and docket number) |
|---|---|---|---|
| | Current Amount Owed $ | Payment Schedule $ | |
| Debtor's Telephone | Debtor's Relationship to You | | |
| Debtor's Name & Address N/A | Date Obligation Incurred (Month/Year) / | Original Amount Owed $ | Nature of Obligation (if the result of a final court judgment or settlement, provide court name and docket number) |
| | Current Amount Owed $ | Payment Schedule $ | |
| Debtor's Telephone | Debtor's Relationship to You | | |

## Item 13.  Life Insurance Policies

List all life insurance policies (including endowment policies) with any cash surrender value.

| Insurance Company's Name, Address, & Telephone No. N/A | Beneficiary | Policy No. | Face Value $ |
|---|---|---|---|
| | Insured | Loans Against Policy $ N/A | Surrender Value $ |
| Insurance Company's Name, Address, & Telephone No. N/A | Beneficiary | Policy No. | Face Value $ |
| | Insured | Loans Against Policy $ | Surrender Value $ |

## Item 14.  Deferred Income Arrangements

List all deferred income arrangements, including but not limited to, deferred annuities, pensions plans, profit-sharing plans, 401(k) plans, IRAs, Keoghs, other retirement accounts, and college savings plans (e.g., 529 Plans).

| Trustee or Administrator's Name, Address & Telephone No. N/A | Name on Account | | Account No. |
|---|---|---|---|
| | Date Established / / (mm/dd/yyyy) | Type of Plan | Surrender Value before Taxes and Penalties $ |
| Trustee or Administrator's Name, Address & Telephone No. | Name on Account | | Account No. |
| | Date Established / / | Type of Plan | Surrender Value before Taxes and Penalties $ |

CE

Initials: _____

Attach. A Ostrum Dec. Ex. 1 at 005

CONFIDENTIAL

**Item 15.  Pending Insurance Payments or Inheritances**
List any pending insurance payments or inheritances owed to you.

| Type | Amount Expected | Date Expected  (mm/dd/yyyy) |
|---|---|---|
| N/A | $ | / / |
| | $ | / / |
| | $ | / / |

**Item 16.  Vehicles**
List all cars, trucks, motorcycles, boats, airplanes, and other vehicles.

| Vehicle Type SUV | Year 2013 | Registered Owner's Name Lauren Ethington | Purchase Price $ Lease | Original Loan Amount $ N/A | Current Balance $ N/A |
|---|---|---|---|---|---|
| Make Ford | | Registration State & No. REDACTED | Account/Loan No. REDACTED | Current Value $ N/A | Monthly Payment $ 477.43 |
| Model Explorer | | Address of Vehicle's Location REDACTED Tucson AZ 85743 | Lender's Name and Address Ford Credit | | |
| Vehicle Type Truck | Year 2012 | Registered Owner's Name Clint Ethington | Purchase Price $ Lease | Original Loan Amount $ N/A | Current Balance $ N/A |
| Make Toyota | | Registration State & No. REDACTED | Account/Loan No. REDACTED | Current Value $ N/A | Monthly Payment $ 747.09 |
| Model Tundra | | Address of Vehicle's Location REDACTED Tucson AZ 85743 | Lender's Name and Address Toyota Credit | | |
| Vehicle Type N/A | Year | Registered Owner's Name | Purchase Price $ | Original Loan Amount $ | Current Balance $ |
| Make | | Registration State & No. | Account/Loan No. | Current Value $ | Monthly Payment $ |
| Model | | Address of Vehicle's Location | Lender's Name and Address | | |
| Vehicle Type N/A | Year | Registered Owner's Name | Purchase Price $ | Original Loan Amount $ | Current Balance $ |
| Make | | Registration State & No. | Account/Loan No. | Current Value $ | Monthly Payment $ |
| Model | | Address of Vehicle's Location | Lender's Name and Address | | |

**Item 17.  Other Personal Property**
List all other personal property not listed in Items 9-16 by category, whether held for personal use, investment or any other reason, including but not limited to coins, stamps, artwork, gemstones, jewelry, bullion, other collectibles, copyrights, patents, and other intellectual property.

| Property  Category (e.g., artwork, jewelry) | Name of Owner | Property Location | Acquisition Cost | Current Value |
|---|---|---|---|---|
| Furniture and Applian | Clint and Lauren Ethington | REDACTED  Tucson A | $ | $ 4,700 |
| Televisions | Clint and Lauren Ethington | REDACTED  Tucson A | $ | $ 1,800 |
| Generator and Misc. | Clint and Lauren Ethington | REDACTED  Tucson A | $ | $ 1,200 |

Initials: _____  CE

Attach. A Ostrum Dec. Ex. 1 at 006

CONFIDENTIAL

## Item 18.  Real Property
List all real property interests (including any land contract)

| Property's Location | Type of Property | Name(s) on Title or Contract and Ownership Percentages |
|---|---|---|
| REDACTED | Residential | Clint and Lauren Ethington- 50/50 |

| Acquisition Date (mm/dd/yyyy) | Purchase Price | Current Value | Basis of Valuation |
|---|---|---|---|
| 06 / / 2006 | $ 827,000 | $ 528,666 | Online Comps |

| Lender's Name and Address | Loan or Account No. | Current Balance On First Mortgage or Contract |
|---|---|---|
| Ocwen PO 6440 Carol Stream Il 60197 | REDACTED | $ 825,941.33 |
| | | Monthly Payment $ 3,955.66 |

| Other Mortgage Loan(s) (describe) | Monthly Payment $ | ☐ Rental Unit |
|---|---|---|
| N/A | Current Balance $ | Monthly Rent Received $ |

| Property's Location | Type of Property | Name(s) on Title or Contract and Ownership Percentages |
|---|---|---|
| REDACTED | Residential | Clint and Lauren Ethington- 50/50 |

| Acquisition Date (mm/dd/yyyy) | Purchase Price | Current Value | Basis of Valuation |
|---|---|---|---|
| 11 / / 06 | $ 384,000 | $ 276,000 | Online Comps |

| Lender's Name and Address | Loan or Account No. | Current Balance On First Mortgage or Contract |
|---|---|---|
| Bank of America PO 650070 Dallas, Tx 75265 | REDACTED | $ 389,478.44 |
| | | Monthly Payment $ 2,054.96 |

| Other Mortgage Loan(s) (describe) | Monthly Payment $ 61.06 | ☐ Rental Unit |
|---|---|---|
| SLS, LLC (Equity line of credit) PO Box 105219 | Current Balance $ 15,531.55 | Monthly Rent Received $ |

## LIABILITIES

## Item 19.  Credit Cards
List each credit card account held by you, your spouse, or your dependents, and any other credit cards that you, your spouse, or your dependents use, whether issued by a United States or foreign financial institution.

| Name of Credit Card (e.g., Visa, MasterCard, Department Store) | Account No. | Name(s) on Account | Current Balance |
|---|---|---|---|
| Discover | REDACTED | Lauren Ethington | $8,598.83 |
| Sears M/C | | Lauren Ethington | $11,399.98 |
| Citi Bank M/C | | Lauren Ethington | $12,468.84 |
| US Bank Visa | | Clint Ethington | $7,034.54 |
| Chase Visa | | Clint Ethington | $3,392.41 |

## Item 20.  Taxes Payable
List all taxes, such as income taxes or real estate taxes, owed by you, your spouse, or your dependents.

| Type of Tax | Amount Owed | Year Incurred |
|---|---|---|
| Federal Income tax | $ 17,440.70 | 2010/2011 |
| | $ | |
| | $ | |

CE
Initials: _____

7 of 10     Federal Trade Commission Financial Statement of Individual Defendant

Attach. A Ostrum Dec. Ex. 1 at 007

CONFIDENTIAL

**Item 21.  Other Amounts Owed by You, Your Spouse, or Your Dependents**
List all other amounts, not listed elsewhere in this financial statement, owed by you, your spouse, or your dependents.

| Lender/Creditor's Name, Address, and Telephone No. N/A | Nature of Debt (if the result of a court judgment or settlement, provide court name and docket number) | | |
|---|---|---|---|
| | Lender/Creditor's Relationship to You | | |

| Date Liability Was Incurred / / (mm/dd/yyyy) | Original Amount Owed $ | Current Amount Owed $ | Payment Schedule |
|---|---|---|---|

| Lender/Creditor's Name, Address, and Telephone No. N/A | Nature of Debt (if the result of a court judgment or settlement, provide court name and docket number) | | |
|---|---|---|---|
| | Lender/Creditor's Relationship to You | | |

| Date Liability Was Incurred / / (mm/dd/yyyy) | Original Amount Owed $ | Current Amount Owed $ | Payment Schedule |
|---|---|---|---|

### OTHER FINANCIAL INFORMATION

**Item 22.  Trusts and Escrows**
List all funds and other assets that are being held in trust or escrow by any person or entity for you, your spouse, or your dependents.  Include any legal retainers being held on your behalf by legal counsel.  Also list all funds or other assets that are being held in trust or escrow by you, your spouse, or your dependents, for any person or entity.

| Trustee or Escrow Agent's Name & Address | Date Established (mm/dd/yyyy) | Grantor | Beneficiaries | Present Market Value of Assets* |
|---|---|---|---|---|
| N/A | / / | | | $ |
| | / / | | | $ |
| | / / | | | $ |

*If the market value of any asset is unknown, describe the asset and state its cost, if you know it.

**Item 23.  Transfers of Assets**
List each person or entity to whom you have transferred, in the aggregate, more than $5,000 in funds or other assets during the previous five years by loan, gift, sale, or other transfer (exclude ordinary and necessary living and business expenses paid to unrelated third parties).  For each such person or entity, state the total amount transferred during that period.

| Transferee's Name, Address, & Relationship | Property Transferred | Aggregate Value* | Transfer Date (mm/dd/yyyy) | Type of Transfer (e.g., Loan, Gift) |
|---|---|---|---|---|
| N/A | | $ | / / | |
| | | $ | / / | |
| | | $ | / / | |

*If the market value of any asset is unknown, describe the asset and state its cost, if you know it.

Initials: __CE__

Attach. A Ostrum Dec. Ex. 1 at 008

CONFIDENTIAL

### Item 24.  Document Requests
Provide copies of the following documents with your completed Financial Statement.

| | |
|---|---|
| | Federal tax returns filed during the last three years by or on behalf of you, your spouse, or your dependents. |
| | All applications for bank loans or other extensions of credit (other than credit cards) that you, your spouse, or your dependents have submitted within the last two years, including by obtaining copies from lenders if necessary. |
| Item 9 | For each bank account listed in Item 9, all account statements for the past 3 years. |
| Item 11 | For each business entity listed in Item 11, provide (including by causing to be generated from accounting records) the most recent balance sheet, tax return, annual income statement, the most recent year-to-date income statement, and all general ledger files from account records. |
| Item 17 | All appraisals that have been prepared for any property listed in Item 17, including appraisals done for insurance purposes.  You may exclude any category of property where the total appraised value of all property in that category is less than $2,000. |
| Item 18 | All appraisals that have been prepared for real property listed in Item 18. |
| Item 21 | Documentation for all debts listed in Item 21. |
| Item 24 | All executed documents for any trust or escrow listed in Item 22.  Also provide any appraisals, including insurance appraisals that have been done for any assets held by any such trust or in any such escrow. |

## SUMMARY FINANCIAL SCHEDULES

### Item 25.  Combined Balance Sheet for You, Your Spouse, and Your Dependents

| Assets | | Liabilities | |
|---|---|---|---|
| Cash on Hand (Item 9) | $ 100.00 | Loans Against Publicly Traded Securities (Item 10) | $ |
| Funds Held in Financial Institutions (Item 9) | $ 1,963.79 | Vehicles - Liens (Item 16) | $ |
| U.S. Government Securities (Item 10) | $ | Real Property – Encumbrances (Item 18) | $ 1,215,419.77 |
| Publicly Traded Securities (Item 10) | $ | Credit Cards (Item 19) | $ 42,894.60 |
| Non-Public Business and Financial Interests (Item 11) | $ | Taxes Payable (Item 20) | $ 17,440.70 |
| Amounts Owed to You (Item 12) | $ | Amounts Owed by You (Item 21) | $ |
| Life Insurance Policies (Item 13) | $ | **Other Liabilities (Itemize)** | |
| Deferred Income Arrangements (Item 14) | $ | | $ |
| Vehicles (Item 16) | $ | | $ |
| Other Personal Property (Item 17) | $ | | $ |
| Real Property (Item 18) | $ 804,666 | | $ |
| **Other Assets (Itemize)** | | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| **Total Assets** | $ | **Total Liabilities** | $ |

### Item 26.  Combined Current Monthly Income and Expenses for You, Your Spouse, and Your Dependents
Provide the current monthly income and expenses for you, your spouse, and your dependents.  Do not include credit card payments separately; rather, include credit card expenditures in the appropriate categories.

| Income (State source of each Item) | | Expenses | |
|---|---|---|---|
| Salary - After Taxes<br>Source: Ethington Management, Inc. | $ 5,000 | Mortgage or Rental Payments for Residence(s) | $ 6,010.62 |
| Fees, Commissions, and Royalties<br>Source: | $ | Property Taxes for Residence(s) | $ |
| Interest<br>Source: | $ | Rental Property Expenses, Including Mortgage Payments, Taxes, and Insurance | $ 1,000 |
| Dividends and Capital Gains<br>Source: | $ | Car or Other Vehicle Lease or Loan Payments | $ 1,224.52 |
| Gross Rental Income<br>Source: | $ | Food Expenses | $ 1,000 |
| Profits from Sole Proprietorships<br>Source: | $ | Clothing Expenses | $ 150.00 |
| Distributions from Partnerships, S-Corporations, and LLCs<br>Source: Ethington Management, Inc, | $ 3,416 | Utilities | $ 1,000 |

Initials: CE

Attach. A Ostrum Dec. Ex. 1 at 009

CONFIDENTIAL

| Item 27.  Combined Current Monthly Income and Expenses for You, Your Spouse, and Your Dependents (cont.) | | | | |
|---|---|---|---|---|
| Distributions from Trusts and Estates Source: | $ | Medical Expenses, Including Insurance | | $ 499.00 |
| Distributions from Deferred Income Arrangements Source: | $ | Other Insurance Premiums | | $ |
| Social Security Payments | $ | Other Transportation Expenses | | $ |
| Alimony/Child Support Received | $ | Other Expenses (Itemize) | | |
| Gambling Income | $ | Federal Income Taxes (see Item 20) | | $ 800.00 |
| Other Income (Itemize) | | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| Total Income | $ | Total Expenses | | $ |

## ATTACHMENTS

### Item 28.  Documents Attached to this Financial Statement
List all documents that are being submitted with this financial statement.

| Item No. Document Relates To | Description of Document |
|---|---|
| 24 | Federal tax returns |
| 24/9 | REDACTED Statements |
| 24/11 | Business records and tax returns of Ethington Management Inc and PRE Properties LL ⊞ |
| | |
| | |
| | |
| | |

I am submitting this financial statement with the understanding that it may affect action by the Federal Trade Commission or a federal court.  I have used my best efforts to obtain the information requested in this statement.  The responses I have provided to the items above are true and contain all the requested facts and information of which I have notice or knowledge.  I have provided all requested documents in my custody, possession, or control.  I know of the penalties for false statements under 18 U.S.C. § 1001, 18 U.S.C. § 1621, and 18 U.S.C. § 1623 (five years imprisonment and/or fines).  I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:
4/18/13
_____
(Date)

_____
Signature

Attach. A Ostrum Dec. Ex. 1 at 010

CONFIDENTIAL

# Exhibit 2

## BACKGROUND INFORMATION

**Item 1.**　　**General Information**

Corporation's Full Name **HCG Diet Direct, LLC**

Primary Business Address **2753 E Broadway, Mesa AZ 85204**　　From (Date) March 2010

Telephone No. **480-281-7594**　　Fax No. _____

E-Mail Address clint@hcgdietdirect.com　Internet Home Page www.hcgdietdirect.com

All other current addresses & previous addresses for past five years, including post office boxes and mail drops:

Address **7850 N Silverbell Rd, #114-287, Tucson AZ 85743** From/Until June 2009/ March 2010

Address _____ From/Until _____

Address _____ From/Until _____

All predecessor companies for past five years:

Name & Address _____ From/Until _____

Name & Address _____ From/Until _____

Name & Address _____ From/Until _____

**Item 2.**　　**Legal Information**

Federal Taxpayer ID No. **REDACTED** _____ State & Date of Incorporation **AZ 6/23/09**

State Tax ID No. **REDACTED** _____ State **AZ** _____ Profit or Not For Profit **Profit**

Corporation's Present Status: Active **X** _____ Inactive _____ Dissolved _____

If Dissolved: Date dissolved _____ By Whom _____

Reasons _____

Fiscal Year-End (Mo./Day) **12/31** _____ Corporation's Business Activities **Health product sales**

**Item 3.**　　**Registered Agent**

Name of Registered Agent **Robert J. St. Clair** _____

Address **215 N Court Ave, 2nd Floor, Tucson AZ 85701** Telephone No. **520-792-1912**

Initials **CE**

Attach. A Ostrum Dec. Ex. 2 at 001

CONFIDENTIAL

**Item 4.**  **Principal Stockholders**

List all persons and entities that own at least 5% of the corporation's stock.

| Name & Address | % Owned |
|---|---|
| Ethington Management, Inc, REDACTED          Tucson AZ 85743 | 50 |
| Live Beyond, LLC, 67 S Higley Rd, Ste 103-250, Gilbert AZ 85296 | 50 |
| | |
| | |

**Item 5.**  **Board Members**

List all members of the corporation's Board of Directors.

| Name & Address | % Owned | Term (From/Until) |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |

**Item 6.**  **Officers**

List all of the corporation's officers, including *de facto* officers (individuals with significant management responsibility whose titles do not reflect the nature of their positions).

| Name & Address | % Owned |
|---|---|
| Clint Ethington, REDACTED          Tucson AZ 85743 | 0 |
| Lauren Ethington, REDACTED          Tucson AZ 85743 | 0 |
| | |
| | |
| | |

Initials   CE

Attach. A Ostrum Dec. Ex. 2 at 002

CONFIDENTIAL                                                                                                    HDD000452

<u>Item 7.</u>        **Businesses Related to the Corporation**

List all corporations, partnerships, and other business entities in which this corporation has an ownership interest.

| Name & Address | Business Activities | % Owned |
|---|---|---|
| N/A | | |
| | | |
| | | |

State which of these businesses, if any, has ever transacted business with the corporation _____

_____

<u>Item 8.</u>        **Businesses Related to Individuals**

List all corporations, partnerships, and other business entities in which the corporation's principal stockholders, board members, or officers (i.e., the individuals listed in Items 4 - 6 above) have an ownership interest.

| Individual's Name | Business Name & Address | Business Activities | % Owned |
|---|---|---|---|
| See attachment | | | |
| | | | |
| | | | |

State which of these businesses, if any, have ever transacted business with the corporation  Optimize, LLC

_____

<u>Item 9.</u>        **Related Individuals**

List all related individuals with whom the corporation has had any business transactions during the three previous fiscal years and current fiscal year-to-date.  A "related individual" is a spouse, sibling, parent, or child of the principal stockholders, board members, and officers (i.e., the individuals listed in Items 4 - 6 above).

| Name and Address | Relationship | Business Activities |
|---|---|---|
| Jenny Boynton, REDACTED Mesa AZ 85213 | Sister | Supplied products/inventory |
| | | |
| | | |

Page 4                                                                Initials __CE__

CONFIDENTIAL                                                                HDD000453

<u>Item 10.</u>          **Outside Accountants**

List all outside accountants retained by the corporation during the last three years.

| <u>Name</u> | <u>Firm Name</u> | <u>Address</u> | <u>CPA/PA?</u> |
|---|---|---|---|
| Thom Rooney | Thomas G Rooney CPA, PC | PO Box 36837, Tucson AZ 85740 | CPA |

<u>Item 11.</u>          **Corporation's Recordkeeping**

List all individuals within the corporation with responsibility for keeping the corporation's financial books and records for the last three years.

| <u>Name, Address, & Telephone Number</u> | <u>Position(s) Held</u> |
|---|---|
| Clint Ethington, REDACTED          Tucson AZ 85743 | Manager |

<u>Item 12.</u>          **Attorneys**

List all attorneys retained by the corporation during the last three years.

| <u>Name</u> | <u>Firm Name</u> | <u>Address</u> |
|---|---|---|
| James Prochnow | Greenberg Traurig | 1200 17th St, Ste 2400, Denver CO 80202 |
| Justin Prochnow | " | " |
| Robert St. Clair | Freeman and St. Clair PLLC | 215 N Court Ave, 2nd Floor, Tucson AZ 85701 |

Initials   <u>CE</u>

Attach. A Ostrum Dec. Ex. 2 at 004

CONFIDENTIAL                                                                 HDD000454

<u>**Item 13.**</u>      **Pending Lawsuits Filed by the Corporation**

List all pending lawsuits that have been filed by the corporation in court or before an administrative agency. (List lawsuits that resulted in final judgments or settlements in favor of the corporation in Item 25).

Opposing Party's Name & Address ___N/A_____

Court's Name & Address _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Initials ___CE___

Attach. A Ostrum Dec. Ex. 2 at 005

CONFIDENTIAL                                                                    HDD000455

**Item 14.**    **Current Lawsuits Filed Against the Corporation**

List all pending lawsuits that have been filed against the corporation in court or before an administrative agency.  (List lawsuits that resulted in final judgments, settlements, or orders in Items 26 - 27).

Opposing Party's Name & Address  N/A _____

Court's Name & Address _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status _____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status _____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status _____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status _____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status _____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status _____

Page 7                                                      Initials ___CE___

Attach. A Ostrum Dec. Ex. 2 at 006

**Item 15.**     **Bankruptcy Information**

List all state insolvency and federal bankruptcy proceedings involving the corporation.

Commencement Date  N/A _____     Termination Date _____     Docket No. _____

If State Court: Court & County _____     If Federal Court: District _____

Disposition _____

**Item 16.**     **Safe Deposit Boxes**

List all safe deposit boxes, located within the United States or elsewhere, held by the corporation, or held by others for the benefit of the corporation. *On a separate page, describe the contents of each box.*

| Owner's Name | Name & Address of Depository Institution | Box No. |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |

## FINANCIAL INFORMATION

**REMINDER:  When an Item asks for information about assets or liabilities "held by the corporation," include ALL such assets and liabilities, located within the United States or elsewhere, held by the corporation or held by others for the benefit of the corporation.**

**Item 17.**     **Tax Returns**

List all federal and state corporate tax returns filed for the last three complete fiscal years. *Attach copies of all returns.*

| Federal/ State/Both | Tax Year | Tax Due Federal | Tax Paid Federal | Tax Due State | Tax Paid State | Preparer's Name |
|---|---|---|---|---|---|---|
| Both | 2011 | $ | $ | $ | $ | Thom Rooney |
| Both | 2010 | $ | $ | $ | $ | Thom Rooney |
| Both | 2009 | $ | $ | $ | $ | Thom Rooney |

Initials  CE ____

Attach. A Ostrum Dec. Ex. 2 at 007

CONFIDENTIAL     HDD000457

Item 18.          Financial Statements

List all financial statements that were prepared for the corporation's last three complete fiscal years and for the current fiscal year-to-date. *Attach copies of all statements, providing audited statements if available.*

| Year | Balance Sheet | Profit & Loss Statement | Cash Flow Statement | Changes in Owner's Equity | Audited? |
|------|---------------|-------------------------|---------------------|---------------------------|----------|
| 2013 | Yes | Yes | No | No | No |
| 2012 | Yes | Yes | No | No | No |
| 2011 | Yes | Yes | No | No | No |
| 2010 | Yes | Yes | No | No | No |

Item 19.          Financial Summary

For each of the last three complete fiscal years and for the current fiscal year-to-date for which the corporation has not provided a profit and loss statement in accordance with Item 18 above, provide the following summary financial information.

| | Current Year-to-Date | 1 Year Ago | 2 Years Ago | 3 Years Ago |
|------|------|------|------|------|
| Gross Revenue | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |
| Net Profit After Taxes | $ | $ | $ | $ |
| Payables | $ | | | |
| Receivables | $ | | | |

Item 20.          Cash, Bank, and Money Market Accounts

List cash and all bank and money market accounts, including but not limited to, checking accounts, savings accounts, and certificates of deposit, held by the corporation. The term "cash" includes currency and uncashed checks.

Cash on Hand $ 2,479.95                Cash Held for the Corporation's Benefit $ 0

| Name & Address of Financial Institution | Signator(s) on Account | Account No. | Current Balance |
|------|------|------|------|
| FirstBank, Gilbert AZ | Clint Ethington, JoLynn Anderson | REDACTED | $ 2,479.95 |
| | | | $ |
| | | | $ |
| | | | $ |

Page 9                                                        Initials __CE__

CONFIDENTIAL                                            HDD000458

**Item 21.**     **Government Obligations and Publicly Traded Securities**

List all U.S. Government obligations, including but not limited to, savings bonds, treasury bills, or treasury notes, held by the corporation.  Also list all publicly traded securities, including but not limited to, stocks, stock options, registered and bearer bonds, state and municipal bonds, and mutual funds, held by the corporation.

Issuer N/A_____ Type of Security/Obligation _____

No. of Units Owned _____ Current Fair Market Value $_____ Maturity Date _____

Issuer _____ Type of Security/Obligation _____

No. of Units Owned _____ Current Fair Market Value $_____ Maturity Date _____

**Item 22.**     **Real Estate**

List all real estate, including leaseholds in excess of five years, held by the corporation.

Type of Property N/A_____ Property's Location_____

Name(s) on Title and Ownership Percentages_____

Current Value $_____ Loan or Account No. _____

Lender's Name and Address_____

Current Balance On First Mortgage $_____ Monthly Payment $_____

Other Loan(s) (describe)_____ Current Balance $_____

Monthly Payment $_____ Rental Unit?_____ Monthly Rent Received $_____

Type of Property_____ Property's Location_____

Name(s) on Title and Ownership Percentages_____

Current Value $_____ Loan or Account No. _____

Lender's Name and Address_____

Current Balance On First Mortgage $_____ Monthly Payment $_____

Other Loan(s) (describe)_____ Current Balance $_____

Monthly Payment $_____ Rental Unit?_____ Monthly Rent Received $_____

Page 10                                               Initials _CE_

CONFIDENTIAL                                          HDD000459

**Item 23.**       **Other Assets**

List all other property, by category, with an estimated value of $2,500 or more, held by the corporation, including but not limited to, inventory, machinery, equipment, furniture, vehicles, customer lists, computer software, patents, and other intellectual property.

| Property Category | Property Location | Acquisition Cost | Current Value |
|---|---|---|---|
| N/A | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

**Item 24.**       **Trusts and Escrows**

List all persons and other entities holding funds or other assets that are in escrow or in trust for the corporation.

| Trustee or Escrow Agent's Name & Address | Description and Location of Assets | Present Market Value of Assets |
|---|---|---|
| N/A | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

Page 11

Initials ____ CE

CONFIDENTIAL

**Item 25.**        **Monetary Judgments and Settlements Owed To the Corporation**

List all monetary judgments and settlements, recorded and unrecorded, owed to the corporation.

Opposing Party's Name & Address  N/A _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date of Judgment _____ Amount $_____

Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date of Judgment _____ Amount $_____


**Item 26.**        **Monetary Judgments and Settlements Owed By the Corporation**

List all monetary judgments and settlements, recorded and unrecorded, owed by the corporation.

Opposing Party's Name & Address  N/A _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date_____ Amount $_____

Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date of Judgment _____ Amount $_____

Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date of Judgment _____ Amount $_____

Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date of Judgment _____ Amount $_____

Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date of Judgment _____ Amount $_____

Initials _____ CE _____

CONFIDENTIAL                                                    HDD000461

**Item 27.**     **Government Orders and Settlements**

List all existing orders and settlements between the corporation and any federal or state government entities.

Name of Agency  N/A _____     Contact Person _____

Address _____     Telephone No. _____

Agreement Date _____  Nature of Agreement _____

**Item 28.**     **Credit Cards**

List all of the corporation's credit cards and store charge accounts and the individuals authorized to use them.

| Name of Credit Card or Store | Names of Authorized Users and Positions Held |
|---|---|
| Bank of America Visa | Clint Ethington / Manager |
| Bank of America Visa | Seth Hassell / Manager of Live Beyond, LLC |
| | |
| | |
| | |

**Item 29.**     **Compensation of Employees**

List all compensation and other benefits received from the corporation by the five most highly compensated employees, independent contractors, and consultants (other than those individuals listed in Items 5 and 6 above), for the two previous fiscal years and current fiscal year-to-date. "Compensation" includes, but is not limited to, salaries, commissions, consulting fees, bonuses, dividends, distributions, royalties, pensions, and profit sharing plans. "Other benefits" include, but are not limited to, loans, loan payments, rent, car payments, and insurance premiums, whether paid directly to the individuals, or paid to others on their behalf.

| Name/Position | Current Fiscal Year-to-Date | 1 Year Ago | 2 Years Ago | Compensation or Type of Benefits |
|---|---|---|---|---|
| None | $ | $ | $ | |
| | $ | $ | $ | |
| | $ | $ | $ | |
| | $ | $ | $ | |
| | $ | $ | $ | |

Page 13

Initials  CE

Attach. A Ostrum Dec. Ex. 2 at 012

CONFIDENTIAL

HDD000462

**Item 30.**　　　**Compensation of Board Members and Officers**

List all compensation and other benefits received from the corporation by each person listed in Items 5 and 6, for the current fiscal year-to-date and the two previous fiscal years. "Compensation" includes, but is not limited to, salaries, commissions, consulting fees, dividends, distributions, royalties, pensions, and profit sharing plans. "Other benefits" include, but are not limited to, loans, loan payments, rent, car payments, and insurance premiums, whether paid directly to the individuals, or paid to others on their behalf.

| Name/Position | Current Fiscal Year-to-Date | 1 Year Ago | 2 Years Ago | Compensation or Type of Benefits |
|---|---|---|---|---|
| Ethington Management Inc/Member | $ 24,000 | $ 131,000 | $ 161,700 | Distributions |
| Live Beyond LLC/Member | $ 24,000 | $ 131,000 | $ 161,700 | Distributions |
| | $ | $ | $ | |
| | $ | $ | $ | |
| | $ | $ | $ | |
| | $ | $ | $ | |
| | $ | $ | $ | |
| | $ | $ | $ | |

**Item 31.**　　　**Transfers of Assets Including Cash and Property**

List all transfers of assets over $2,500 made by the corporation, other than in the ordinary course of business, during the previous three years, by loan, gift, sale, or other transfer.

| Transferee's Name, Address, & Relationship | Property Transferred | Aggregate Value | Transfer Date | Type of Transfer (e.g., Loan, Gift) |
|---|---|---|---|---|
| None, other than shown in Item 30 | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |

Page 14　　　　　　　　　　　　　　　　　　Initials __CE__

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　HDD000463

<u>**Item 32.**</u>      **Documents Attached to the Financial Statement**

List all documents that are being submitted with the financial statement.

| Item No. Document Relates To | Description of Document |
|---|---|
| Item 17 | Tax returns |
| Item 18 | Financial statements |
| Item 8 | Related Businesses |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

      I am submitting this financial statement with the understanding that it may affect action by the Federal Trade Commission or a federal court. I have used my best efforts to obtain the information requested in this statement. The responses I have provided to the items above are true and contain all the requested facts and information of which I have notice or knowledge. I have provided all requested documents in my custody, possession, or control. I know of the penalties for false statements under 18 U.S.C. § 1001, 18 U.S.C. § 1621, and 18 U.S.C. § 1623 (five years imprisonment and/or fines). I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:

4/22/2013
(Date)

Signature

Manager
Corporate Position

Page 15

Initials ___CE___

CONFIDENTIAL                                                                                     HDD000464

**Attachment for Item 8**

| Individual's Name | Business Name & Address | Business Activities | % Owned |
|---|---|---|---|
| Clint Ethington | Ethington Management Inc | Business management | 50 |
| Clint Ethington | PRE Properties, LLC | Real Estate Invesment | 33 |
| Lauren Ethington | Ethington Management Inc | Business management | 50 |
| Ethington Management Inc | HCG Diet Direct, LLC | Health Products Sales | 50 |
| Ethington Management Inc | Optimize, LLC | Advertising agency | 50 |
| Ethington Management Inc | Growth Hormones Direct, LLC | Homeopathic HGH distribution | 50 |
| Ethington Management Inc | Easy Payment Services, LLC | Accounting and payment services | 50 |
| Ethington Management Inc | NovusOP, LLC | RX Health products distribution/Not active | 50 |
| Ethington Management Inc | Prescription HCG, LLC | RX & Health distribution/Not active | 50 |
| Ethington Management Inc | DietRedi, LLC | Health Food Manufacturing/ Not active | 50 |

CONFIDENTIAL

HDD000522

# Exhibit 3

12:00 PM

04/17/13

Cash Basis

# HCG Diet Direct, LLC
## Profit & Loss
### January through December 2010

|  | Jan - Dec 10 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| **Income** |  |
| Returns | -3,311.48 |
| Income - Other | 2,294,286.97 |
| **Total Income** | 2,290,975.49 |
| **Total Income** | 2,290,975.49 |
| **Cost of Goods Sold** |  |
| Merchant Account Fees | 57,787.80 |
| Customer Booklets | 4,278.78 |
| Product Cost | 539,352.90 |
| **Total COGS** | 601,419.48 |
| **Gross Profit** | 1,689,556.01 |
| **Expense** |  |
| Domains | 315.13 |
| Advertising and Promotion | 834,447.37 |
| Bank Service Charges | 95.30 |
| Business Licenses and Permits | 123.14 |
| Computer and Internet Expenses | 2,775.00 |
| **Contract Services** |  |
| Spokesperson | 4,150.00 |
| Outside Sales | 365.00 |
| SEO | 12,000.00 |
| Freelance Writing | 19,200.00 |
| Web Services | 42,034.89 |
| **Total Contract Services** | 77,749.89 |
| **Insurance Expense** |  |
| General Liability Insurance | 12,513.00 |
| **Total Insurance Expense** | 12,513.00 |
| **Meals and Entertainment** |  |
| Meals | 234.00 |
| Office Meals 100% | 35.41 |
| **Total Meals and Entertainment** | 269.41 |
| Miscellaneous Expense | 160.70 |
| Postage and Delivery | 142,499.03 |
| **Professional Fees** |  |
| Southwest CPA Services, LLP | 1,898.00 |
| Snell & Wilmer, L.L.P. | -7,517.80 |
| Professional Fees - Other | 1,971.00 |
| **Total Professional Fees** | -3,648.80 |
| **Taxes** |  |
| Sales Tax | 18,223.68 |
| **Total Taxes** | 18,223.68 |
| Telephone Expense | 710.42 |
| **Total Expense** | 1,086,233.27 |
| **Net Ordinary Income** | 603,322.74 |
| **Net Income** | **603,322.74** |

CONFIDENTIAL

Attach. A Ostrum Dec. Ex. 3 at 001

HDD000514

11:58 AM
04/17/13
Cash Basis

# HCG Diet Direct, LLC
## Balance Sheet
### As of December 31, 2010

|                                      | Dec 31, 10   |
|--------------------------------------|-------------:|
| **ASSETS**                           |              |
|   **Current Assets**       |              |
|     **Checking/Savings** |      |
|       Bank of America | 81,779.02 |
|     **Total Checking/Savings** | 81,779.02 |
|   **Total Current Assets** | 81,779.02    |
| **TOTAL ASSETS**                     | **81,779.02** |
| **LIABILITIES & EQUITY**             |              |
|   **Liabilities**          |              |
|     **Current Liabilities** |   |
|       **Credit Cards** | |
|         **B of A CC - 2145** | |
|           B of A CC - 8794 | 10,665.51 |
|           B of A CC - 7923 | 146,684.65 |
|           B of A CC - 2145 - Other | -154,734.70 |
|         **Total B of A CC - 2145** | 2,615.46 |
|       **Total Credit Cards** | 2,615.46 |
|       **Other Current Liabilities** | |
|         Sales Tax Payable | 647.63 |
|       **Total Other Current Liabilities** | 647.63 |
|     **Total Current Liabilities** | 3,263.09 |
|     **Long Term Liabilities** | |
|       Due to Ethington Mgmt. | 379.88 |
|     **Total Long Term Liabilities** | 379.88 |
|   **Total Liabilities**    | 3,642.97     |
|   **Equity**               |              |
|     Shareholder Equity | 40,057.17 |
|     Distributions - Live Beyond | -376,100.00 |
|     Distributions - Ethington Mgmt. | -371,100.00 |
|     Retained Earnings | 181,956.14 |
|     Net Income     | 603,322.74   |
|   **Total Equity**         | 78,136.05    |
| **TOTAL LIABILITIES & EQUITY**       | **81,779.02** |

CONFIDENTIAL

Attach. A Ostrum Dec. Ex. 3 at 002

HDD000515

11:59 AM
04/17/13
Cash Basis

# HCG Diet Direct, LLC
## Profit & Loss
### January through December 2011

|  | Jan - Dec 11 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Income** | |
| Returns | -30,159.69 |
| Income - Other | 1,548,331.73 |
| **Total Income** | 1,518,172.04 |
| **Total Income** | 1,518,172.04 |
| **Cost of Goods Sold** | |
| Merchant Account Fees | 44,966.43 |
| Product Cost | 430,568.32 |
| **Total COGS** | 475,534.75 |
| **Gross Profit** | 1,042,637.29 |
| **Expense** | |
| Licensing | 5.00 |
| Storage | 300.00 |
| Domains | 7,065.56 |
| Advertising and Promotion | 393,322.59 |
| Bank Service Charges | 16.74 |
| **Contract Services** | |
| Medical Trial | 1,837.00 |
| Spokesperson | 4,300.00 |
| Outside Sales | 97.46 |
| SEO | 436,081.71 |
| Freelance Writing | 355.93 |
| Web Services | 34,245.48 |
| **Total Contract Services** | 476,917.58 |
| **Insurance Expense** | |
| General Liability Insurance | 10,180.23 |
| **Total Insurance Expense** | 10,180.23 |
| Miscellaneous Expense | 0.00 |
| Postage and Delivery | 136,076.77 |
| **Professional Fees** | |
| Attorney | 7,500.00 |
| Ronald Willis | 2,500.00 |
| **Total Professional Fees** | 10,000.00 |
| **Taxes** | |
| Sales Tax | 7,388.66 |
| **Total Taxes** | 7,388.66 |
| **Total Expense** | 1,041,273.13 |
| **Net Ordinary Income** | 1,364.16 |
| **Net Income** | **1,364.16** |

CONFIDENTIAL

Attach. A Ostrum Dec. Ex. 3 at 003

HDD000516

11:58 AM

04/17/13

Cash Basis

# HCG Diet Direct, LLC
# Balance Sheet
### As of December 31, 2011

|  | Dec 31, 11 |
| --- | --- |
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Bank of America | 14,642.11 |
| **Total Checking/Savings** | 14,642.11 |
| **Total Current Assets** | 14,642.11 |
| **TOTAL ASSETS** | **14,642.11** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| **B of A CC - 2145** | |
| B of A CC - 8794 | 18,245.81 |
| B of A CC - 7923 | 292,135.11 |
| B of A CC - 2145 - Other | -309,112.08 |
| **Total B of A CC - 2145** | 1,268.84 |
| **Total Credit Cards** | 1,268.84 |
| **Other Current Liabilities** | |
| Mr. Ethington | 6,316.63 |
| **Total Other Current Liabilities** | 6,316.63 |
| **Total Current Liabilities** | 7,585.47 |
| **Long Term Liabilities** | |
| Due to Ethington Mgmt. | 379.88 |
| **Total Long Term Liabilities** | 379.88 |
| **Total Liabilities** | 7,965.35 |
| **Equity** | |
| Intracompany | 250,776.55 |
| Shareholder Equity | 40,057.17 |
| Distributions - Live Beyond | -538,000.00 |
| Distributions - Ethington Mgmt. | -532,800.00 |
| Retained Earnings | 785,278.88 |
| Net Income | 1,364.16 |
| **Total Equity** | 6,676.76 |
| **TOTAL LIABILITIES & EQUITY** | **14,642.11** |

CONFIDENTIAL

Attach. A Ostrum Dec. Ex. 3 at 004

HDD000517

11:59 AM
04/17/13
Cash Basis

# HCG Diet Direct, LLC
## Profit & Loss
### January through December 2012

|  | Jan - Dec 12 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Income** | |
| Returns | -12,200.22 |
| Income - Other | 840,586.53 |
| **Total Income** | 828,386.31 |
| **Total Income** | 828,386.31 |
| **Cost of Goods Sold** | |
| Merchant Account Fees | 25,728.02 |
| Product Cost | 224,607.89 |
| **Total COGS** | 250,335.91 |
| **Gross Profit** | 578,050.40 |
| **Expense** | |
| Commissions | 2,455.60 |
| Licensing | 30.00 |
| Storage | 4,126.58 |
| Domains | 1,464.39 |
| Management | 133,602.80 |
| Advertising and Promotion | 3,623.76 |
| Bank Service Charges | 225.80 |
| Computer and Internet Expenses | 315.00 |
| **Contract Services** | |
| Spokesperson | 2,400.00 |
| Outside Sales | 48.73 |
| SEO | 0.00 |
| Web Services | 1,355.71 |
| **Total Contract Services** | 3,804.44 |
| **Insurance Expense** | |
| General Liability Insurance | 7,677.56 |
| **Total Insurance Expense** | 7,677.56 |
| Interest Expense | 106.14 |
| Miscellaneous Expense | 1,215.74 |
| Office Supplies | 32.85 |
| Postage and Delivery | 95,570.04 |
| **Professional Fees** | |
| Attorney | 80,837.47 |
| **Total Professional Fees** | 80,837.47 |
| **Taxes** | |
| Sales Tax | 2,836.23 |
| **Total Taxes** | 2,836.23 |
| **Total Expense** | 337,924.40 |
| **Net Ordinary Income** | 240,126.00 |
| **Net Income** | 240,126.00 |

CONFIDENTIAL

Attach. A Ostrum Dec. Ex. 3 at 005

HDD000518

11:57 AM
04/17/13
Cash Basis

# HCG Diet Direct, LLC
# Balance Sheet
### As of December 31, 2012

|  | Dec 31, 12 |
|---|---|
| **ASSETS** |  |
| **Current Assets** |  |
| **Checking/Savings** |  |
| 1st Bank 2680 | 13,691.40 |
| **Total Checking/Savings** | 13,691.40 |
| **Total Current Assets** | 13,691.40 |
| **TOTAL ASSETS** | **13,691.40** |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Credit Cards** |  |
| **B of A CC - 2145** |  |
| B of A CC - 8794 | 53,963.38 |
| B of A CC - 7923 | 325,370.18 |
| B of A CC - 2145 - Other | -375,952.27 |
| **Total B of A CC - 2145** | 3,381.29 |
| **Total Credit Cards** | 3,381.29 |
| **Total Current Liabilities** | 3,381.29 |
| **Long Term Liabilities** |  |
| Due to Lilve Beyond | 49,500.00 |
| Due to Ethington Mgmt. | 379.88 |
| **Total Long Term Liabilities** | 49,879.88 |
| **Total Liabilities** | 53,261.17 |
| **Equity** |  |
| Intracompany | 227,204.02 |
| Shareholder Equity | 40,057.17 |
| Distributions - Live Beyond | -669,400.00 |
| Distributions - Ethington Mgmt. | -664,200.00 |
| Retained Earnings | 786,643.04 |
| Net Income | 240,126.00 |
| **Total Equity** | -39,569.77 |
| **TOTAL LIABILITIES & EQUITY** | **13,691.40** |

CONFIDENTIAL

Attach. A Ostrum Dec. Ex. 3 at 006

HDD000519

**11:58 AM**

**04/17/13**

**Cash Basis**

# HCG Diet Direct, LLC
## Profit & Loss
### January through March 2013

| | Jan - Mar 13 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Income** | |
| Returns | -453.35 |
| Income - Other | 123,423.59 |
| **Total Income** | 122,970.24 |
| **Total Income** | 122,970.24 |
| **Cost of Goods Sold** | |
| Merchant Account Fees | 7,801.78 |
| Product Cost | 43,567.04 |
| **Total COGS** | 51,368.82 |
| **Gross Profit** | 71,601.42 |
| **Expense** | |
| Storage | 232.28 |
| Domains | 189.64 |
| Bank Service Charges | 2.00 |
| Computer and Internet Expenses | 1,281.00 |
| **Contract Services** | |
| SEO | 33,089.58 |
| Web Services | 120.00 |
| **Total Contract Services** | 33,209.58 |
| Insurance Expense | 1,392.17 |
| Postage and Delivery | 13,261.04 |
| **Professional Fees** | |
| Attorney | 9,246.03 |
| **Total Professional Fees** | 9,246.03 |
| **Total Expense** | 58,813.74 |
| **Net Ordinary Income** | 12,787.68 |
| **Net Income** | **12,787.68** |

CONFIDENTIAL

Attach. A Ostrum Dec. Ex. 3 at 007

HDD000520

11:57 AM
04/17/13
Cash Basis

## HCG Diet Direct, LLC
## Balance Sheet
### As of March 31, 2013

|  | Mar 31, 13 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1st Bank 2680 | 2,394.91 |
| **Total Checking/Savings** | 2,394.91 |
| **Total Current Assets** | 2,394.91 |
| **TOTAL ASSETS** | **2,394.91** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| **B of A CC - 2145** | |
| B of A CC - 8794 | 53,963.38 |
| B of A CC - 7923 | 325,370.18 |
| B of A CC - 2145 - Other | -370,836.44 |
| **Total B of A CC - 2145** | 8,497.12 |
| **Total Credit Cards** | 8,497.12 |
| **Total Current Liabilities** | 8,497.12 |
| **Long Term Liabilities** | |
| Due to Live Beyond | 63,500.00 |
| Due to Ethington Mgmt. | 379.88 |
| **Total Long Term Liabilities** | 63,879.88 |
| **Total Liabilities** | 72,377.00 |
| **Equity** | |
| Intracompany | 232,004.02 |
| Shareholder Equity | 40,057.17 |
| Distributions - Live Beyond | -693,400.00 |
| Distributions - Ethington Mgmt. | -688,200.00 |
| Retained Earnings | 1,026,769.04 |
| Net Income | 12,787.68 |
| **Total Equity** | -69,982.09 |
| **TOTAL LIABILITIES & EQUITY** | **2,394.91** |

Page 1

CONFIDENTIAL

Attach. A Ostrum Dec. Ex. 3 at 008

HDD000521

# Exhibit 4



Claude C. Wild III
Tel 303.572.6564
Fax 720.904.7664
WildC@gtlaw.com

June 13, 2013

**VIA E-MAIL**

James A. Prunty
Federal Trade Commission
600 Pennsylvania Avenue
Room NJ-3212
Washington DC  20580

Re:    HCG Diet Direct, LLC -- Addendum to Financial Statement

Dear Mr. Prunty:

This is an addendum to the Corporate Financial Statement of HCG Diet Direct, LLC
submitted on April 23, 2013.  You have asked about whether the following entities have
any financial or non-financial assets:

   Ethington Management, Inc.
   Optimize, LLC
   Growth Hormones Direct, LLC
   Easy Payment Services, LLC
   NovusOP, LLC
   Prescription HCG, LLC
   DietRedi, LLC

These entities were listed on the Attachment for Item 8 on the Financial Statement
submitted earlier.  With the exception of Optimize, LLC, none of these entities has any
financial or non-financial assets.  Optimize, LLC does not have any financial assets, but
it does own some computers and desks that are worth no more than $3,000 to $4,000 and
are what its employees use daily.

Please let me know if you have any questions.

Sincerely,                                              Approved,

Claude C. Wild III                                     Clint Ethington

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
The Tabor Center ■ 1200 17th Street ■ Suite 2400 ■ Denver, CO 80202 ■ Tel 303.572.6500 ■ Fax 303.572.6540

# Exhibit 5

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Federal Trade Commission | ) |
| *Plaintiff* | ) |
| v. | ) |
| HCG Diet Direct, LLC, and Clint Ethington | ) |
| | ) |
| *Defendant* | ) |

Civil Action No. 2:14-CV-00015-NVW

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:     Bank of America, N.A., ATTN: Legal Order Processing
        1001 Pennsylvania Ave. NW, Washington, DC  20004

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Schedule A attached

| Place: Gina Pickerrell, Federal Trade Commission 600 Pennsylvania Ave. NW, Mail Drop CC-9528 Washington, DC  20580 | Date and Time: April 20, 2015, 9:00 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     4/2/2015

CLERK OF COURT

OR

_____            _____
*Signature of Clerk or Deputy Clerk*                  *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Federal Trade Commission _____ , who issues or requests this subpoena, are:

Korin Ewing Felix, 600 Pennsylvania Ave NW, CC-9528, Wash. DC 20580; kfelix@ftc.gov; 202-326-3556

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:14-CV-00015-NVW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

□ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

□ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

 **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
   **(i)** is a party or a party's officer; or
   **(ii)** is commanded to attend a trial and would not incur substantial expense.

 **(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

 **(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
   **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
   **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3)** *Quashing or Modifying a Subpoena.*
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
   **(i)** fails to allow a reasonable time to comply;
   **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
   **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
   **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
   **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

   **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
   **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
   **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

 **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

 **(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
   **(i)** expressly make the claim; and
   **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SCHEDULE A

## I.   DEFINITIONS

A.   "**And**," as well as "**or**," shall be construed both conjunctively and disjunctively, as necessary, in order to bring within the scope of any specification in this Schedule all information that otherwise might be construed to be outside the scope of the specification.

B.   "**Any**" shall be construed to include "**all**," and "**all**" shall be construed to include the word "**any**."

C.   "**Company**" shall mean Bank of America, N.A., its wholly or partially owned subsidiaries, unincorporated divisions, joint ventures, operations under assumed names, and affiliates, and all directors, officers, employees, agents, consultants, and other persons working for or on behalf of the foregoing.

D.   "**Document**" shall mean the complete original and any non-identical copy (whether different from the original because of notations on the copy or otherwise), regardless of origin or location, of any written, typed, printed, transcribed, filmed, punched, or graphic matter of every type and description, however and by whomever prepared, produced, disseminated or made, including but not limited to any advertisement, book, pamphlet, periodical, contract, correspondence, file, invoice, memorandum, note, telegram, report, record, handwritten note, working paper, routing slip, chart, graph, paper, index, map, tabulation, manual, guide, outline, script, abstract, history, calendar, diary, agenda, minute, code book or label.  **"Document" shall also include all documents, materials, and information, including Electronically Stored Information, within the meaning of the Federal Rules of Civil Procedure.**

E.   "**Each**" shall be construed to include "**every**," and "**every**" shall be construed to include "**each**."

F.   "**Electronically Stored Information**" or "**ESI**" shall mean the complete original and any non-identical copy (whether different from the original because of notations, different metadata, or otherwise), regardless of origin or location, of any writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations stored in any electronic medium from which information can be obtained either directly or, if necessary, after translation by you into a reasonably usable form.  This includes, but is not limited to, electronic mail, instant messaging, videoconferencing, and other electronic correspondence (whether active, archived, or in a deleted items folder), word processing files, spreadsheets, databases, and video and sound recordings, whether stored on: cards; magnetic or electronic tapes; disks; computer hard drives, network shares or servers, or other drives; cloud-based platforms; cell phones, PDAs, computer tablets, or other mobile devices; or other storage media.

1

G.    "**FTC**" or "**Commission**" shall mean the Federal Trade Commission.

H.    "**Identify**" or "**the identity of**" shall be construed to require identification of (a) natural persons by name, title, present business affiliation, present business address and telephone number, or if a present business affiliation or present business address is not known, the last known business and home addresses; and (b) businesses or other organizations by name, address, identities of natural persons who are officers, directors or managers of the business or organization, and contact persons, where applicable.

I.    "**Referring to**" or "**relating to**" shall mean discussing, describing, reflecting, containing, analyzing, studying, reporting, commenting on, evidencing, constituting, setting forth, considering, recommending, concerning, or pertaining to, in whole or in part.

J.    "**Subpoena**" shall mean the Subpoena issued to the Company, including this attached Schedule.

K.    "**You**" and "**your**" shall mean Bank of America, N.A. (the "Company") and includes its wholly or partially owned subsidiaries, unincorporated divisions, joint ventures, operations under assumed names, and affiliates, and all directors, officers, employees, agents, consultants, and other persons working for or on behalf of the foregoing.

## II.    INSTRUCTIONS

A.    **Sharing of Information**:  The Commission often makes its files available to other civil and criminal federal, state, local, or foreign law enforcement agencies. The Commission may make information supplied by you available to such agencies where appropriate pursuant to the Federal Trade Commission Act and 16 C.F.R. § 4.11 (c) and (j).  Information you provide may be used in any federal, state, or foreign civil or criminal proceeding by the Commission or other agencies.

B.    **Document Retention**:  You shall retain all documentary materials used in the preparation of responses to the specifications of this Subpoena.  The Commission may require the submission of additional documents at a later time.  Accordingly, you should suspend any routine procedures for document destruction and take other measures to prevent the destruction of documents that are in any way relevant to this document request, irrespective of whether you believe such documents are protected from discovery by privilege or otherwise.  *See* 15 U.S.C. § 50; *see also* 18 U.S.C. §§ 1505, 1519.

C.    **Scope of Search**:  This Subpoena covers documents and information in your possession or under your actual or constructive custody or control including, but

2

not limited to, documents and information in the possession, custody, or control of your attorneys, accountants, directors, officers, employees, and other agents and consultants, whether or not such documents and information were received from or disseminated to any person or entity.

D.   **Applicable time period**:  Unless otherwise directed in the specifications, the applicable time period for the request shall be from **January 1, 2013 until August 31, 2013**.

E.   **Document Production:**  Send all responsive documents to:

**Gina Pickerrell, Investigator**
**Federal Trade Commission**
**600 Pennsylvania Ave., NW**
**Mailstop CC-9528**
**Washington DC 20580**

Because postal delivery to the Commission is subject to delay due to heightened security precautions, please use a courier service such as Federal Express or UPS. Notice of your intended method of production shall be given by mail or telephone to Korin Ewing Felix at (202) 326-3556 at least five days prior to the return date.

F.   **Document Identification**:  Documents that may be responsive to more than one specification of this Subpoena need not be submitted more than once; however, your response should indicate, for each document submitted, each specification to which the document is responsive.  If any documents responsive to this Subpoena have been previously supplied to the Commission, you may comply with this Subpoena by identifying the document(s) previously provided and the date of submission.   Documents should be produced in the order in which they appear in your files or as electronically stored and without being manipulated or otherwise rearranged; if documents are removed from their original folders, binders, covers, containers, or electronic source in order to be produced, then the documents shall be identified in a manner so as to clearly specify the folder, binder, cover, container, or electronic media or file paths from which such documents came.  In addition, number by page (or file, for those documents produced in native electronic format) all documents in your submission, preferably with a unique Bates identifier, and indicate the total number of documents in your submission.

G.   **Production of Copies**:  Unless otherwise stated, legible photocopies (or electronically rendered images or digital copies of native electronic files) may be submitted in lieu of original documents, provided that the originals are retained in their state at the time of receipt of this Subpoena.  Further, copies of originals may be submitted in lieu of originals only if they are true, correct, and complete copies of the original documents; provided, however, that submission of a copy shall constitute a waiver of any claim as to the authenticity of the copy should it be necessary to introduce such copy into evidence in any Commission proceeding or

3

court of law; and provided further that you shall retain the original documents and produce them to Commission staff upon request. Copies of marketing materials and advertisements shall be produced in color, and copies of other materials shall be produced in color if necessary to interpret them or render them intelligible.

H.   **Electronic Submission of Documents**: The following guidelines refer to the production of any Electronically Stored Information ("ESI") or digitally imaged hard copy documents. Before submitting any electronic production, you must confirm with the Commission counsel named above that the proposed formats and media types will be acceptable to the Commission. The FTC requests Concordance load-ready electronic productions, including DAT and OPT load files.

1.   **Electronically Stored Information**: Documents created, utilized, or maintained in electronic format in the ordinary course of business should be delivered to the FTC as follows:

a.   Spreadsheet and presentation programs, including but not limited to Microsoft Access, SQL, and other databases, as well as Microsoft Excel and PowerPoint files, must be produced in native format with extracted text and metadata. Data compilations in Excel spreadsheets, or in delimited text formats, must contain all underlying data un-redacted with all underlying formulas and algorithms intact. All database productions (including structured data document systems) must include a database schema that defines the tables, fields, relationships, views, indexes, packages, procedures, functions, queues, triggers, types, sequences, materialized views, synonyms, database links, directories, Java, XML schemas, and other elements, including the use of any report writers and custom user data interfaces;

b.   All ESI other than those documents described in (1)(a) above must be provided in native electronic format with extracted text or Optical Character Recognition (OCR) and all related metadata, and with corresponding image renderings as converted to Group IV, 300 DPI, single-page Tagged Image File Format (TIFF) or as color JPEG images (where color is necessary to interpret the contents);

c.   Each electronic file should be assigned a unique document identifier ("DocID") or Bates reference.

2.   **Hard Copy Documents:** Documents stored in hard copy in the ordinary course of business should be submitted in an electronic format when at all possible. These documents should be true, correct, and complete copies of the original documents as converted to TIFF (or color JPEG) images with

4

corresponding document-level OCR text. Such a production is subject to the following requirements:

a. Each page shall be endorsed with a document identification number (which can be a Bates number or a document control number); and

b. Logical document determination should be clearly rendered in the accompanying load file and should correspond to that of the original document; and

c. Documents shall be produced in color where necessary to interpret them or render them intelligible;

3. For each document electronically submitted to the FTC, You should include the following metadata fields in a standard ASCII delimited Concordance DAT file:

a. **For electronic mail**: begin Bates or unique document identification number ("DocID"), end Bates or DocID, mail folder path (location of email in personal folders, subfolders, deleted or sent items), custodian, from, to, cc, bcc, subject, date and time sent, date and time received, and complete attachment identification, including the Bates or DocID of the attachments (AttachIDs) delimited by a semicolon, MD5 or SHA Hash value, and link to native file;

b. **For email attachments**: begin Bates or DocID, end Bates or DocID, parent email ID (Bates or DocID), page count, custodian, source location/file path, file name, file extension, file size, author, date and time created, date and time modified, date and time printed, MD5 or SHA Hash value, and link to native file;

c. **For loose electronic documents (as retrieved directly from network file stores, hard drives, etc.)**: begin Bates or DocID, end Bates or DocID, page count, custodian, source media, file path, filename, file extension, file size, author, date and time created, date and time modified, date and time printed, MD5 or SHA Hash value, and link to native file;

d. **For imaged hard copy documents**: begin Bates or DocID, end Bates or DocID, page count, source, and custodian; and where applicable, file folder name, binder name, attachment range, or other such references, as necessary to understand the context of the document as maintained in the ordinary course of business.

Attach. A Ostrum Dec. Ex. 5 at 008

4.      If you intend to utilize any de-duplication or email threading software or services when collecting or reviewing information that is stored in Your computer systems or electronic storage media, or if Your computer systems contain or utilize such software, You must contact the Commission counsel named above to determine whether and in what manner You may use such software or services when producing materials in response to this Subpoena.

5.      Submit electronic productions as follows:

      a.      With passwords or other document-level encryption removed or otherwise provided to the FTC;

      b.      As uncompressed electronic volumes on size-appropriate, Windows-compatible, media;

      c.      <u>All electronic media shall be scanned for and free of viruses;</u>

      d.      Data encryption tools may be employed to protect privileged or other personal or private information.  The FTC accepts TrueCrypt, PGP, and SecureZip encrypted media.  The passwords should be provided in advance of delivery, under separate cover. Alternate means of encryption should be discussed and approved by the FTC.

      e.      Please mark the exterior of all packages containing electronic media sent through the U.S. Postal Service or other delivery services as follows:

**MAGNETIC MEDIA – DO NOT X-RAY**
**MAY BE OPENED FOR POSTAL INSPECTION.**

6.      All electronic files and images shall be accompanied by a production transmittal letter which includes:

      a.      A summary of the number of records and all underlying images, emails, and associated attachments, native files, and databases in the production; and

      b.      An index that identifies the corresponding consecutive document identification number(s) used to identify each person's documents and, if submitted in paper form, the box number containing such documents.  If the index exists as a computer file(s), provide the index both as a printed hard copy and in machine-readable form (provided that the Commission counsel named above determines prior to submission that the machine- readable form would be in a

6

format that allows the agency to use the computer files). The Commission counsel named above will provide a sample index upon request.

**A Bureau of Consumer Protection Production Guide is available upon request from the Commission counsel named above. This guide provides detailed directions on how to fully comply with this instruction.**

I.     **Sensitive Personally Identifiable Information**:  If any material called for by these requests contains sensitive personally identifiable information or sensitive health information of any individual, please contact us before sending those materials to discuss ways to protect such information during production If that information will not be redacted, contact us to discuss encrypting any electronic copies of such material with encryption software such as SecureZip and provide the encryption key in a separate communication.

For purposes of these requests, sensitive personally identifiable information includes: an individual's Social Security number alone; or an individual's name or address or phone number in combination with one or more of the following: date of birth; Social Security number; driver's license number or other state identification number or a foreign country equivalent; passport number; financial account number; credit card number; or debit card number.  Sensitive health information includes medical records and other individually identifiable health information relating to the past, present, or future physical or mental health or conditions of an individual, the provision of health care to an individual, or the past, present, or future payment for the provision of health care to an individual.

J.     **Certification of Records of Regularly Conducted Activity**:  Attached is a Certification of Records of Regularly Conducted Activity, which may reduce the need to subpoena the Company to testify at future proceedings in order to establish the admissibility of documents produced in response to this Subpoena. You are asked to execute this Certification and provide it with your response.

K.     **Right to Financial Privacy Act**:  The documents demanded by this Subpoena exclude any materials for which prior customer notice is required under the Right to Financial Privacy Act ("RFPA"), 12 U.S.C. §§ 3401, et seq.

a.     The RFPA, 12 U.S.C. § 3401(5), defines "customer" as any person or authorized representative of that person who utilized or is utilizing any service of a financial institution, or for whom a financial institution is acting or has acted as a fiduciary, in relation to an account maintained in the person's name.

b.     The RFPA, 12 U.S.C. § 3401(4), defines "person" as an individual or a partnership of five or fewer individuals.

Attach. A Ostrum Dec. Ex. 5 at 010

     c.     The records demanded herein relate to either (a) an account or accounts at the Company in the name of a corporation or other entity that is not an individual or partnership of five or fewer individuals; or (b) an account or accounts at the Company for which RFPA does not apply because the records are sought under the Federal Rules of Civil Procedure in connection with litigation to which the Commission and the customer are parties, 12 U.S.C. § 3413(e).

L.    **Exclusion of Suspicious Activity Reports**:  The documents demanded by this Subpoena exclude Suspicious Activity Reports, which should not be produced.

## III.  SPECIFICATIONS

1.  **"Corporate Accounts"** shall mean:

    1)  In the name of Easy Payment Services, LLC, including but not limited to the account that has been assigned the following account number:

        i.  *******3332

    2)  In the name of the following entities:

        i.  Ethington Management, Inc.

        ii.  HCG Diet Direct, LLC

        iii.  Optimize, LLC

        iv.  Growth Hormones Direct, LLC

        v.  NovusOP, LLC

        vi.  Prescription HCG, LLC

        vii.  DietRedi, LLC

    3)  In the name of corporations, limited liability companies, partnerships of more than five individuals, or other entities that are not a "person" for purposes of the RFPA, to which any of the following individuals are signatories:

        i.  Clint Ethington

        ii.  Lauren Ethington

Attach. A Ostrum Dec. Ex. 5 at 011

If you are unable to locate the subject accounts, please contact Korin Ewing Felix at (202) 326-3556 for the complete account numbers.

A.  Produce any and all documents relating to each **Corporate Account**, including, but not limited to, the following:

    1)  Account number;

    2)  Type of account;

    3)  Signature cards, corporate resolutions, and all other documents regarding signatories on the account;

    4)  All other documents relating to the opening of the account;

    5)  Copies of monthly or periodic bank statements;

    6)  Copies of checks, drafts, wire transfers, ACH transfers, and other debit instruments, including any agreements and instructions regarding such debit instruments; and

    7)  Copies of all deposit tickets, credits and wire transfers, ACH transfers, and other deposit instruments, including any agreements and instructions regarding such credit instruments.

2.  **Personal Account Information**:  For all accounts maintained by the Company in the name of Clint Ethington, provide the following information:

    1)  Account number;

    2)  Type of account;

    3)  Copies of monthly or periodic bank statements;

    4)  Copies of checks, drafts, wire transfers, ACH transfers, and other debit instruments, including any agreements and instructions regarding such debit instruments; and

    5)  Copies of all deposit tickets, credits and wire transfers, ACH transfers, and other deposit instruments, including any agreements and instructions regarding such credit instruments.

**NOTE:**    **The documents demanded by this Subpoena exclude any information for which prior customer notice is required under to the Right to Financial Privacy Act ("RFPA"), 12 U.S.C. § 3401, et seq.  Specification 1 seeks**

Attach. A Ostrum Dec. Ex. 5 at 012

documents related to accounts titled in the names of corporations and other entities that are not identified with or identifiable as being derived from the financial records of a particular "person" as the term "person" is defined in the RFPA. Specification 2 seeks records sought under the Federal Rules of Civil Procedure in connection with litigation to which the Commission and the customer are parties. If you have any questions about these requests, please contact FTC staff attorney Korin Ewing Felix at (202) 326-3556 before providing responsive documents.

Attach. A Ostrum Dec. Ex. 5 at 013

## <u>CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY</u>
### Pursuant to 28 U.S.C. § 1746

1.    I, _____, have personal knowledge of the facts set forth below and am competent to testify as follows:

2.    I have authority to certify the authenticity of the records produced by Bank of America, N.A. and attached hereto.

3.    The documents produced and attached hereto by Bank of America, N.A. are originals or true copies of records of regularly conducted activity that:

    a)    Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    b)    Were kept in the course of the regularly conducted activity of Bank of America; and

    c)    Were made by the regularly conducted activity as a regular practice of Bank of America, N.A..

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____, 2015.


                                              _____

                                            Signature

Attach. A Ostrum Dec. Ex. 5 at 014

CERTIFICATE OF SERVICE

I, Korin Ewing Felix, an attorney, hereby certify that on March 31, 2015, I caused to be served true and correct copies of the Subpoena for Documents directed to Bank of America, N.A. by email to:

James R. Prochnow
Greenberg Traurig, LLP
The Tabor Center
1200 17th Street
Suite 2400
Denver, CO  80202
prochnowj@gtlaw.com

    /s/ Korin Ewing Felix
Korin Ewing Felix
Attorney for Plaintiff
Federal Trade Commission

12

# Exhibit 6

Bank of America Legal Order Processing
RE: Reference # D040815000222
Court Case number: 2:14-CV-00015-NVW
Court or Issuer: FEDERAL TRADE COMMISSION
Court Case Name: EASY PAYMENT SERVICES

### AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS
Before me, the undersigned authority, personally appeared,
Sean Rash
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Sean Rash, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.)  Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.)  Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.)  Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.
        **Additional Comments:**

- Signature Cards, Bank Statements, Checks, Deposits for account 3332 from February 2012 to March 2015 in the name of  EASY PAYMENT SERVICES LLC

3.) **Production.** *(Select One)*
_____The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
**OR**
_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date:  4 - 15-15          Signature: _____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

_____ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this  15  day of  April 2015 . In witness thereof I have set my hand and official seal.

Signature of Notary Public in and for
State of DE
City/County of Newark/New Castle
My Commission Expires _____

CHRISTINE T ZUKOWSKI
NOTARY PUBLIC
MY COMMISSION EXPIRES ON
10-07-16
STATE OF DELAWARE

Bank of America Legal Order Processing
RE: Reference # D040815000222
Court Case number: 2:14-CV-00015-NVW
Court or Issuer: FEDERAL TRADE COMMISSION
Court Case Name: EASY PAYMENT SERVICES

### AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS
Before me, the undersigned authority, personally appeared,
Sean Rash
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Sean Rash, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.)  Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.)  Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.)  Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.
    **Additional Comments:**

- Signature Cards, Bank Statements, Checks, Deposits for account 8150 from January 2013 to August 2013 in the name of OPTIMIZE LLC DBA GENIUS MONKEY LLC SARCEL SAVINGS ACCOUNT
- Signature Cards, Bank Statements, for account  5235 from January 2013 to August 2013 in the name of HCG DIET DIRECT LLC

3.) **Production.** *(Select One)*
_____ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
**OR**
_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: **4-28-15**        Signature: _____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

____✓____ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this __28__ day of __April 2015__. In witness thereof I have set my hand and official seal.

_____
Signature of Notary Public in and for
State of DE
City/County of Newark/New Castle
My Commission Expires _____

CHRISTINE T ZUKOWSKI
NOTARY PUBLIC
MY COMMISSION
EXPIRES ON
10-07-16
STATE OF DELAWARE

# Exhibit 7

H



Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
01/01/13 through 01/31/13
E0   P PB   0B 48                     032379

Account Number   REDACTED5235

01333 001 SCM999        0

**HCG DIET DIRECT LLC**
**5880 N TUCSON MOUNTAIN DR**
**TUCSON, AZ  85743-7638**

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
## www.bankofamerica.com

For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Deposit Accounts

## Business Economy Checking

HCG DIET DIRECT LLC

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | XXXX XXXX 5235 | Statement Beginning Balance | $765.46 |
| Statement Period | 01/01/13 through 01/31/13 | Amount of Deposits/Credits | $0.00 |
| Number of Deposits/Credits | 0 | Amount of Withdrawals/Debits | $15.00 |
| Number of Withdrawals/Debits | 1 | Statement Ending Balance | $750.46 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $765.46 |
| Number of Days in Cycle | 31 | | |

### Withdrawals and Debits

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 01/31 | 15.00 | Monthly Maintenance Fee | |

H

Page 2 of 3
Statement Period
01/01/13 through 01/31/13
E0  P  PB   0 B 48

HCG DIET DIRECT LLC

Account Number    REDACTED 5235

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) |
|------|-------------|------|-------------|
| 01/01 | 765.46 | 01/31 | 750.46 |



H

032379



H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
02/01/13 through 02/28/13
E0  P PB  0B 48                      031624

Account Number  REDACTED 5235

01333 001 SCM999          0

**HCG DIET DIRECT LLC**
**5880 N TUCSON MOUNTAIN DR**
**TUCSON, AZ  85743-7638**

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
## www.bankofamerica.com

☎   For additional information or service, you may call:
    1.888.BUSINESS (1.888.287.4637)

✉   Or you may write to:
    Bank of America, N.A.
    P.O. Box 25118
    Tampa, FL 33622-5118

## Deposit Accounts

## Business Economy Checking

### HCG DIET DIRECT LLC

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | XXXX XXXX 5235 | Statement Beginning Balance | $750.46 |
| Statement Period | 02/01/13 through 02/28/13 | Amount of Deposits/Credits | $0.00 |
| Number of Deposits/Credits | 0 | Amount of Withdrawals/Debits | $15.00 |
| Number of Withdrawals/Debits | 1 | Statement Ending Balance | $735.46 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $750.46 |
| Number of Days in Cycle | 28 | | |

### Withdrawals and Debits

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 02/28 | 15.00 | Monthly Maintenance Fee | |

H

HCG DIET DIRECT LLC

Page 2 of 3
Statement Period
02/01/13 through 02/28/13
E0   P  PB   0 B  48

Account Number  REDACTED5235

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) |
|------|-------------|------|-------------|
| 02/01 | 750.46 | 02/28 | 735.46 |

031624

H



Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
03/01/13 through 03/31/13
E0  P PB  0B 48          032612
                    REDACTED
Account Number          5235

01333 001 SCM999        0

**HCG DIET DIRECT LLC**
**5880 N TUCSON MOUNTAIN DR**
**TUCSON, AZ  85743-7638**

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
## www.bankofamerica.com

For additional information or service, you may call:
    1.888.BUSINESS (1.888.287.4637)

Or you may write to:
    Bank of America, N.A.
    P.O. Box 25118
    Tampa, FL 33622-5118

## Deposit Accounts

## Business Economy Checking

HCG DIET DIRECT LLC

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | XXXX XXXX 5235 | Statement Beginning Balance | $735.46 |
| Statement Period | 03/01/13 through 03/31/13 | Amount of Deposits/Credits | $0.00 |
| Number of Deposits/Credits | 0 | Amount of Withdrawals/Debits | $15.00 |
| Number of Withdrawals/Debits | 1 | Statement Ending Balance | $720.46 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $735.46 |
| Number of Days in Cycle | 31 | | |

### Withdrawals and Debits

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 03/29 | 15.00 | Monthly Maintenance Fee | |

H

Page 2 of 3
Statement Period
03/01/13 through 03/31/13
EO   P  PB   0 B 48

HCG DIET DIRECT LLC

Account Number REDACTED 5235

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) |
|------|-------------|------|-------------|
| 03/01 | 735.46 | 03/29 | 720.46 |

032612







Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
04/01/13 through 04/30/13
E0  P PB  0B 48          036716
Account Number  REDACTED 5235

01333 001 SCM999        0

HCG DIET DIRECT LLC
5880 N TUCSON MOUNTAIN DR
TUCSON, AZ  85743-7638

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
## www.bankofamerica.com

For additional information or service, you may call:
   1.888.BUSINESS (1.888.287.4637)

Or you may write to:
   Bank of America, N.A.
   P.O. Box 25118
   Tampa, FL 33622-5118

We're improving the system that supports automatic transfers for deposit accounts which will change the timing of certain automatic transfers. **Effective April 23, when an automatic transfer between two of your Bank of America accounts falls on a weekend or federal holiday, it will now occur the prior business day. Please keep this change in mind when you schedule bill payments.** Any other scheduled transfer that falls on a weekend or federal holiday will continue to occur the following business day. Additionally, you'll now be able to manage your transfers through Online Banking by going to the Transfers tab, as well as by calling the number on this statement or visiting your nearby banking center.

Good News! In response to customer feedback we've made some changes to your statements to make them easier to read. Soon you will notice color and graphics to highlight account details and draw attention to notifications and special offers. Over the next few months, a guide will be included with your new statement that will detail the enhancements. Stay tuned!

H

Page 2 of 3
Statement Period
04/01/13 through 04/30/13
E0  P  PB   0B 48

HCG DIET DIRECT LLC

Account Number     REDACTED 5235

## Deposit Accounts

## Business Economy Checking

### HCG DIET DIRECT LLC

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | XXXX XXXX 5235 | Statement Beginning Balance | $720.46 |
| Statement Period | 04/01/13 through 04/30/13 | Amount of Deposits/Credits | $0.00 |
| Number of Deposits/Credits | 0 | Amount of Withdrawals/Debits | $15.00 |
| Number of Withdrawals/Debits | 1 | Statement Ending Balance | $705.46 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $720.46 |
| Number of Days in Cycle | 30 | | |

### Withdrawals and Debits

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 04/30 | 15.00 | Monthly Maintenance Fee | |

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|
| 04/01 | 720.46 | 04/30 | 705.46 |

H

036717

H



Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
05/01/13 through 05/31/13
EO   P PB   0B 48                     036082

Account Number   REDACTED 5235

03333 001 SCM999        0

HCG DIET DIRECT LLC
5880 N TUCSON MOUNTAIN DR
TUCSON, AZ  85743-7638

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
## www.bankofamerica.com

For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Good News! In response to customer feedback we've made some changes to your statements to make them easier to read. Soon you will notice color and graphics to highlight account details and draw attention to notifications and special offers. Over the next few months, a guide will be included with your new statement that will detail the enhancements. Stay tuned!

H

Page 2 of 3
Statement Period
05/01/13 through 05/31/13
E0  P  PB  0 B 48

HCG DIET DIRECT LLC

Account Number   REDACTED5235

## Deposit Accounts

## Business Economy Checking

### HCG DIET DIRECT LLC

#### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | XXXX XXXX 5235 | Statement Beginning Balance | $705.46 |
| Statement Period | 05/01/13 through 05/31/13 | Amount of Deposits/Credits | $0.00 |
| Number of Deposits/Credits | 0 | Amount of Withdrawals/Debits | $15.00 |
| Number of Withdrawals/Debits | 1 | Statement Ending Balance | $690.46 |
| Number of Deposited Items | 0 | | |
| Number of Days in Cycle | 31 | Average Ledger Balance | $705.46 |

### Withdrawals and Debits

#### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 05/31 | 15.00 | Monthly Maintenance Fee | |

#### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|
| 05/01 | 705.46 | 05/31 | 690.46 |



H

036083

Attach. A Ostrum Dec. Ex. 7 at 020



H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
06/01/13 through 06/30/13
E0   P PB   0 B 48                    032656

Account Number   REDACTED 5235

01333 001 SCM999          0

**HCG DIET DIRECT LLC**
**5880 N TUCSON MOUNTAIN DR**
**TUCSON, AZ  85743-7638**

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
## www.bankofamerica.com

For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Deposit Accounts

## Business Economy Checking

### HCG DIET DIRECT LLC

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | XXXX XXXX 5235 | Statement Beginning Balance | $690.46 |
| Statement Period | 06/01/13 through 06/30/13 | Amount of Deposits/Credits | $0.00 |
| Number of Deposits/Credits | 0 | Amount of Withdrawals/Debits | $15.00 |
| Number of Withdrawals/Debits | 1 | Statement Ending Balance | $675.46 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $690.46 |
| Number of Days in Cycle | 30 | | |

### Withdrawals and Debits

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 06/28 | 15.00 | Monthly Maintenance Fee | |

H

HCG DIET DIRECT LLC

Page 2 of 3
Statement Period
06/01/13 through 06/30/13
E0  P  PB  0 B 48

Account Number  REDACTED 5235

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) |
|------|-------------|------|-------------|
| 06/01 | 690.46 | 06/28 | 675.46 |



H

032657



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.888.BUSINESS

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

HCG DIET DIRECT LLC
5880 N TUCSON MOUNTAIN DR
TUCSON, AZ 85743-7638

## Your Business Economy Checking

for July 1, 2013 to July 31, 2013

Account number: REDACTED 5235

### Account summary

| | |
|---|---|
| Beginning balance on July 1, 2013 | $675.46 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -15.00 |
| Ending balance on July 31, 2013 | $660.46 |

# of deposits/credits: 0

# of withdrawals/debits: 1

# of deposited items: 0

# of days in cycle: 31

Average ledger balance: $675.46



# Find great cash back deals all around you.

Online or on your mobile device, BankAmeriDeals® makes it easy to get cash back at stores, restaurants, online merchants and services. Just choose the cash back deals, pay with your eligible debit or credit card and the cash back gets put into your Bank of America® account.

To get started, visit www.bankofamerica.com/deals or tap the "Deals" icon in Mobile Banking.

Bank of America, N.A. Member FDIC



Scan this QR code
with your smartphone
and start picking
your deals now.

Attach. A Ostrum Dec. Ex. 7 at 025

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address – Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

Tell us your name and account number.

Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

© 2013 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

Attach. A Ostrum Dec. Ex. 7 at 026

Page 2 of 4

**Bank of America** 

Your checking account

HCG DIET DIRECT LLC | Account # REDACTED 5235 | July 01, 2013 to July 31, 2013

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 07/31/13 | Monthly Maintenance Fee | -15.00 |
| Total service fees | | -$15.00 |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 07/01 | 675.46 | 07/31 | 660.46 |

# Paperless statements. Very smart.

Switching to paperless documents helps make secure record keeping easier. You can find, view, download and print any time—all in one place. You get email notifications when your statements are ready. Plus, it can help reduce the risk of mail fraud and identity theft.

To go paperless, enroll in Online Banking at www.bankofamerica.com/onlinebanking, find the green leaf icon on your account documents and click "go paperless."

Attach. A Ostrum Dec. Ex. 7 at 027

This page intentionally left blank

Attach. A Ostrum Dec. Ex. 7 at 028



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

Customer service information

 Customer service: 1.888.BUSINESS

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

HCG DIET DIRECT LLC
5880 N TUCSON MOUNTAIN DR
TUCSON, AZ 85743-7638

## Your Business Economy Checking

for August 1, 2013 to August 31, 2013                     Account number: REDACTED5235

Please be sure to review the **important changes to your account** explained in the notice enclosed with this statement.   We're available to discuss any questions you may have by calling us at the toll-free number on your statement or visiting a nearby banking center.

## Account summary

| | | |
|---|---|---|
| Beginning balance on August 1, 2013 | $660.46 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 1 |
| Withdrawals and other debits | -0.00 | # of deposited items: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -15.00 | Average ledger balance: $660.46 |
| Ending balance on August 31, 2013 | $645.46 | |



# Find great cash back deals all around you.

Online or on your mobile device, BankAmeriDeals® makes it easy to get cash back at stores, restaurants, online merchants and services. Just choose the cash back deals, pay with your eligible debit or credit card and the cash back gets put into your Bank of America® account.

To get started, visit www.bankofamerica.com/deals or tap the "Deals" icon in Mobile Banking.

Bank of America, N.A. Member FDIC

Scan this QR code with your smartphone and start picking your deals now.

Attach. A Ostrum Dec. Ex. 7 at 029

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address – Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

Tell us your name and account number.

Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

© 2013 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

Attach. A Ostrum Dec. Ex. 7 at 030

Page 2 of 4

**Bank of America**

Your checking account

HCG DIET DIRECT LLC   |   Account # REDACTED 5235   |   August 01, 2013 to August 31, 2013

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 08/30/13 | Monthly Maintenance Fee | -15.00 |
| Total service fees | | -$15.00 |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 08/01 | 660.46 | 08/30 | 645.46 |

# Paperless statements. Very smart.

Switching to paperless documents helps make secure record keeping easier. You can find, view, download and print any time—all in one place. You get email notifications when your statements are ready. Plus, it can help reduce the risk of mail fraud and identity theft.

To go paperless, enroll in Online Banking at www.bankofamerica.com/onlinebanking, find the green leaf icon on your account documents and click "go paperless."

Attach. A Ostrum Dec. Ex. 7 at 031

This page intentionally left blank

Attach. A Ostrum Dec. Ex. 7 at 032

# Exhibit 8

H



Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 16
Statement Period
01/01/13 through 01/31/13
E0  E PB  EB 44         006500
Account Number  REDACTED 3332

**Bus Platinum Privileges**

01333 E01 SCM999          0

**EASY PAYMENT SERVICES LLC**
**1918 N HIGLEY RD**
**MESA, AZ  85205-3306**

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
## www.bankofamerica.com

For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Deposit Accounts

## Bus Platinum Privileges Relationship
## Business Advantage Checking

EASY PAYMENT SERVICES LLC

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | XXXX XXXX 3332 | Statement Beginning Balance | $20,349.99 |
| Statement Period | 01/01/13 through 01/31/13 | Amount of Deposits/Credits | $84,429.00 |
| Number of Deposits/Credits | 27 | Amount of Withdrawals/Debits | $97,481.63 |
| Number of Withdrawals/Debits | 63 | Statement Ending Balance | $7,297.36 |
| Number of Deposited Items | 3 | | |
| Number of Days in Cycle | 31 | Average Ledger Balance | $7,508.05 |

H

Page 2 of 16
Statement Period
01/01/13 through 01/31/13
E0   E PB   EB 44

Account Number  REDACTED3332

EASY PAYMENT SERVICES LLC

## Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 01/04 | 4,464.69 | Online Banking transfer from Chk 8150 Confirmation# 2933723891 | 957101047511918 |
| 01/07 | 3,743.59 | Counter Credit | 813003150829867 |
| 01/07 | 20.00 | Online Banking transfer from Chk 8150 Confirmation# 0558093987 | 957201077530321 |
| 01/08 | 65.19 | Online Banking transfer from Chk 3466 Confirmation# 1562457205 | 957201087547350 |
| 01/08 | 15.77 | Online Banking transfer from Chk 3466 Confirmation# 2962459535 | 957101087561454 |
| 01/10 | 2,561.25 | Online Banking transfer from Chk 8150 Confirmation# 1584052864 | 957201107571910 |
| 01/16 | 7,721.33 | Counter Credit | 813003150071089 |
| 01/16 | 4,500.00 | Online Banking transfer from Chk 8150 Confirmation# 2838044884 | 957101167580102 |
| 01/16 | 720.38 | Online Banking transfer from Chk 8150 Confirmation# 3938696376 | 957101167590721 |
| 01/18 | 1,392.17 | Counter Credit | 813003150350377 |
| 01/23 | 611.19 | Online Banking transfer from Chk 8150 Confirmation# 0597848229 | 957201237514599 |
| 01/23 | 598.12 | Online Banking transfer from Chk 8150 Confirmation# 3897846030 | 957101237553102 |
| 01/23 | 279.20 | Online Banking transfer from Chk 3466 Confirmation# 1797720619 | 957201237597450 |
| 01/28 | 25,000.00 | Wire Type:Wire IN Date: 130128 Time:1235 Et Trn:2013012800213320 Seq:2013012800339673/000154 Orig:Arizona Flse Trust Accoun ID:1411019819 Snd Bk:The Northern Trust Company ID:066009650 Pmt Det:Ref: Zookaware Settlement #1 | 903701280213320 |
| 01/29 | 1,565.18 | Online Banking transfer from Chk 8150 Confirmation# 0449319269 | 957201297576813 |
| 01/29 | 688.13 | Online Banking transfer from Chk 8150 Confirmation# 1747815819 | 957201297564423 |
| 01/29 | 496.26 | Online Banking transfer from Chk 8150 Confirmation# 4248952882 | 957101297526495 |
| 01/30 | 25,000.00 | Wire Type:Wire IN Date: 130130 Time:1317 Et Trn:2013013000220395 Seq:2013013000336779/000305 Orig:Arizona Flse Trust Accoun ID:1411019819 Snd Bk:The Northern Trust Company ID:066009650 Pmt Det:Ref: Zookaware Settlement #2 | 903701300220395 |
| 01/31 | 4,484.69 | Online Banking transfer from Chk 8150 Confirmation# 4266316137 | 957101317505940 |
| 01/31 | 117.56 | Online Banking transfer from Chk 8150 Confirmation# 4266318213 | 957101317506362 |
| 01/31 | 112.00 | Online Banking transfer from Chk 8150 Confirmation# 0466332076 | 957201317588409 |
| 01/31 | 112.00 | Online Banking transfer from Chk 8150 Confirmation# 1766333810 | 957201317588791 |
| 01/31 | 99.50 | Online Banking transfer from Chk 3086 Confirmation# 4266324252 | 957101317507578 |
| 01/31 | 39.80 | Online Banking transfer from Chk 3086 Confirmation# 0466321577 | 957201317586761 |
| 01/31 | 7.00 | Online Banking transfer from Chk 8150 Confirmation# 4266328592 | 957101317508464 |



H

EASY PAYMENT SERVICES LLC

Page 3 of 16
Statement Period
01/01/13 through 01/31/13
E0   E PB   EB 44          00650

Account Number   REDACTED 3332

## Deposits and Credits - Continued

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 01/31 | 7.00 | Online Banking transfer from Chk 8150 Confirmation# 4266330293 | 957101317508822 |
| 01/31 | 7.00 | Online Banking transfer from Chk 8150 Confirmation# 0466326694 | 957201317587605 |

## Withdrawals and Debits
### Checks

| Check Number | Amount ($) | Date Posted | Bank Reference | Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1618 | 139.30 | 01/04 | 813009992064541 | 2342* | 7,721.33 | 01/17 | 813003150172026 |
| 1686* | 69.65 | 01/18 | 813006392493437 | 2343 | 97.58 | 01/18 | 813009092049111 |
| 1816* | 49.75 | 01/07 | 813009292107933 | 2344 | 75.05 | 01/16 | 813004592003365 |
| 1907* | 9.95 | 01/04 | 813008892865937 | 2345 | 327.76 | 01/14 | 813001682597406 |
| 1944* | 19.90 | 01/30 | 813006492209413 | 2347* | 9.95 | 01/11 | 813008992648681 |
| 2001* | 19.90 | 01/03 | 813009092944314 | 2349* | 49.75 | 01/11 | 813004392149538 |
| 2016* | 49.75 | 01/10 | 813008792549451 | 2353* | 89.55 | 01/07 | 813005892557945 |
| 2096* | 9.95 | 01/24 | 813000792431116 | 2355* | 19.90 | 01/09 | 813009792757876 |
| 2137* | 39.95 | 01/07 | 813009292048949 | 2357* | 39.95 | 01/07 | 813004192009126 |
| 2144* | 109.45 | 01/08 | 813009492360412 | 2359* | 79.60 | 01/14 | 813009292245177 |
| 2177* | 21.70 | 01/03 | 813009792276232 | 2360 | 89.55 | 01/15 | 813070092233673 |
| 2192* | 69.65 | 01/22 | 813009592338750 | 2363* | 9.95 | 01/14 | 813009292899132 |
| 2244* | 79.60 | 01/04 | 813050092253350 | 2367* | 39.95 | 01/17 | 813008992230715 |
| 2250* | 49.75 | 01/22 | 813009592544578 | 2368 | 19.90 | 01/03 | 813009892627453 |
| 2254* | 49.75 | 01/17 | 813008992210708 | 2371* | 15,655.03 | 01/03 | 813006592062608 |
| 2258* | 39.95 | 01/10 | 813006492537063 | 2372 | 4,500.00 | 01/23 | 813006892868744 |
| 2284* | 15.77 | 01/02 | 813009392133659 | 2373 | 49.75 | 01/28 | 813009292028980 |
| 2285 | 20.00 | 01/02 | 813009492084620 | 2380* | 29.85 | 01/16 | 813009992573788 |
| 2286 | 20.00 | 01/02 | 813009492084617 | 2382* | 29.85 | 01/25 | 813005892457994 |
| 2294* | 39.80 | 01/28 | 813009392658024 | 2383 | 39.80 | 01/25 | 813009092772839 |
| 2318* | 19.90 | 01/08 | 813004142186744 | 2384 | 39.80 | 01/29 | 813009792306469 |
| 2330* | 20.00 | 01/02 | 813009492084658 | 2388* | 199.00 | 01/22 | 813002282268158 |
| 2331 | 20.00 | 01/02 | 813009492084619 | 2389 | 89.55 | 01/22 | 813002282853815 |
| 2338* | 4,484.69 | 01/09 | 813009892330072 | 2390 | 39.95 | 01/31 | 813006692777179 |
| 2339 | 3,743.59 | 01/07 | 813003150905849 | 2395* | 496.26 | 01/29 | 813001682842054 |
| 2340 | 95.33 | 01/15 | 813004492533746 | | | | |

* Gap in sequential check numbers.

## Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 01/09 | 2,561.25 | Ucs Online    Des:Payment    ID:130955081410787 Indn:Seth Hassell    Co ID:Citictp    Web | 902508010326414 |
| 01/18 | 720.38 | Online Banking transfer to Chk 8150 Confirmation# 3954936110 | 957101187555420 |
| 01/18 | 720.38 | Capital Premium Des:Ins. Pmt   ID: Indn:Easy Payment Services   Co ID:8820423224 Ppd | 902517016990509 |
| 01/18 | 671.79 | Capital Premium Des:Ins. Pmt   ID: Indn:Easy Payment Services   Co ID:8820423224 Ppd | 902517016990510 |
| 01/24 | 611.19 | Aflac    Des:Insurance   ID:E3H47031111 Indn:Optimize Llc    Co ID:2580663085 Ccd | 902523012027310 |
| 01/24 | 598.12 | Aflac    Des:Insurance   ID:E3H47467989 Indn:Optimize Llc    Co ID:2580663085 Ccd | 902523012027311 |

H

Page 4 of 16
Statement Period
01/01/13 through 01/31/13
E0   E PB   EB 44

Account Number   REDACTED3332

EASY PAYMENT SERVICES LLC

## Withdrawals and Debits - Continued
### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 01/29 | 25,000.00 | Online Banking transfer to Chk 8150 Confirmation# 4243549472 | 957101297537353 |
| 01/30 | 25,000.00 | Online Banking transfer to Chk 8150 Confirmation# 1758257418 | 957201307527003 |
| 01/31 | 1,565.18 | Usic - As      Des:Empl Bills ID:58243 Indn:Optimize, L.L.C.      Co ID:9860036002 Ccd | 902530017010491 |
| 01/31 | 688.13 | Srp      Des:Echex Pwr  ID:Xxxxxxxxxx Indn:Jolynn Anderson      Co ID:4866000727 Web | 902530016944292 |
| 01/31 | 169.62 | AZ Dept Of Rev   Des:Ccddir.Dbt ID:Xxxxxxxxxx Indn:Hcg Diet Direct Llc      Co ID:4866004791 Ccd | 902530014389173 |
| 01/31 | 29.95 | Monthly Maintenance Fee | |

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 01/01 | 20,349.99 | 01/11 | 3,871.95 | 01/24 | 2,769.23 |
| 01/02 | 20,254.22 | 01/14 | 3,454.64 | 01/25 | 2,699.58 |
| 01/03 | 4,537.69 | 01/15 | 3,269.76 | 01/28 | 27,610.03 |
| 01/04 | 8,773.53 | 01/16 | 16,106.57 | 01/29 | 4,823.54 |
| 01/07 | 8,574.33 | 01/17 | 8,295.54 | 01/30 | 4,803.64 |
| 01/08 | 8,525.94 | 01/18 | 7,407.93 | 01/31 | 7,297.36 |
| 01/09 | 1,460.10 | 01/22 | 6,999.98 | | |
| 01/10 | 3,931.65 | 01/23 | 3,988.49 | | |

00650



H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 10
Statement Period
02/01/13 through 02/28/13
E0  E  PB  EB  44                    00633

Account Number  REDACTED 3332

**Bus Platinum Privileges**

01333 E01 SCM999          0

**EASY PAYMENT SERVICES LLC**
**1918 N HIGLEY RD**
**MESA, AZ  85205-3306**

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
## www.bankofamerica.com

☎ For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

✉ Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Deposit Accounts

## Bus Platinum Privileges Relationship
## Business Advantage Checking

EASY PAYMENT SERVICES LLC

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | XXXX XXXX 3332 | Statement Beginning Balance | $7,297.36 |
| Statement Period | 02/01/13 through 02/28/13 | Amount of Deposits/Credits | $23,264.30 |
| Number of Deposits/Credits | 12 | Amount of Withdrawals/Debits | $29,142.41 |
| Number of Withdrawals/Debits | 36 | Statement Ending Balance | $1,419.25 |
| Number of Deposited Items | 2 | | |
| Number of Days in Cycle | 28 | Average Ledger Balance | $1,986.90 |

H

EASY PAYMENT SERVICES LLC

Page 2 of 10
Statement Period
02/01/13 through 02/28/13
E0   E PB   EB 44

Account Number REDACTED 3332

## Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 02/04 | 10,891.92 | Counter Credit | 813003250064845 |
| 02/07 | 2,115.01 | Online Banking transfer from Chk 8150 Confirmation# 4228241264 | 957102077533759 |
| 02/07 | 37.30 | Online Banking transfer from Chk 3073 Confirmation# 2826249294 | 957102077506385 |
| 02/11 | 0.14 | Online Banking transfer from Chk 3086 Confirmation# 2660790784 | 957102117560814 |
| 02/15 | 8,046.66 | Counter Credit | 813003150663697 |
| 02/19 | 42.05 | Online Banking transfer from Chk 3466 Confirmation# 2622796849 | 957102197586362 |
| 02/19 | 15.53 | Online Banking transfer from Chk 3466 Confirmation# 4222792746 | 957102197585820 |
| 02/19 | 10.17 | Online Banking transfer from Chk 3466 Confirmation# 1322775712 | 957202197587571 |
| 02/19 | 3.76 | Online Banking transfer from Chk 3466 Confirmation# 0122782197 | 957202197588345 |
| 02/19 | 0.13 | Online Banking transfer from Chk 3466 Confirmation# 0128988915 | 957202197562428 |
| 02/26 | 1,300.00 | Online Banking transfer from Chk 8150 Confirmation# 2590327695 | 957102267546550 |
| 02/26 | 801.63 | Online Banking transfer from Chk 8150 Confirmation# 3890264151 | 957102267534108 |

## Withdrawals and Debits
### Checks

| Check Number | Amount ($) | Date Posted | Bank Reference | Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
|  | 39.95 | 02/08 | 813006692031447 | 2394* | 19.90 | 02/06 | 813004292429956 |
| 1730 | 39.80 | 02/22 | 813005892082780 | 2396* | 93.18 | 02/05 | 813006092144231 |
| 1802* | 19.90 | 02/13 | 813006092105523 | 2401* | 112.00 | 02/01 | 813005092524060 |
| 2238* | 29.85 | 02/04 | 813006992362371 | 2402 | 39.80 | 02/11 | 813001282656142 |
| 2320* | 59.75 | 02/25 | 813005342761712 | 2403 | 99.50 | 02/21 | 813006992184552 |
| 2369* | 19.90 | 02/04 | 813009292068498 | 2404 | 117.56 | 02/01 | 813005092524059 |
| 2374* | 19.90 | 02/08 | 813000292533943 | 2405 | 4,484.69 | 02/04 | 813009492394414 |
| 2375 | 29.95 | 02/05 | 813006092078663 | 2406 | 10,891.92 | 02/04 | 813003250174520 |
| 2377* | 29.95 | 02/06 | 813006292805915 | 2407 | 0.14 | 02/15 | 813009392094273 |
| 2378 | 39.95 | 02/07 | 813008892834707 | 2408 | 8,046.66 | 02/15 | 813003150588220 |
| 2379 | 29.95 | 02/12 | 813007092130482 | 2410* | 57.54 | 02/15 | 813009192601735 |
| 2381* | 29.95 | 02/12 | 813009992784875 | 2411 | 71.58 | 02/14 | 813008992902945 |
| 2385* | 49.75 | 02/07 | 813009092672124 | 2412 | 155.05 | 02/19 | 813006092180544 |
| 2387* | 39.80 | 02/04 | 813009592908935 | 2413 | 193.58 | 02/15 | 813003150587964 |
| 2391* | 1,000.00 | 02/04 | 813009492514855 | 2414 | 0.13 | 02/25 | 813009692111658 |

* Gap in sequential check numbers.

## Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 02/08 | 37.30 | AZ Dept Of Rev   Des:Ccddir.Dbt ID:Xxxxxxxxx Indn:Zookaware Llc        Co ID:4866004791 Ccd | 902538014569271 |
| 02/11 | 2,115.01 | Ucs Online      Des:Payment    ID:110981295595172 Indn:Seth Hassell       Co ID:Citictp   Web | 902539014486726 |

H



EASY PAYMENT SERVICES LLC

Page 3 of 10
Statement Period
02/01/13 through 02/28/13
E0   E PB   EB 44                00634(

Account Number REDACTED 3332

## Withdrawals and Debits - Continued
## Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 02/20 | 42.05 | AZ Dept Of Rev   Des:Ccddir.Dbt ID:Xxxxxxxxx<br>Indn:Zookaware Llc       Co ID:4866004791 Ccd | 902550016284739 |
| 02/20 | 15.53 | AZ Dept Of Rev   Des:Ccddir.Dbt ID:Xxxxxxxxx<br>Indn:Zookaware Llc       Co ID:4866004791 Ccd | 902550016284740 |
| 02/28 | 801.63 | Srp       Des:Echex Pwr  ID:Xxxxxxxxx<br>Indn:Jolynn Anderson     Co ID:4866000727 Web | 902558021668166 |
| 02/28 | 269.31 | AZ Dept Of Rev   Des:Ccddir.Dbt ID:Xxxxxxxxx<br>Indn:Hcg Diet Direct Llc     Co ID:4866004791 Ccd | 902558018747157 |

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 02/01 | 7,067.80 | 02/11 | 1,131.37 | 02/20 | 587.74 |
| 02/04 | 1,493.56 | 02/12 | 1,071.47 | 02/21 | 488.24 |
| 02/05 | 1,370.43 | 02/13 | 1,051.57 | 02/22 | 448.44 |
| 02/06 | 1,320.58 | 02/14 | 979.99 | 02/25 | 388.56 |
| 02/07 | 3,383.19 | 02/15 | 728.73 | 02/26 | 2,490.19 |
| 02/08 | 3,286.04 | 02/19 | 645.32 | 02/28 | 1,419.25 |



H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 8
Statement Period
03/01/13 through 03/31/13
E0  E PB  EB 44                    006450

Account Number REDACTED 3332

**Bus Platinum Privileges**

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
30333 E01 SCM999           0

**EASY PAYMENT SERVICES LLC**
**1918 N HIGLEY RD**
**MESA, AZ  85205-3306**

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
## www.bankofamerica.com

For additional information or service, you may call:         Or you may write to:
       1.888.BUSINESS (1.888.287.4637)                            Bank of America, N.A.
                                                                  P.O. Box 25118
                                                                  Tampa, FL 33622-5118

## Deposit Accounts

## Bus Platinum Privileges Relationship
## Business Advantage Checking

EASY PAYMENT SERVICES LLC

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | XXXX XXXX 3332 | Statement Beginning Balance | $1,419.25 |
| Statement Period | 03/01/13 through 03/31/13 | Amount of Deposits/Credits | $59,231.10 |
| Number of Deposits/Credits | 16 | Amount of Withdrawals/Debits | $38,160.27 |
| Number of Withdrawals/Debits | 22 | Statement Ending Balance | $22,490.08 |
| Number of Deposited Items | 3 | | |
| Number of Days in Cycle | 31 | Average Ledger Balance | $7,067.89 |

Attach. A Ostrum Dec. Ex. 8 at 011

H

Page 2 of 8
Statement Period
03/01/13 through 03/31/13
E0   E PB   EB 44

Account Number   REDACTED3332

EASY PAYMENT SERVICES LLC

## Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 03/01 | 12,091.42 | Counter Credit | 813003150772964 |
| 03/01 | 6,838.93 | Online Banking transfer from Chk 8150 Confirmation# 2517624346 | 957103017578612 |
| 03/01 | 4,484.69 | Online Banking transfer from Chk 8150 Confirmation# 1416638499 | 957203017587781 |
| 03/01 | 1,000.00 | Online Banking transfer from Chk 8150 Confirmation# 2516641255 | 957103017526946 |
| 03/01 | 157.50 | Online Banking transfer from Chk 8150 Confirmation# 0217698885 | 957203017515386 |
| 03/01 | 125.70 | Online Banking transfer from Chk 8150 Confirmation# 3717700677 | 957103017597446 |
| 03/01 | 122.50 | Online Banking transfer from Chk 8150 Confirmation# 2517695484 | 957103017596112 |
| 03/04 | 2,958.21 | Online Banking transfer from Chk 8150 Confirmation# 0642242101 | 957203047546495 |
| 03/04 | 1,000.00 | Online Banking transfer from Chk 8150 Confirmation# 0642250080 | 957203047547791 |
| 03/04 | 798.02 | Online Banking transfer from Chk 8150 Confirmation# 0642911324 | 957203047556374 |
| 03/04 | 615.70 | Online Banking transfer from Chk 8150 Confirmation# 1342914752 | 957203047556976 |
| 03/15 | 6,150.89 | Counter Credit | 813005542839417 |
| 03/18 | 300.00 | Overdraft Protection From 4339931040150096 | 910003150002588 |
| 03/27 | 1,000.00 | Online Banking transfer from Chk 8150 Confirmation# 4042224709 | 957103277545295 |
| 03/28 | 12,806.18 | Online Banking transfer from Chk 8150 Confirmation# 1549685318 | 957203287520022 |
| 03/28 | 8,781.36 | Online Banking transfer from Chk 8150 Confirmation# 0549636774 | 957203287512838 |

## Withdrawals and Debits
### Checks

| Check Number | Amount ($) | Date Posted | Bank Reference | Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1771 | 39.80 | 03/15 | 813006392706235 | 2422 | 4,246.03 | 03/04 | 813009792374778 |
| 1999* | 19.90 | 03/13 | 813009192754980 | 2423 | 1,000.00 | 03/01 | 813009392138511 |
| 2125* | 89.55 | 03/14 | 813009392655878 | 2424 | 6,838.93 | 03/08 | 813006692663849 |
| 2350* | 79.60 | 03/01 | 813009392409354 | 2425 | 125.70 | 03/07 | 813004392114852 |
| 2352* | 29.95 | 03/13 | 813006092761199 | 2426 | 157.50 | 03/08 | 813004392392974 |
| 2409* | 96.14 | 03/07 | 813004392114853 | 2428* | 1,000.00 | 03/15 | 813009692897709 |
| 2419* | 1,300.00 | 03/05 | 813008892004457 | 2432* | 110.44 | 03/07 | 813004392114851 |
| 2420 | 4,484.69 | 03/04 | 813009792341020 | 2433 | 6,150.89 | 03/15 | 813003942370199 |
| 2421 | 7,845.39 | 03/04 | 813003150839651 | | | | |

* Gap in sequential check numbers.



H

EASY PAYMENT SERVICES LLC

## Withdrawals and Debits - Continued

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 03/06 | 798.02 | Aflac       Des:Insurance  ID:E3H47927211 Indn:Optimize Llc       Co ID:2580663085 Ccd | 902564011790202 |
| 03/06 | 615.70 | Aflac       Des:Insurance  ID:E3H47342604 Indn:Optimize Llc       Co ID:2580663085 Ccd | 902564011790201 |
| 03/07 | 2,958.21 | Ucs Online       Des:Payment   ID:121002695985743 Indn:Seth Hassell       Co ID:Citictp    Web | 902565013794790 |
| 03/29 | 143.88 | AZ Dept Of Rev   Des:Ccddir.Dbt ID:Xxxxxxxxx Indn:Hcg Diet Direct Llc    Co ID:4866004791 Ccd | 902587013780171 |
| 03/29 | 29.95 | Monthly Maintenance Fee | |

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 03/01 | 25,160.39 | 03/08 | 955.57 | 03/27 | 1,076.37 |
| 03/04 | 13,956.21 | 03/13 | 905.72 | 03/28 | 22,663.91 |
| 03/05 | 12,656.21 | 03/14 | 816.17 | 03/29 | 22,490.08 |
| 03/06 | 11,242.49 | 03/15 | 223.63 - | | |
| 03/07 | 7,952.00 | 03/18 | 76.37 | | |



H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 8
Statement Period
04/01/13 through 04/30/13
E0  E PB  EB 44          00708

Account Number   REDACTED 3332

**Bus Platinum Privileges**

01333 E01 SCM999          0

**EASY PAYMENT SERVICES LLC**
**1918 N HIGLEY RD**
**MESA, AZ  85205-3306**

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

### Customer Service Information
### www.bankofamerica.com

For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

We're improving the system that supports automatic transfers for deposit accounts which will change the timing of certain automatic transfers. **Effective April 23, when an automatic transfer between two of your Bank of America accounts falls on a weekend or federal holiday, it will now occur the prior business day. Please keep this change in mind when you schedule bill payments.** Any other scheduled transfer that falls on a weekend or federal holiday will continue to occur the following business day. Additionally, you'll now be able to manage your transfers through Online Banking by going to the Transfers tab, as well as by calling the number on this statement or visiting your nearby banking center.

Good News! In response to customer feedback we've made some changes to your statements to make them easier to read. Soon you will notice color and graphics to highlight account details and draw attention to notifications and special offers. Over the next few months, a guide will be included with your new statement that will detail the enhancements. Stay tuned!

H

Page 2 of 8
Statement Period
04/01/13 through 04/30/13
E0  E PB  EB 44

EASY PAYMENT SERVICES LLC

Account Number  REDACTED 3332

## Deposit Accounts

## Bus Platinum Privileges Relationship
## Business Advantage Checking

### EASY PAYMENT SERVICES LLC

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | XXXX XXXX 3332 | Statement Beginning Balance | $22,490.08 |
| Statement Period | 04/01/13 through 04/30/13 | Amount of Deposits/Credits | $295,125.06 |
| Number of Deposits/Credits | 9 | Amount of Withdrawals/Debits | $316,536.24 |
| Number of Withdrawals/Debits | 21 | Statement Ending Balance | $1,078.90 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $4,891.33 |
| Number of Days in Cycle | 30 | | |

### Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 04/08 | 4,004.47 | Online Banking transfer from Chk 8150 Confirmation# 2523020182 | 957104087523412 |
| 04/08 | 1,000.00 | Online Banking transfer from Chk 8150 Confirmation# 1323037985 | 957204087579316 |
| 04/09 | 744.73 | Online Banking transfer from Chk 8150 Confirmation# 0448100248 | 957204097540820 |
| 04/10 | 265,000.00 | Wire Type:Wire IN Date: 130410 Time:1542 Et Trn:2013041000252276 Seq:2013041000400768/000330 Orig:Arizona Flse Trust Accoun ID:1411019819 Snd Bk:The Northern Trust Company ID:066009650 | 903704100252276 |
| 04/17 | 7,011.46 | Online Banking transfer from Chk 8150 Confirmation# 0620252536 | 957204177549312 |
| 04/17 | 5,901.57 | Online Banking transfer from Chk 8150 Confirmation# 1621270086 | 957204177510206 |
| 04/17 | 900.00 | Online Banking transfer from Chk 8150 Confirmation# 2620248873 | 957104177535247 |
| 04/17 | 433.38 | Online Banking transfer from Chk 8150 Confirmation# 2620180272 | 957104177523267 |
| 04/26 | 10,129.45 | Online Banking transfer from Chk 8150 Confirmation# 0594474795 | 957204267509480 |



H

EASY PAYMENT SERVICES LLC

Page 3 of 8
Statement Period
04/01/13 through 04/30/13
E0  E PB  EB 44                    00708

Account Number  REDACTED 3332

## Withdrawals and Debits
## Checks

| Check Number | Amount ($) | Date Posted | Bank Reference | Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| | 12,806.18 | 04/01 | 813006292052771 | 2436* | 5,901.57 | 04/17 | 813003442004482 |
| | 7,011.46 | 04/25 | 813006092323075 | 2438* | 8,781.36 | 04/01 | 813003642577647 |
| 1745 | 29.85 | 04/22 | 813009292658535 | 2445* | 15.31 | 04/30 | 813009792075209 |
| 1951* | 139.30 | 04/25 | 813006092304749 | 2446 | 149.93 | 04/30 | 813004392931119 |
| 2166* | 69.65 | 04/02 | 813009392852014 | 2447 | 10,129.45 | 04/30 | 813006692783061 |
| 2230* | 19.90 | 04/30 | 813009792673218 | 2848* | 50.00 | 04/25 | 813008792202827 |
| 2271* | 49.75 | 04/04 | 813006892164266 | 2849 | 50.00 | 04/25 | 813008792202550 |
| 2341* | 99.95 | 04/17 | 813006192532813 | 2850 | 150.00 | 04/30 | 813009792038028 |
| 2434* | 900.00 | 04/22 | 813009392786320 | | | | |

* Gap in sequential check numbers.

## Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 04/08 | 4,004.47 | Ucs Online      Des:Payment     ID:121030809697922<br>Indn:Seth Hassell       Co ID:Citictp    Web | 902598003112517 |
| 04/10 | 265,000.00 | Online Banking transfer to Chk 8150<br>Confirmation# 1362831836 | 957204107514962 |
| 04/11 | 744.73 | Srp          Des:Echex Pwr  ID:Xxxxxxxxx<br>Indn:Jolynn Anderson      Co ID:4866000727 Web | 902500012526043 |
| 04/19 | 433.38 | Aflac         Des:Insurance  ID:E3H47770445<br>Indn:Optimize Llc        Co ID:2580663085 Ccd | 902508015511859 |

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 04/01 | 902.54 | 04/09 | 2,527.87 | 04/22 | 8,664.80 |
| 04/02 | 832.89 | 04/11 | 1,783.14 | 04/25 | 1,414.04 |
| 04/04 | 783.14 | 04/17 | 10,028.03 | 04/26 | 11,543.49 |
| 04/08 | 1,783.14 | 04/19 | 9,594.65 | 04/30 | 1,078.90 |



Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

H

Page 1 of 4
Statement Period
06/01/13 through 06/30/13
E0  E PB  EB 44                    00626
Account Number  REDACTED 3332

**Bus Platinum Privileges**

29333 E01 SCM999          0

**EASY PAYMENT SERVICES LLC**
**1918 N HIGLEY RD**
**MESA, AZ  85205-3306**

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
## www.bankofamerica.com

For additional information or service, you may call:          Or you may write to:
   1.888.BUSINESS (1.888.287.4637)                              Bank of America, N.A.
                                                                 P.O. Box 25118
                                                                 Tampa, FL 33622-5118

## Deposit Accounts

### Bus Platinum Privileges Relationship
### Business Advantage Checking

EASY PAYMENT SERVICES LLC

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | XXXX XXXX 3332 | Statement Beginning Balance | $1,400.79 |
| Statement Period | 06/01/13 through 06/30/13 | Amount of Deposits/Credits | $14,296.50 |
| Number of Deposits/Credits | 6 | Amount of Withdrawals/Debits | $12,930.08 |
| Number of Withdrawals/Debits | 8 | Statement Ending Balance | $2,767.21 |
| Number of Deposited Items | 1 | | |
| | | Average Ledger Balance | $2,891.17 |
| Number of Days in Cycle | 30 | | |

H

EASY PAYMENT SERVICES LLC

Page 2 of 4
Statement Period
06/01/13 through 06/30/13
E0  E PB  EB 44

Account Number   REDACTED 3332

## Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 06/04 | 6,081.40 | Online Banking transfer from Chk 8150 Confirmation# 3033938012 | 957106047591889 |
| 06/04 | 3,605.30 | Online Banking transfer from Chk 8150 Confirmation# 0434250574 | 957206047547439 |
| 06/04 | 1,537.50 | Online Banking transfer from Chk 8150 Confirmation# 0434280022 | 957206047549461 |
| 06/04 | 211.32 | Online Banking transfer from Chk 8150 Confirmation# 1834189641 | 957206047543435 |
| 06/17 | 2,680.56 | Counter Credit | 813003542484639 |
| 06/27 | 180.42 | Online Banking transfer from Chk 8150 Confirmation# 1631832099 | 957206277582942 |

## Withdrawals and Debits
### Checks

| Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|
| 2842 | 2,680.56 | 06/17 | 813005442784132 |

## Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 06/04 | 3,605.30 | Online Banking transfer to Chk 8150 Confirmation# 1834278155 | 957206047549324 |
| 06/04 | 127.59 | Srp        Des:Echex Pwr  ID:Xxxxxxxxx Indn:Jolynn  Anderson Ander  Co ID:4866000727 Web | 902554020070462 |
| 06/05 | 6,081.40 | Ucs Online      Des:Payment      ID:11081901191386 Indn:Seth Hassell        Co ID:Citictp      Web | 902555011999999 |
| 06/06 | 211.32 | Aflac        Des:Insurance  ID:E3H47660308 Indn:Optimize Llc        Co ID:2580663085 Ccd | 902556013195937 |
| 06/28 | 164.46 | AZ Dept Of Rev   Des:Ccddir.Dbt ID:Xxxxxxxxx Indn:Hcg Diet Direct Llc    Co ID:4866004791 Ccd | 902578009706399 |
| 06/28 | 29.50 | AZ Dept Of Rev   Des:Ccddir.Dbt ID:Xxxxxxxxx Indn:Hcg Diet Direct Llc    Co ID:4866004791 Ccd | 902578009706388 |
| 06/28 | 29.95 | Monthly Maintenance Fee | |

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 06/01 | 1,400.79 | 06/05 | 3,022.02 | 06/27 | 2,991.12 |
| 06/04 | 9,103.42 | 06/06 | 2,810.70 | 06/28 | 2,767.21 |

H

006263