# Exhibit 33



REDACTED



24-Hour Customer Service: 303-237-5000
or 800-964-3444 outside Denver Metro
New Account or Loan: 303-238-9000
or 877-933-9800 outside Denver Metro

REDACTED

CLINT D ETHINGTON
REDACTED
TUCSON AZ 85743-7638

| ACCOUNT NUMBER | XXX-XXX-2347 |
| STATEMENT DATE | 5-09-2013 |
| INTEREST EARNED THIS YEAR | N/A |

## ACCOUNT SUMMARY -- FREE CHECKING ACCOUNT - SAFEKEEPING

| | | |
|---|---|---|
| CLOSING BALANCE FROM PREVIOUS STATEMENT................DATE: 4-09-2013 | | 423.79 |
| 3 DEPOSITS AND OTHER ADDITIONS TOTALING................ | | 3,500.00+ |
| 14 CHECKS AND OTHER WITHDRAWALS TOTALING................ | | 3,748.00- |
| CLOSING BALANCE FOR THIS STATEMENT................DATE: 5-09-2013 | | 175.79 |

MINIMUM BALANCE OF   175.79   ON................   5-08-2013

## CHECKS AND OTHER WITHDRAWALS          *SHOWS BREAK IN CHECK NUMBER,   #SHOWS NOT MACHINE READABLE

NO CHECKS WITH SERIAL NUMBERS THIS CYCLE

### ELECTRONIC AND MISCELLANEOUS WITHDRAWALS

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 4 - 15 | 180.00 | BILL PAY DISCOVER CARD |
| 4 - 16 | 280.00 | BILL PAY CITIBANK CRDT CD |
| 4 - 22 | 75.00 | BILL PAY CHASE CARD SERV |
| 4 - 22 | 400.00 | USATAXPYMTIRS |
| 4 - 22 | 400.00 | USATAXPYMTIRS |
| 4 - 24 | 1,000.00 | BILL PAY PRE PROPERTIES, |
| 4 - 25 | 68.00 | BILL PAY SLS |
| 4 - 25 | 185.00 | BILL PAY CARDMEMBER SVC |
| 4 - 26 | 140.00 | BILL PAY CHASE CARD SERV |
| 4 - 30 | 300.00 | BILL PAY FIA ONLINE PYMT |
| 4 - 30 | 180.00 | BILL PAY FIA ONLINE PYMT |
| 5 - 01 | 20.00 | BILL PAY CAPITAL ONE CARD |
| 5 - 06 | 360.00 | BILL PAY SEARS - MC |
| 5 - 06 | 160.00 | BILL PAY CHASE CARD SERV |

CONFIDENTIAL

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 4 - 15 | 2,000.00 | INTERNET TRANSFER #029212 FROM CHECKING ACCOUNT XXX-XXX-2184 |
| 4 - 24 | 1,000.00 | INTERNET TRANSFER #036874 FROM CHECKING ACCOUNT XXX-XXX-2184 |
| 5 - 07 | 500.00 | INTERNET TRANSFER #002366 FROM CHECKING ACCOUNT XXX-XXX-2184 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 4 - 10 | 423.79 | 4 - 25 | 1,020.79 | 5 - 07 | 695.79 |
| 4 - 15 | 2,243.79 | 4 - 25 | 695.79 | 5 - 08 | 175.79 |
| 4 - 16 | 1,963.79 | 4 - 30 | 215.79 | | |
| 4 - 22 | 1,088.79 | 5 - 01 | 195.79 | | |

Attach. A Ostrum Dec. Ex. 33 at 001

**Optimize, LLC**
# Balance Sheet
As of April 18, 2013

Optimize, LLC Net Worth

|  | | Apr 18, 13 |
|---|---|---|
| ▼ **ASSETS** | | |
| ▼ **Current Assets** | | |
| ▼ **Checking/Savings** | | |
| 1st Bank | | 11,185.49 |
| Bank of America | | 121,564.85 |
| **Total Checking/Savings** | | 132,750.34 |
| ▼ **Accounts Receivable** | | |
| Accounts Receivable | | -13,000.00 |
| **Total Accounts Receivable** | | -13,000.00 |
| ▼ **Other Current Assets** | | |
| ▶ Other Receivables | | -3,990.08 |
| **Total Other Current Assets** | | -3,990.08 |
| **Total Current Assets** | | 115,760.26 |
| ▼ **Fixed Assets** | | |
| Accumulated Depreciation | | -55,392.00 |
| Furniture and Equipment | 3500.00 | 81,282.82 |
| Investment | | 13,008.00 |
| Investment in Doctor Finders | 0.00 | 52,877.00 |
| **Total Fixed Assets** | | 71,775.82 |
| ▼ **Other Assets** | | |
| Accumulated Amortization | | -1,092.00 |
| ▶ Intangible Assets | 0.00 | 10,244.80 |
| **Total Other Assets** | | 9,152.80 |
| **TOTAL ASSETS** | 119,260.26 | 196,688.88 |
| ▼ **LIABILITIES & EQUITY** | | |
| ▼ **Liabilities** | | |
| ▼ **Current Liabilities** | | |
| ▼ **Credit Cards** | | |
| Credit Card - 6070 | | 125.28 |
| Credit Card - ATT | | 124.00 |
| **Total Credit Cards** | | 249.28 |
| ▼ **Other Current Liabilities** | | |
| ▼ **Other Payables** | | |
| Loan from Boxed Beginnings | Fore gohe distributions | 19,235.10 |
| Loan from Sole Investments | | 59,906.51 |
| **Total Other Payables** | | 79,141.61 |
| **Total Other Current Liabilities** | | 79,141.61 |
| **Total Current Liabilities** | | 79,390.89 |
| **Total Liabilities** | | 79,390.89 |
| ▼ **Equity** | | |
| ▼ **Partners' Shared Equity** | | |
| Boxed Beginnings Partner | | -87,805.00 |
| Ethington Management Partner | | -87,805.00 |
| Intercompany | | -250,175.81 |
| Partners' Shared Equity - Other | | 78,343.19 |
| **Total Partners' Shared Equity** | | -347,442.62 |
| Retained Earnings | | 234,257.44 |
| Net Income | Assets—Liabilities = Equity | 230,473.17 |
| **Total Equity** | 119,260.26 − 79,390.89 = 39869.37 | 117,287.99 |
| **TOTAL LIABILITIES & EQUITY** | 119,260.26 | 196,688.88 |

Furniture & Equipment worth about 3500

Investment in a small LLC that has never returned anything and could not be sold—no FMV

Capitalized organizational costs and trademarks that could not be sold—no FMV

13

**Screenshot taken 7/15.**

**Estimated historical value of PRE Properties investment for April 2013, located at 7641 W Quachila Ct, Tucson, AZ 85743.**



Attach. A Ostrum Dec. Ex. 33 at 003



# PIMA COUNTY

## 2013 PROPERTY TAX STATEMENT

## ARIZONA

| STATE CODE # BOOK MAP PARCEL | AREA CODE | PRIMARY TAX RATE PER $100 ASSESSED VALUE | SECONDARY TAX RATE PER $100 ASSESSED VALUE | IRRIGATION DISTRICT $ PER ACRE |
|---|---|---|---|---|
| 205 69 036A 0 | 2002 | 10.2842 | 7.2691 | |

### ASSESSMENT

| | VALUE IN DOLLARS | ASSESSMENT RATIO | ASSESSED VALUE IN DOLLARS | EXEMPTIONS | NET ASSESSED VALUE |
|---|---|---|---|---|---|
| LIMITED | 145,670 | 16.0 | 23,307 | | 23,307 |
| FULL CASH | 145,670 | 16.0 | 23,307 | | 23,307 |
| PERSONAL PROPERTY | | | | | |

### 2013 TAX SUMMARY

| | | JURISDICTION | 2013 TAXES | 2012 TAXES | DIFFERENCE |
|---|---|---|---|---|---|
| PRIMARY PROPERTY TAX | 2,396.94 | PIMA COUNTY PRI | 854.55 | 1,349.55 | 495.00 |
| | | SCHOOL EQUAL | 119.40 | 166.26 | 46.86 |
| LESS STATE AID TO EDUCATION | 0.00 | VAIL SCH #20 PRI | 1,125.92 | 1,613.97 | 487.05 |
| | | PIMA COLLEGE PRI | 297.07 | 453.46 | 156.39 |
| NET PRIMARY PROPERTY TAX | 2,396.94 | COUNTY BONDS SEC | 181.79 | 324.54 | 142.88 |
| | | VAIL SCH #20 SEC | 545.27 | 760.45 | 215.18 |
| SECONDARY PROPERTY TAX | 1,694.19 | JNT TECH ED SEC | 11.65 | 20.41 | 9.16 |
| | | PIMA COLLEGE SEC | 4.36 | 10.70 | 6.34 |
| CAGRD MEMBER DUES | | RINCON VALLEY FD | 632.88 | 975.53 | 342.65 |
| | | RNON VLY FD BOND | 125.11 | 234.02 | 107.91 |
| TOTAL TAX DUE FOR 2013 | 4,091.13 | CEN ARIZ WTR STG | 33.63 | 41.62 | 3.99 |
| | | PIMA CO FLD SEC | 61.41 | 109.69 | 48.28 |
| | | LIBRARY DISTRICT | 80.47 | 144.01 | 63.54 |
| PCL C #5 47/14 AKA PTN #M4 SM4 SEC 13 & SELY | | FIRE DIST ASSIST | 18.62 | 18.59 | 2.97 |
| PTN SE4 SE4 SEC 14 20.81 AC T15S R16E | | | | | |
| | | **TOTALS** | 4,091.13 | 6,241.78 | 2,150.65 |

### PAYMENT INSTRUCTIONS

To pay the 1st half installment, send the 1st half coupon with your payment postmarked no later than Nov 1, 2013. To pay the 2nd half installment, send the 2nd half coupon with your payment postmarked no later than May 1, 2014. The minimum acceptable payment is $10 or 10% of the payment due, whichever is greater.

0184222 01 AV 0.360 1AUTO T7 0 0201 85706 183151 C1

PRE PROPERTIES LLC
5151 S JULIAN DR
TUCSON AZ 85706-1831

THERE WILL BE A $25 CHARGE FOR EACH RETURNED CHECK
AND YOUR TAXES WILL REVERT TO AN UNPAID STATUS

**Please make your check payable to**
Pima County Treasurer
**and mail to:**

Pima County Treasurer
PO BOX 29011
Phoenix AZ 85038-9011

PLEASE INCLUDE YOUR
STATE CODE NUMBER
ON YOUR CHECK

### *Thank you for your payment!*

115 North Church Avenue
Tucson, Arizona
85701-1199

0139DBCC 3B9AC9FF Z

**Beth Ford
Pima County Treasurer**

Phone (520)724-8341
Fax (520)884-4809
www.to.pima.gov

Attach. A Ostrum Dec. Ex. 33 at 004

**Income**—The Ethingtons' income (as defined by the FTC) flows through EMI as a combination of distributions (cash and items paid on the Ethingtons' behalf), loans and salary. To ease the verification burden for the FTC, we are using an income chart previously provided. We are also including additional utilities as listed in the table following the income chart.

| Ethington Management Inc | Clint Ethington Distributions | 9,700.00 |
| "Income" to Clint & Lauren Ethington | Lauren Ethington Distributions | 2,050.00 |
| Unaudited | Ethington Loans | 1,930.00 |
| 2013 | Personal Expenses pd for Ethingtons | 29,431.59 |

| | Loans to Shareholder | Distri-butions | Salary | Description |
|---|---|---|---|---|
| 01/02/2013 | | 161.00 | | Tucson Mountain |
| 01/04/2013 | 250.00 | | | |
| 01/08/2013 | | 212.65 | | Cable One |
| 01/08/2013 | 2,000.00 | | | |
| 01/11/2013 | | 35.08 | | Pinetop Water |
| 01/11/2013 | | 499.52 | | Golden Rule Health Insurance |
| 01/14/2013 | | 3,959.68 | | Homeward Residence |
| 01/14/2013 | | 2,057.74 | | BAC Home Loans |
| 01/14/2013 | (370.00) | | | |
| 01/15/2013 | | 140.23 | | Navopache Electric Cooperative |
| 01/17/2013 | | 3,200.00 | | Clint or Lauren Ethington |
| 01/18/2013 | | 166.63 | | UNS GAS |
| 01/18/2013 | | 57.00 | | Pinetop-Lakeside Sanitary District |
| 01/22/2013 | | 122.50 | | Clint or Lauren Ethington |
| 01/29/2013 | | 500.00 | | Lauren Ethington |
| 01/30/2013 | | 1.92 | | Navopache Electric Cooperative |
| 01/31/2013 | | 316.67 | | Personal use of leased vehicles |
| **Jan Total** | **1,880.00** | **11,430.62** | **-** | |
| | | | | |
| 02/06/2013 | | 499.52 | | Golden Rule Health Insurance |
| 02/07/2013 | 2,000.00 | | | |
| 02/13/2013 | | 175.41 | | Navopache Electric Cooperative |
| 02/13/2013 | | 43.73 | | Pinetop-Lakeside Sanitary District |
| 02/14/2013 | | 3,959.68 | | Homeward Residence |
| 02/14/2013 | | 2,054.96 | | BAC Home Loans |
| 02/19/2013 | | 3,500.00 | | Clint or Lauren Ethington |
| 02/20/2013 | | 550.00 | | Lauren Ethington |
| 02/20/2013 | | 132.29 | | UNS GAS |
| 02/27/2013 | (1,950.00) | | | |
| 02/28/2013 | | 316.67 | | Personal use of leased vehicles |
| **Feb Total** | **50.00** | **11,232.26** | **-** | |
| | | | | |
| 03/04/2013 | | 499.52 | | Golden Rule Health Insurance |
| 03/06/2013 | | 166.74 | | Cable One |
| 03/11/2013 | | 22.97 | | Pinetop Water |
| 03/15/2013 | | 3,955.60 | | American Home Mortgage |
| 03/15/2013 | | 2,054.96 | | BAC Home Loans |
| 03/15/2013 | | 136.72 | | Navopache Electric Cooperative |
| 03/19/2013 | | 58.09 | | George Hobeich |

56

Attach. A Ostrum Dec. Ex. 33 at 005



| Date | Amount | Name |
|---|---|---|
| 03/20/2013 | 96.37 | UNS GAS |
| 03/25/2013 | 203.00 | Clint or Lauren Ethington |
| 03/27/2013 | 500.00 | Clint or Lauren Ethington |
| 03/31/2013 | 316.67 | Personal use of leased vehicles |
| Mar Total | 8,010.64 | |
| | | |
| 04/02/2013 | 1,000.00 | Clint or Lauren Ethington |
| 04/03/2013 | 172.87 | Cable One |
| 04/04/2013 | 500.00 | Lauren Ethington |
| 04/05/2013 | 161.00 | Tucson Mountain |
| 04/10/2013 | 35.42 | Pinetop Water |
| 04/11/2013 | 499.52 | Golden Rule Health Insurance |
| 04/15/2013 | 2,000.00 | Clint or Lauren Ethington |
| 04/15/2013 | 128.70 | Navopache Electric Cooperative |
| 04/15/2013 | 3,955.80 | Homeward Residence |
| 04/16/2013 | 2,054.96 | BAC Home Loans |

**Ethington Management, Inc. - QuickBooks Pro 2015**

File  Edit  View  Lists  Favorites  Company  Customers  Vendors  Employees  Banking  Reports  Window  Help

**Transaction Detail By Account**

Customize Report   Comment on Report   Share Template   Memorize   Print ▼   E-mail ▼   Excel ▼   Hide Hea

Dates  Custom  ▼  From 01/01/2013  To 04/18/2013  Total By  Account list  ▼  Sort By Defa

3:57 PM
07/16/15
Cash Basis

## Ethington Management, Inc.
## Transaction Detail By Account
### January 1 through April 18, 2013

| | Type | Date | Name | Split | Original Amount | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Utilities** | | | | | | | |
| ▶ | Check | 01/03/2013 | Tucson Water | 1st Bank | 226.44 | 226.44 | 226.44 ◀ |
| | Check | 01/14/2013 | Comcast | 1st Bank | 289.90 | 289.90 | 516.34 |
| | Check | 01/22/2013 | Tucson Electric | 1st Bank | 246.84 | 246.84 | 763.18 |
| | Check | 01/22/2013 | Southwest Gas | 1st Bank | 102.89 | 102.89 | 866.07 |
| | Check | 01/30/2013 | Tucson Water | 1st Bank | 84.53 | 84.53 | 950.60 |
| | Check | 01/30/2013 | Waste Managemen... | 1st Bank | 59.65 | 59.65 | 1,010.25 |
| | Check | 02/04/2013 | Cable One | 1st Bank | 212.65 | 212.65 | 1,222.90 |
| | Check | 02/06/2013 | Waste Managemen... | 1st Bank | 61.00 | 61.00 | 1,283.90 |
| | Check | 02/12/2013 | Comcast | 1st Bank | 267.21 | 267.21 | 1,551.11 |
| | Check | 02/20/2013 | Southwest Gas | 1st Bank | 155.88 | 155.88 | 1,706.99 |
| | Check | 02/22/2013 | Tucson Electric | 1st Bank | 257.23 | 257.23 | 1,964.22 |
| | Check | 03/04/2013 | Tucson Water | 1st Bank | 159.59 | 159.59 | 2,123.81 |
| | Check | 03/15/2013 | Comcast | 1st Bank | 363.86 | 363.86 | 2,487.67 |
| | Check | 03/15/2013 | Waste Managemen... | 1st Bank | 107.37 | 107.37 | 2,595.04 |
| | Check | 03/20/2013 | Southwest Gas | 1st Bank | 126.83 | 126.83 | 2,721.87 |
| | Check | 03/28/2013 | Tucson Electric | 1st Bank | 196.06 | 196.06 | 2,917.93 |
| | Credit Card Ch... | 04/05/2013 | Tucson Water | Credit Card P... | 144.58 | 144.58 | 3,062.51 |
| | Credit Card Ch... | 04/12/2013 | Comcast | Credit Card P... | 355.50 | 355.50 | 3,418.01 |
| | **Total Utilities** | | | | | 3,418.01 | 3,418.01 |
| **TOTAL** | | | | | | **3,418.01** | **3,418.01** |

Attach. A Ostrum Dec. Ex. 33 at 006

**Home Owners Association**



**PRE Properties**—monthly owner assessment to cover mortgages and other business expenses. Shown on this bank statement and other statements already acquired by the FTC.

# REDACTED

or 800-954-3444 outside Denver Metro
New Account or Loan: 303-238-9000
or 877-933-9800 outside Denver Metro
REDACTED



| | |
|---|---|
| ACCOUNT NUMBER | XXX-XXX-2347 |
| STATEMENT DATE | 5-09-2013 |
| INTEREST EARNED THIS YEAR | N/A |

CLINT D ETHINGTON
REDACTED
TUCSON AZ 85743-7638

ACCOUNT SUMMARY - - FREE CHECKING ACCOUNT - SAFEKEEPING

CLOSING BALANCE FROM PREVIOUS STATEMENT....................................DATE: 4-09-2013     423.79
3 DEPOSITS AND OTHER ADDITIONS TOTALING...............................................    3,500.00+
14 CHECKS AND OTHER WITHDRAWALS TOTALING..............................................    3,748.00-
CLOSING BALANCE FOR THIS STATEMENT........................................DATE: 5-09-2013     175.79

MINIMUM BALANCE OF   175.79   ON ....................   5-06-2013

CHECKS AND OTHER WITHDRAWALS          *SHOWS BREAK IN CHECK NUMBER,   #SHOWS NOT MACHINE READABLE

NO CHECKS WITH SERIAL NUMBERS THIS CYCLE

ELECTRONIC AND MISCELLANEOUS WITHDRAWALS

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 4 - 15 | 180.00 | BILL PAY DISCOVER CARD |
| 4 - 16 | 280.00 | BILL PAY CITIBANK CRDT CD |
| 4 - 22 | 75.00 | BILL PAY CHASE CARD SERV |
| 4 - 22 | 400.00 | USATAXPYMTIRS |
| 4 - 22 | 400.00 | USATAXPYMTIRS |
| 4 - 24 | 1,000.00 | BILL PAY PRE PROPERTIES |
| 4 - 25 | 68.00 | BILL PAY SLS |
| 4 - 26 | 185.00 | BILL PAY CARDMEMBER SVC |
| 4 - 26 | 140.00 | BILL PAY CHASE CARD SERV |
| 4 - 30 | 300.00 | BILL PAY FIA ONLINE PYMT |
| 4 - 30 | 180.00 | BILL PAY FIA ONLINE PYMT |

58

**Vehicle Lease Payments** — paid for by EMI with an allowance for personal use added back into Ethington's distributions and treated as income to Ethingtons





www.efirstbank.com

| | |
|---|---|
| **ACCOUNT NUMBER** | XXX-XXX-2184 |
| **STATEMENT DATE** | 4-30-2013 |
| **INTEREST EARNED THIS YEAR** | N/A |

ETHINGTON MANAGEMENT INC.
REDACTED
TUCSON AZ 85743-7638

---

ACCOUNT SUMMARY - - CHECKING ACCOUNT - SAFEKEEPING

| | | |
|---|---|---|
| CLOSING BALANCE FROM PREVIOUS STATEMENT...............................................DATE: 3-29-2013 | | 519.07 |
| 3 DEPOSITS AND OTHER ADDITIONS TOTALING...................................... | | 20,000.00+ |
| 32 CHECKS AND OTHER WITHDRAWALS TOTALING................................... | | 19,714.41- |
| CLOSING BALANCE FOR THIS STATEMENT ........................................DATE: 4-30-2013 | | 804.66 |

MINIMUM BALANCE OF 336.32 ON................................. 4-01-2013

CHECKS AND OTHER WITHDRAWALS    *SHOWS BREAK IN CHECK NUMBER,   #SHOWS NOT MACHINE READABLE

| CHECK#............AMOUNT....DATE | CHECK#....................AMOUNT....DATE | CHECK#....................AMOUNT...DATE |
|---|---|---|
| 1219 | 250.00  4 - 04 | 1220 | 500.00  4 - 22 | | |

ELECTRONIC AND MISCELLANEOUS WITHDRAWALS

DATE........AMOUNT..DESCRIPTION...........................................................................CARD  NBR

| | | |
|---|---|---|
| 4 - 01 | 182.75 | VISA     COSTCO WHSE #0431          TUCSON          AZ ON 03-30 0388 |
| 4 - 02 | 1,000.00 | INTERNET TRANSFER #071814 TO CHECKING ACCOUNT XXX-XXX-2347 |
| | | * INTER-COMPANY TRANSFER |
| 4 - 03 | 1,000.00 | BILL PAY AMERICAN EXPRESS |
| 4 - 03 | 477.43 | BILL PAY FORD MTR CHGO |
| 4 - 03 | 724.67 | BILL PAY CABLE ONE |
| 4 - 04 | 747.09 | BILL PAY TOYOTA FIN |
| 4 - 05 | 900.00 | BILL PAY THOMAS G ROONEY |
| 4 - 05 | 161.60 | BILL PAY TUCSON MOUNTAIN |
| 4 - 05 | 144.58 | BILL PAY TUCSON WATR/SEWR |

Attach. A Ostrum Dec. Ex. 33 at 008

# Ethington Management, Inc.
## Transaction List by Vendor
### May 2012 through April 2013

| Type | Date | Account | Clr | Amount | |
|---|---|---|---|---|---|
| **Cable One** | | | | | |
| Check | 05/08/2012 | 1st Bank | X | -170.73 | |
| Check | 06/01/2012 | 1st Bank | X | -163.68 | |
| Check | 07/02/2012 | 1st Bank | X | -166.74 | |
| Check | 08/01/2012 | 1st Bank | X | -212.65 | |
| Check | 09/04/2012 | 1st Bank | X | -166.74 | |
| Check | 10/03/2012 | 1st Bank | X | -166.74 | |
| Check | 11/05/2012 | 1st Bank | X | -166.74 | |
| Check | 12/04/2012 | 1st Bank | X | -166.74 | |
| Check | 01/08/2013 | 1st Bank | X | -212.65 | Pinetop |
| Check | 02/04/2013 | 1st Bank | X | -212.65 | |
| Check | 03/06/2013 | 1st Bank | X | -166.74 | Avg monthly $178.81 |
| Credit Card Charge | 04/03/2013 | Credit Card Payable | X | -172.87 | |
| **Comcast** | | | | | |
| Check | 05/14/2012 | 1st Bank | X | -248.69 | |
| Check | 06/12/2012 | 1st Bank | X | -305.97 | |
| Check | 07/13/2012 | 1st Bank | X | -354.36 | |
| Check | 08/13/2012 | 1st Bank | X | -334.26 | |
| Check | 09/12/2012 | 1st Bank | X | -385.93 | |
| Check | 10/17/2012 | 1st Bank | X | -275.21 | |
| Check | 11/13/2012 | 1st Bank | X | -384.66 | |
| Check | 12/17/2012 | 1st Bank | X | -290.20 | Tucson |
| Check | 01/14/2013 | 1st Bank | X | -289.90 | |
| Check | 02/12/2013 | 1st Bank | X | -267.21 | Avg monthly $322.15 |
| Check | 03/15/2013 | 1st Bank | X | -363.86 | |
| Credit Card Charge | 04/12/2013 | Credit Card Payable | X | -355.50 | |
| **Navopache Electric Cooperative** | | | | | |
| Check | 05/10/2012 | 1st Bank | X | -121.82 | |
| Check | 06/13/2012 | 1st Bank | X | -86.92 | |
| Check | 07/12/2012 | 1st Bank | X | -134.73 | |
| Check | 08/15/2012 | 1st Bank | X | -309.89 | |
| Check | 09/13/2012 | 1st Bank | X | -109.84 | |
| Check | 10/18/2012 | 1st Bank | X | -117.05 | |
| Check | 11/16/2012 | 1st Bank | X | -61.61 | |
| Check | 12/17/2012 | 1st Bank | X | -62.29 | |
| Check | 01/15/2013 | 1st Bank | X | -140.23 | |
| Check | 01/30/2013 | 1st Bank | X | -1.92 | Pinetop |
| Check | 02/13/2013 | 1st Bank | X | -175.41 | Avg monthly $132.26 |
| Check | 03/15/2013 | 1st Bank | X | -136.72 | |
| Credit Card Charge | 04/15/2013 | Credit Card Payable | X | -128.70 | |
| **Pinetop-Lakeside Sanitary District** | | | | | |
| Check | 07/18/2012 | 1st Bank | X | -57.00 | |
| Check | 10/24/2012 | 1st Bank | X | -57.00 | |
| Check | 01/18/2013 | 1st Bank | X | -57.00 | Pinetop |
| Check | 02/13/2013 | 1st Bank | X | -43.73 | |
| Credit Card Charge | 04/24/2013 | Credit Card Payable | X | -57.00 | Avg monthly $22.64 |
| **Pinetop Water** | | | | | |
| Check | 05/10/2012 | 1st Bank | X | -33.35 | |
| Check | 06/11/2012 | 1st Bank | X | -22.97 | |
| Check | 07/10/2012 | 1st Bank | X | -45.00 | |
| Check | 08/13/2012 | 1st Bank | X | -28.61 | |
| Check | 09/11/2012 | 1st Bank | X | -27.81 | |
| Check | 10/18/2012 | 1st Bank | X | -25.75 | |
| Check | 11/13/2012 | 1st Bank | X | -22.97 | Pinetop |
| Check | 12/10/2012 | 1st Bank | X | -25.75 | |
| Check | 01/11/2013 | 1st Bank | X | -35.08 | Avg monthly $29.61 |
| Check | 03/11/2013 | 1st Bank | X | -22.97 | |
| Credit Card Charge | 04/10/2013 | Credit Card Payable | X | -35.42 | |
| **Southwest Gas** | | | | | |
| Check | 05/21/2012 | 1st Bank | X | -94.59 | |
| Check | 06/18/2012 | 1st Bank | X | -75.78 | |
| Check | 07/17/2012 | 1st Bank | X | -51.38 | |
| Check | 08/20/2012 | 1st Bank | X | -40.89 | |
| Check | 09/17/2012 | 1st Bank | X | -56.27 | Tucson |
| Check | 10/18/2012 | 1st Bank | X | -56.75 | |
| Check | 11/16/2012 | 1st Bank | X | -71.19 | Avg monthly $83.38 |
| Check | 12/19/2012 | 1st Bank | X | -76.15 | |
| Check | 01/22/2013 | 1st Bank | X | -102.89 | |

60

Attach. A Ostrum Dec. Ex. 33 at 009

# Ethington Management, Inc.
## Transaction List by Vendor
### May 2012 through April 2013

| Type | Date | Account | Clr | Amount | |
|------|------|---------|-----|--------|--|
| Check | 02/20/2013 | 1st Bank | X | -155.88 | |
| Check | 03/20/2013 | 1st Bank | X | -126.83 | |
| Credit Card Charge | 04/22/2013 | Credit Card Payable | X | -81.98 | |
| **Tucson Electric** | | | | | |
| Check | 05/17/2012 | 1st Bank | X | -436.37 | |
| Check | 06/18/2012 | 1st Bank | X | -548.62 | |
| Check | 07/19/2012 | 1st Bank | X | -612.94 | |
| Check | 08/20/2012 | 1st Bank | X | -610.55 | |
| Check | 09/18/2012 | 1st Bank | X | -637.60 | |
| Check | 10/18/2012 | 1st Bank | X | -488.69 | |
| Check | 11/23/2012 | 1st Bank | X | -412.15 | |
| Check | 12/19/2012 | 1st Bank | X | -264.46 | Tucson |
| Check | 01/22/2013 | 1st Bank | X | -246.84 | |
| Check | 02/22/2013 | 1st Bank | X | -257.23 | Avg monthly $415.64 |
| Check | 03/28/2013 | 1st Bank | X | -196.06 | |
| Credit Card Charge | 04/24/2013 | Credit Card Payable | X | -276.21 | |
| **Tucson Water** | | | | | |
| Check | 05/07/2012 | 1st Bank | X | -291.81 | |
| Check | 06/05/2012 | 1st Bank | X | -167.14 | |
| Check | 07/03/2012 | 1st Bank | X | -94.11 | |
| Check | 08/06/2012 | 1st Bank | X | -133.18 | |
| Check | 09/04/2012 | 1st Bank | X | -167.09 | |
| Check | 10/11/2012 | 1st Bank | X | -262.06 | |
| Check | 11/07/2012 | 1st Bank | X | -262.06 | |
| Check | 12/06/2012 | 1st Bank | X | -214.58 | |
| Check | 01/03/2013 | 1st Bank | X | -226.44 | Tucson |
| Check | 01/30/2013 | 1st Bank | X | -84.53 | |
| Check | 03/04/2013 | 1st Bank | X | -159.59 | Avg monthly $183.93 |
| Credit Card Charge | 04/05/2013 | Credit Card Payable | X | -144.58 | |
| **UNS GAS** | | | | | |
| Check | 05/17/2012 | 1st Bank | X | -14.17 | |
| Check | 06/18/2012 | 1st Bank | X | -18.12 | |
| Check | 07/18/2012 | 1st Bank | X | -29.89 | |
| Check | 08/16/2012 | 1st Bank | X | -27.90 | |
| Check | 09/17/2012 | 1st Bank | X | -18.05 | |
| Check | 10/18/2012 | 1st Bank | X | -13.16 | |
| Check | 11/16/2012 | 1st Bank | X | -13.17 | Pinetop |
| Check | 12/18/2012 | 1st Bank | X | -48.36 | Avg monthly $53.17 |
| Check | 01/18/2013 | 1st Bank | X | -166.63 | |
| Check | 02/20/2013 | 1st Bank | X | -132.29 | |
| Check | 03/20/2013 | 1st Bank | X | -96.37 | |
| Credit Card Charge | 04/22/2013 | Credit Card Payable | X | -59.92 | |
| **Waste Management of Tucson** | | | | | |
| Check | 05/10/2012 | 1st Bank | X | -55.43 | |
| Check | 07/12/2012 | 1st Bank | X | -141.94 | |
| Check | 08/06/2012 | 1st Bank | X | -56.99 | |
| Check | 11/02/2012 | 1st Bank | X | -146.69 | |
| Check | 11/02/2012 | 1st Bank | X | -60.18 | |
| Check | 01/30/2013 | 1st Bank | X | -59.65 | Tucson |
| Check | 02/06/2013 | 1st Bank | X | -51.00 | Avg monthly $57.77 |
| Check | 03/15/2013 | 1st Bank | X | -107.37 | |

## Utilities Average Monthly Expense

**Tucson**   $1062.87

**Pinetop**   $ 416.49

Utilities are paid by EMI and counted as
distributions and income to Ethingtons.

Attach. A Ostrum Dec. Ex. 33 at 010

**Medical Insurance**—paid by EMI and counted as distributions and income to Ethingtons.



LAKEWOOD CO 80215-0097

Ut 877-955-9600 outside Denver metro
www.efirstbank.com

| | |
|---|---|
| **ACCOUNT NUMBER** | XXX-XXX-2184 |
| **STATEMENT DATE** | 4-30-2013 |
| **INTEREST EARNED THIS YEAR** | N/A |

ETHINGTON MANAGEMENT INC
REDACTED
TUCSON AZ 85743-7638

**ACCOUNT SUMMARY - - CHECKING ACCOUNT - SAFEKEEPING**

| | | |
|---|---|---|
| CLOSING BALANCE FROM PREVIOUS STATEMENT | DATE: 3-29-2013 | 519.07 |
| 3 DEPOSITS AND OTHER ADDITIONS TOTALING | | 20,000.00+ |
| 32 CHECKS AND OTHER WITHDRAWALS TOTALING | | 19,714.41- |
| CLOSING BALANCE FOR THIS STATEMENT | DATE: 4-30-2013 | 804.66 |

MINIMUM BALANCE OF    335.32    ON    4-01-2013

**CHECKS AND OTHER WITHDRAWALS    *SHOWS BREAK IN CHECK NUMBER.    #SHOWS NOT MACHINE READABLE**

| CHECK# | AMOUNT | DATE | CHECK# | AMOUNT | DATE | CHECK# | AMOUNT | DATE |
|---|---|---|---|---|---|---|---|---|
| 1219 | 250.00 | 4 - 04 | 1220 | 500.00 | 4 - 22 | | | |

**ELECTRONIC AND MISCELLANEOUS WITHDRAWALS**

| DATE | AMOUNT | DESCRIPTION | | | CARD NBR |
|---|---|---|---|---|---|
| 4 - 01 | 182.75 | VISA      COSTCO WHSE #0431 | TUCSON | AZ ON 03-30 | 0388 |
| 4 - 02 | 1,000.00 | INTERNET TRANSFER #071814 TO CHECKING ACCOUNT XXX-XXX-2347 | | | |
| | | * INTER-COMPANY TRANSFER | | | |
| 4 - 03 | 1,000.00 | BILL PAY AMERICAN EXPRESS | | | |
| 4 - 03 | 477.43 | BILL PAY FORD MTR CHGO | | | |
| 4 - 03 | 172.87 | BILL PAY CABLE ONE | | | |
| 4 - 04 | 747.09 | BILL PAY TOYOTA FIN | | | |
| 4 - 05 | 960.00 | BILL PAY THOMAS G ROONEY | | | |
| 4 - 05 | 161.00 | BILL PAY TUCSON MOUNTAIN | | | |
| 4 - 05 | 144.58 | BILL PAY TUCSON WATR/SEWR | | | |
| 4 - 08 | 187.24 | BILL PAY STATEFARM INS | | | |
| 4 - 10 | 35.42 | BILL PAY PINETOP WATER | | | |
| 4 - 10 | 44.00 | INVOICE   PAYCHEX EIB | | | |
| 4 - 11 | 499.52 | BILL PAY GOLDEN RULE INS | | | |
| 4 - 12 | 355.50 | BILL PAY COMCAST CABLE | | | |
| 4 - 15 | 2,000.00 | INTERNET TRANSFER #029212 TO CHECKING ACCOUNT XXX-XXX-2347 | | | |

# REDACTED

Attach. A Ostrum Dec. Ex. 33 at 011

**Federal Back Income Taxes**—Per Clint Ethington, he didn't have the cash required to pay his 2010 federal income taxes and entered into an installment agreement with the IRS to pay $400/month on this debt. He was short of funds again for his 2011 income taxes and applied to make $400/month installment payments on that debt as well. As funds continued to tighten, Mr Ethington called the IRS to inquire about options. He was informed the debts had been consolidated and he need only send a single $400/month payment toward the combined amount. As of 4/18/2013, he was paying $800/month toward his federal back income taxes.

# REDACTED



REDACTED

| | |
|---|---|
| ACCOUNT NUMBER | XXX-XXX-2347 |
| STATEMENT DATE | 5-09-2013 |
| INTEREST EARNED THIS YEAR | N/A |

CLINT D ETHINGTON
REDACTED
TUCSON AZ 85743-7638

**ACCOUNT SUMMARY - - FREE CHECKING ACCOUNT - SAFEKEEPING**

| | | |
|---|---|---|
| CLOSING BALANCE FROM PREVIOUS STATEMENT............................DATE: 4-09-2013 | | 423.79 |
| 3 DEPOSITS AND OTHER ADDITIONS TOTALING ..................................... | | 3,500.00+ |
| 14 CHECKS AND OTHER WITHDRAWALS TOTALING ................................. | | 3,748.00- |
| CLOSING BALANCE FOR THIS STATEMENT......................................DATE: 5-09-2013 | | 175.79 |
| MINIMUM BALANCE OF   175.79   ON.................. | 5-08-2013 | |

**CHECKS AND OTHER WITHDRAWALS**       *SHOWS BREAK **IN CHECK** NUMBER.   #SHOWS NOT MACHINE **READABLE**

NO CHECKS WITH SERIAL NUMBERS THIS CYCLE

**ELECTRONIC AND MISCELLANEOUS WITHDRAWALS**

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 4 - 15 | 180.00 | BILL PAY DISCOVER CARD |
| 4 - 16 | 280.00 | BILL PAY CITIBANK CRDT CD |
| 4 - 22 | 75.00 | BILL PAY CHASE CARD SERV |
| 4 - 22 | 400.00 | USATAXPYMT IRS |
| 4 - 22 | 400.00 | USATAXPYMT IRS |
| 4 - 24 | 1,000.00 | BILL PAY PRE PROPERTIES. |
| 4 - 25 | 68.00 | BILL PAY SLS |
| 4 - 26 | 185.00 | BILL PAY CARDMEMBER SVC |

# Exhibit 34



James R. Prochnow
Tel 303.572.6546
Fax 720.904.7646
prochnowj@gtlaw.com

**CONFIDENTIAL**

July 17, 2015

Ms. Korin Ewing Felix, Attorney
Federal Trade Commission
Bureau of Consumer Protection
Division of Enforcement
600 Pennsylvania Avenue NW
Washington, DC 20580

**PLEASE DEEM THIS LETTER TO BE CONFIDENTIAL INFORMATION AND EXEMPT FROM DISCLOSURE TO THE PUBLIC PURSUANT TO THE FOIA**

Re: HCG Diet Direct, LLC and Clint Ethington:
   Enforcement Investigation Concerning
   Section VIII (A-D) of the January 14, 2014
   Consent Decree: "The Avalanche Clause"

Dear Ms. Felix:

This letter is in response to your extensive e-mail message to me of Monday, July 13. This letter addresses, in particular, the second, third and fourth paragraphs of your e-mail message. The text of most of the fact information in this letter was provided to me by JoLynn Anderson, except where indicated elsewhere, and has been confirmed to me by telephone by Mr. Ethington.

[1] <u>EMI Specific Questions</u>:

First: Did Ethington Management have a separate telephone number [in its name] from the Ethingtons' home or cell numbers?

<u>Answer</u>: NO. The land line and the mobile phone numbers were in the names of the Ethingtons only. EMI paid for the land line, but we have treated the payments for that land line account as distributions to the Ethingtons.

Second: Ethington (and Ms. Anderson) list an $800 monthly payment for back taxes. Do you have documentation to support that?

<u>Answer</u>: Mr. Ethington now represents he didn't have the cash required to pay his 2010 federal income taxes and entered into an installment agreement with the IRS to pay $400/month on this debt. He was short of funds again for his

*DEN 98861685v1*

GREENBERG TRAURIG, LLP ▪ ATTORNEYS AT LAW ▪ WWW.GTLAW.COM
The Tabor Center ▪ 1200 17th Street ▪ Suite 2400 ▪ Denver, CO 80202 ▪ Tel 303.572.6500 ▪ Fax 303.572.6540
Attach. A Ostrum Dec. Ex. 34 at 001

2011 income taxes and applied to the IRS to make $400/month installment payments on that debt as well. As funds continued to tighten, Mr. Ethington called the IRS to inquire about options. He was informed the debts had been consolidated and he need only send a single $400/month payment toward the combined amount. As of 4/18/2013, he was paying $800/month toward his federal back income taxes. If you really want copies of any of the communications with the IRS, we will look for it.

Third: Does Ethington Management have documentation to support its claims of office, M&E, and travel expenses?

Answer: EMI does not have any documentation other than the typed descriptions on the credit card statements which you already received from us. If necessary, he can add a little more description to each of the business expenses.

[2]     The Credit Card Accounts:

| | Account Number: | Name on Credit Card: |
|---|---|---|
| (A) | REDACTED 0444 | Circular Motions, LLC (wholly owned by Seth Hassell) |
| (B) | REDACTED 3206 | Manta Ray Investments, LLC (wholly owned by Seth Hassell) |
| (C) | REDACTED 0523 | Sole Investments, LLC (wholly owned by Seth Hassell) |

This topic is the focus of the first full paragraph of your e-mail message:

Optimize was extremely cash poor from the latter part of 2012 through a lot of 2013, during the contention with Zookaware and the rebuilding phase thereafter. In addition to borrowing cash, Optimize also borrowed credit from two other companies (Sole Investments and Manta Ray Investments).

The credit available from Sole was primarily used for purchases of media such as Google Adwords and Microsoft Adcenter. Those charges dropped off toward the end of 2012 when relations broke down with Zookaware. However, Optimize didn't have the cash to pay off the debt until after the Zookaware settlement in March of 2013.

The Manta credit was primarily used for two charges. Optimize placed 2 - $12,000 charges on the Manta cards to supply desperately needed capital to help keep doors open.

**CONFIDENTIAL**

DEN 98861685v1

[3]     Documentation in Support of Summaries Transmitted to Ms. Felix (FTC) on Friday, July 10, 2015 for the Calendar Years 2010 – 2013.

The 63 pages that are attached as Exhibit Z consist of the following, all of which constitute the support for the revised Financial Statement of Mr. Ethington that is displayed as a part of Exhibit JA-B of Ms. Anderson's July 10 Declaration:

| pp | Subject |
|---|---|
| 1-4 | Funds Held in Financial Institutions |
| 5 | EMI Net Worth ("NW") |
| 5-8 | Assets/Liabilities Other Than the Following LLC Holdings |
| 6-12 | HCG Diet Direct ("NW") |
| 13-23 | Optimize, LLC ("NW"); See page 20 for a NOTE by Ms. Anderson |
| 24-25 | Growth Hormones Direct, LLC ("NW") |
| 26-28 | Easy Payment Services, LLC ("NW"); see page 26 for a NOTE by Ms. Anderson |
| 29-30 | Novus OP, LLC ("NW") |
| 31-32 | Prescription HCG, LLC ("NW") |
| 33-34 | Diet Redi, LLC ("NW") |
| 35-36<br>37 | PRE Properties<br>7641 W. Quachila Court<br>Rincon Ranch, Vail, AZ |
| 38 | Real Properties<br>REDACTED |
| 39-40 | REDACTED |
| 41-55 | Credit Cards<br><br>• 41-42: Bank of America: Clint<br>• 43: Bank of America: Lauren<br>• 44: GM – Lauren<br>• 45: Chase Ink – Lauren<br>• 46: Chase State – Clint<br>• 47: Citi – Lauren<br>• 48-49: Discover – Lauren<br>• 50-51: Sears – Lauren (Master Card)<br>• 52-54: US Bank – Lauren<br>• 55: Capital One - Lauren |
| 56-57 | "INCOME" – See page 2 of Exhibit JA-B of the 7-10-15 Anderson Declaration. See Ms. Anderson's NOTES on pages 56, 62, and 65. |
| 58-63 | "EXPENSES" |

<span style="color:red">CONFIDENTIAL</span>

*DEN 98861685v1*

3

GREENBERG TRAURIG, LLP ▪ ATTORNEYS AT LAW ▪ WWW.GTLAW.COM

Attach. A Ostrum Dec. Ex. 34 at 003

## SUMMARY

On behalf of HCG Diet Direct, LLC and Mr. Ethington, I am reminding you that we continue to steadfastly provide you with information that you either request or strongly suggest that it might be of benefit for our clients to provide.

This response is focused on responding to the questions set out in the first 3-4 paragraphs of your July 13 e-mail. But, in the final paragraph of your e-mail you share the following comment "I will tell you that I strongly disagree with your position that your client had no obligation to disclose the assets of the various companies partially owned by Ethington Management in his financial statement." I am now specifically asking you to inform me and our clients the specific basis for that conclusion. Is it based on one or more Items or other text of Mr. Ethington's Individual Financial Statement? We want to be able to respond thoughtfully to this particular issue or topic because it has seemingly been an aggravating topic for you beginning at the outset of our communications.

Thank you for your continued cooperation. If you decide to recommend to the Commission action to lift the suspended judgment, notwithstanding all of our communications, we request the opportunity [2-3 days] to consider that proposed recommendation before it is made.

Sincerely,

James R. Prochnow

CONFIDENTIAL

DEN 98861685v1

Attach. A Ostrum Dec. Ex. 34 at 004

# Exhibit 35

Search Date and Time:
**8/31/2015 7:21:41 AM**

File Number:
**12647111**

Corporation Name:
**TRULY IMAGINE INC.**

| Annual Report Email Reminders |
| :---: |

| eFile Annual Report |
| :---: |

| Print Annual Report Form |
| :---: |

Collapse | Expand

| Corporate Inquiry | ▲ |
| :--- | ---: |

| **File Number** | 12647111 |
| :--- | :--- |
| **Corporation Name** | TRULY IMAGINE INC. |
| **Standing** | Check Corporate Status |

| Domestic Address | ▲ |
| :--- | ---: |

67 S HIGLEY ROAD
103-250
GILBERT, AZ 85296

| Statutory Agent Information | ▲ |
| :--- | ---: |

**Agent Name:** SETH HASSELL

Attach. A Ostrum Dec. Ex. 35 at 001

http://ecorp.azcc.gov/Details/Corp?corpId= 12647111

8/31/2015

**Agent Mailing/Physical Address:**

67 S HIGLEY ROAD
103-250
GILBERT, AZ 85296

**Agent Status:** APPOINTED 02/22/2006

**Agent Last Updated:** 04/22/2006

## Additional Entity Information

| | |
|---|---|
| **Entity Type:** BUSINESS | **Business Type:** TECHNOLOGY (COMPUTERS) |
| **Incorporation Date:** 2/22/2006 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 2/22/2006 | **Original Publish Date:** 3/30/2006 |

## Officer Information

| | |
|---|---|
| **Name** | SETH HASSELL |
| **Title** | PRESIDENT |
| **Address** | 67 S HIGLEY ROAD 103-250 GILBERT, AZ 85296 |
| **Date of Taking Office** | 02/19/2006 |
| **Last Updated** | 02/26/2015 |

## Director Information

Attach. A Ostrum Dec. Ex. 35 at 002

http://ecorp.azcc.gov/Details/Corp?corpId= 12647111                    8/31/2015

| Name | SETH HASSELL |
|---|---|
| Title | DIRECTOR |
| Address | 67 S HIGLEY ROAD<br>130-250<br>GILBERT, AZ 85296 |
| Date of Taking Office | 02/19/2006 |
| Last Updated | 02/26/2015 |

## Annual Reports ⚠

**Next Annual Report Due:** 2/22/2016

| File Year | 2015 |
|---|---|
| File Month | 2 |
| Date Received | 1/23/2015 |
| Reason Returned | |
| Date Returned | |
| Extension | |
| File Year | 2014 |
| File Month | 2 |
| Date Received | 1/20/2014 |
| Reason Returned | |
| Date Returned | |
| Extension | |
| File Year | 2013 |
| File Month | 2 |
| Date Received | 5/21/2013 |
| Reason Returned | |
| Date Returned | |
| Extension | |

Attach. A Ostrum Dec. Ex. 35 at 003

http://ecorp.azcc.gov/Details/Corp?corpId= 12647111

8/31/2015

| | |
|---|---|
| **File Year** | 2012 |
| **File Month** | 2 |
| **Date Received** | 1/16/2012 |
| **Reason Returned** | |
| **Date Returned** | |
| **Extension** | |
| **File Year** | 2011 |
| **File Month** | 2 |
| **Date Received** | 1/18/2011 |
| **Reason Returned** | |
| **Date Returned** | |
| **Extension** | |
| **File Year** | 2010 |
| **File Month** | 2 |
| **Date Received** | 6/25/2010 |
| **Reason Returned** | |
| **Date Returned** | |
| **Extension** | |
| **File Year** | 2009 |
| **File Month** | 2 |
| **Date Received** | 10/15/2009 |
| **Reason Returned** | |
| **Date Returned** | |
| **Extension** | |

Attach. A Ostrum Dec. Ex. 35 at 004

| File Year | 2008 |
|---|---|
| File Month | 2 |
| Date Received | 2/20/2008 |
| Reason Returned | |
| Date Returned | |
| Extension | |
| File Year | 2007 |
| File Month | 2 |
| Date Received | 5/17/2007 |
| Reason Returned | |
| Date Returned | |
| Extension | |

Click Here to eFile an Annual Report Online

## Scanned Documents ⚠

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | 04946007 |
|---|---|
| Description | 15 ANNUAL REPORT |
| Date Received | 1/23/2015 |
| Document Number | 04549430 |
| Description | 14 ANNUAL REPORT |
| Date Received | 1/20/2014 |

Attach. A Ostrum Dec. Ex. 35 at 005

http://ecorp.azcc.gov/Details/Corp?corpId= 12647111

8/31/2015

| Document Number | 04298412 |
|---|---|
| Description | 13 ANNUAL REPORT |
| Date Received | 5/21/2013 |
| Document Number | 03741856 |
| Description | 12 ANNUAL REPORT |
| Date Received | 1/16/2012 |
| Document Number | 03369153 |
| Description | 11 ANNUAL REPORT |
| Date Received | 1/18/2011 |
| Document Number | 03183255 |
| Description | 10 ANNUAL REPORT |
| Date Received | 6/25/2010 |
| Document Number | 02952954 |
| Description | 09 ANNUAL REPORT |
| Date Received | 10/15/2009 |
| Document Number | 02320366 |
| Description | 08 ANNUAL REPORT |
| Date Received | 2/20/2008 |
| Document Number | 02014842 |
| Description | 07 ANNUAL REPORT |
| Date Received | 5/17/2007 |
| Document Number | 01520910 |
| Description | PUB OF ARTICLES |
| Date Received | 3/30/2006 |

Attach. A Ostrum Dec. Ex. 35 at 006

http://ecorp.azcc.gov/Details/Corp?corpId= 12647111

8/31/2015

| Document Number | 01484557 |
|---|---|
| Description | ARTICLES |
| Date Received | 2/22/2006 |

### Notices of Pending Administrative Dissolution ▲

| Date | 5/28/2010 |
|---|---|
| Reason | DELINQUENT ANNUAL REPORT |
| Date | 5/28/2009 |
| Reason | DELINQUENT ANNUAL REPORT |

### Administrative Dissolutions and Reinstatements ▲

| Administrative Dissolutions Date | Administrative Dissolutions Reason | Reinstatement Date |
|---|---|---|
| 8/6/2009 | AD-DISSOLVED - FILE A/R | 10/15/2009 |

### Microfilm ▲

| Location | Entered | Description |
|---|---|---|
| 31951003497 | 2/22/2006 | ARTICLES |
| 31968005007 | 3/30/2006 | PUB OF ARTICLES |
| 32056000012 | 5/17/2007 | 07 ANNUAL REPORT |
| 32113002103 | 2/20/2008 | 08 ANNUAL REPORT |
| 11856015010 | 10/15/2009 | CERTIFICATE OF REINSTATEMENT |
| 32299042005 | 10/15/2009 | 09 ANNUAL REPORT |
| 32319025035 | 6/25/2010 | 10 ANNUAL REPORT |

Attach. A Ostrum Dec. Ex. 35 at 007

http://ecorp.azcc.gov/Details/Corp?corpId= 12647111                    8/31/2015

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us
(http://www.azcc.gov/divisions/corporations/contact-us.asp)

Attach. A Ostrum Dec. Ex. 35 at 008



E-FILED

# STATE OF ARIZONA
# CORPORATION COMMISSION
## CORPORATION ANNUAL REPORT
## & CERTIFICATE OF DISCLOSURE

04946007

**DUE ON OR BEFORE** 02/22/2015    **FILING FEE** $45

PLEASE READ ALL INSTRUCTIONS. The following information is required by A.R.S. §§10-1622 & 10-11622 for all organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A 121(A) & 10-3121(A). YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM. Make changes or correcti necessary. Information for the report should reflect the current status of the corporation.

-1264711-1
1. TRULY IMAGINE INC.
   67 S HIGLEY ROAD
   103-250
   GILBERT, AZ 85296

**Business Phone:** _____    (Business phone is optional.)
**State of Domicile:** ARIZONA    **Type of Corporation:** BUSINESS

2. Statutory Agent: SETH HASSELL    Statutory Agent's Street or Physical Addr
   Mailing Address: 67 S HIGLEY ROAD    Physical Address:
   103-250    City, State, Zip: AZ
   City, State, Zip: GILBERT, AZ 85296

| ACC USE ONLY | |
|---|---|
| Fee | $ 45.00 |
| Penalty | $ 0.00 |
| Reinstate$ | 0.00 |
| Expedite $ | |
| Resubmit$ | |

*If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below. Note that the agent address must be in A*

I, (individual) or We, (corporation or limited liability company) having been designated the new Sta do hereby consent to this appointment until my removal or resignation pursuant to law.

_____
Signature of *new* Statutory Agent

_____
Printed Name of *new* Statutory Agent

3. **Secondary Address:**

   (Foreign Corporations are **REQUIRED** to complete this section).

4. **CHARACTER OF BUSINESS**

   TECHNOLOGY (COMPUTERS)

   Received: 01/23/2015 13:54

Attach. A Ostrum Dec. Ex. 35 at 009



AR:0046
Rev. 12/2008

Attach. A Ostrum Dec. Ex. 35 at 010

-1264711-1   TRULY IMAGINE INC,

**5. CAPITALIZATION:**  (For-profit Corporations and Business Trusts are **REQUIRED** to complete this section.)

Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial i
estate.

**5a.   Please examine the corporation's original Articles of Incorporation for the amount of shares authorized.**

| Number of Shares/Certificates Authorized | Class | Series Within Class (I |
|---|---|---|
| 1000 | COMMON | |
| 1000 | COMMON | |

**5b.   Review all corporation amendments to determine if the original number of shares has changed.  Examine**
**minutes for the number of shares issued.**

| Number of Shares/Certificates Issued | Class | Series Within Class (i |
|---|---|---|
| 1000 | COMMON | |
| 1000 | COMMON | |

**6. SHAREHOLDERS:**  (For-profit Corporations and Business Trusts are **REQUIRED** to complete this section.)

List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than
interest in the corporation.

LAUREN HASSELL                          SETH HASSELL

**7. OFFICERS**

    Name: SETH HASSELL                    Name:
   Title: PRESIDENT                      Title:
Address: 67 S HIGLEY ROAD             Address:
         103-250                      Date Taking Office:
         GILBERT, AZ  85296
Date Taking Office: 02/19/2006


    Name:                                 Name:
   Title:                                Title:
Address:                              Address:
Date Taking Office:                   Date Taking Office:


**8. DIRECTORS**

    Name: SETH HASSELL                    Name:
Address: 67 S HIGLEY ROAD             Address:
         130-250                      Date Taking Office:
         GILBERT, AZ  85296
Date Taking Office: 02/19/2006


    Name:                                 Name:
Address:                              Address:
Date Taking Office:                   Date Taking Office:

Attach. A Ostrum Dec. Ex. 35 at 011



AR-3048
Rev. 12/2008

Arizona C

Attach. A Ostrum Dec. Ex. 35 at 012

-1264711-1   TRULY IMAGINE INC.

## 9. FINANCIAL DISCLOSURE (A.R.S. §10-11622(A)(9))

Nonprofits – if your annual report is due on or before September 25, 2008, you **must attach** a financial statement (e.g. income balance sheet including assets, liabilities). If your nonprofit annual report is due after September 25, 2008, a financial statem Cooperative marketing associations must in all cases submit a financial statement. All other forms of corporations are financial statement no matter what date the annual report was due.

### ONLY NONPROFIT CORPORATIONS MUST ANSWER THIS QUESTION:

9A. **MEMBERS** (A.R.S. §10-11622(A)(6))          This corporation **DOES** ☐ **DOES NOT** ☐ F

## 10. CERTIFICATE OF DISCLOSURE (A.R.S. §§ 10-202(D), 10-3202(D), 10-11622(A)(8) & 10-11622(A)(7))

A.    Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest been:

1.    Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction w period immediately preceding the execution of this certificate?

2.    Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certifi

3.    Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violatic
   (a) fraud or registration provisions of the securities laws of that jurisdiction, or
   (b) the consumer fraud laws of that jurisdiction, or
   (c) the antitrust or restraint of trade laws of that jurisdiction?

                                           **One box must be marked: YES**

If "YES" to A, the following information **must be submitted** as an attachment to this report for each person subject t actions stated in items 1 through 3 above.

1.  Full birth name.
2.  Full present name and prior names used.
3.  Present home address.
4.  All prior addresses for immediately preceding 7 year period.

5.  Date and location of birth.
6.  The nature and description of each o action; the date and location; the cour involved; and the file or cause number

B.    Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in the c in any such capacity or held a 20% interest in any other corporation on the bankruptcy or receivership of that other cor

                                           **One box must be marked: YES**

If "YES" to B, the following information **must be submitted** as an attachment to this report for each corporation s statement above.

   (a) Name and address of each corporation and the persons involved.
   (b) State(s) in which it (i) was incorporated and   (ii) transacted business.
   (c) Dates of corporate operation.

## 11. STATEMENT OF BANKRUPTCY OR RECEIVERSHIP (A.R.S. §§ 10-1623 & 10-11623)

A.    Has the **corporation** filed a petition for bankruptcy or appointed a receiver?   **One box must be marked: YES** ☐
If "Yes" to A, the following information **must be submitted** as an attachment to this report:

1.    All officers, directors, trustees and major stockholders of the corporation within one year of filing the petition for b appointment of a receiver. If a major stockholder is a corporation, the statement shall list the current president, ch board of directors and major stockholders of such corporate stockholder. "Major stockholder" means a shareho controlling twenty per cent of the issued and outstanding shares or twenty per cent of any proprietary, beneficial o interest in the corporation.

2.    Whether any such person has been an officer, director, trustee or major stockholder of any other corporation wit bankruptcy or receivership of the other corporation. If so, for each such corporation give:
   (a) Name and address of each corporation;
   (b) States in which it (i) was incorporated and   (ii) transacted business.
   (c) Dates of operation.

## 12. SIGNATURES:   Annual Reports must be signed and dated by at least one duly authorized officer or they v
I declare, under penalty of perjury, that all corporate income tax returns required by Title 43 of the Arizona Revised S filed with the Arizona Department of Revenue. I further declare under penalty of perjury that I (we) have examined t certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and

Name SETH HASSELL          Date 01/23/2015

Attach. A Ostrum Dec. Ex. 35 at 013

Signature __SETH HASSELL_____

Title __PRESIDENT_____

(Signator(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)

AR-0046
Rev. 12/2008

Arizona C

Attach. A Ostrum Dec. Ex. 35 at 014

# Exhibit 36

Search Date and Time:
**8/31/2015 7:11:04 AM**

File Number:
**L12662352**

Corporation Name:
**BOXED BEGINNINGS, LLC**

Collapse | Expand



| Corporate Inquiry | △ |
|---|---|
| **File Number** | L12662352 |
| **Corporation Name** | BOXED BEGINNINGS, LLC |
| **Standing** | Check Corporate Status |

Domestic Address △

7650 S MCCLINTOCK DR
STE 103-229
TEMPE, AZ 85284

Statutory Agent Information △

**Agent Name:** SETH HASSELL

**Agent Mailing/Physical Address:**

7650 S MCCLINTOCK DR
STE 103-229
TEMPE, AZ 85284

Attach. A Ostrum Dec. Ex. 36 at 001

http://ecorp.azcc.gov/Details/Corp?corpId=L12662352

8/31/2015

**Agent Status:** APPOINTED 02/28/2006

**Agent Last Updated:** 05/03/2006

## Additional Entity Information ▲

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 2/28/2006 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 2/28/2006 | **Original Publish Date:** 4/10/2006 |

## Manager/Member Information ▲

| | |
|---|---|
| **Name** | TRULY IMAGINE INC |
| **Title** | MANAGER |
| **Address** | 5301 S SUPERSTITION MOUNTAIN DRIVE STE 104-179 GOLD CANYON, AZ 85218 |
| **Date of Taking Office** | 02/28/2006 |
| **Last Updated** | 03/08/2006 |
| **Name** | TRULY IMAGINE INC |
| **Title** | MEMBER |
| **Address** | 5301 S SUPERSTITION MOUNTAIN DRIVE STE 104-179 GOLD CANYON, AZ 85218 |
| **Date of Taking Office** | 02/28/2006 |
| **Last Updated** | 03/08/2006 |

Attach. A Ostrum Dec. Ex. 36 at 002

http://ecorp.azcc.gov/Details/Corp?corpId=L12662352

8/31/2015



Scanned Documents ▲

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | 01542520 |
|---|---|
| Description | PUB OF ARTICLES OF ORGANIZATION |
| Date Received | 4/10/2006 |
| Document Number | 01484770 |
| Description | ARTICLES OF ORGANIZATION |
| Date Received | 2/28/2006 |

Microfilm ▲

| Location | Entered | Description |
|---|---|---|
| 31952001257 | 2/28/2006 | ARTICLES OF ORGANIZATION |
| 31970000413 | 4/10/2006 | PUB OF ARTICLES OF ORGANIZATION |

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) I Contact Us (http://www.azcc.gov/divisions/corporations/contact-us.asp)

Attach. A Ostrum Dec. Ex. 36 at 003

FEB 28 2006 14:18 FR SNELL WILMER PHX 1 602 382 6070 TO 1    AZ Corp. Commission

01484770

AZ CORPORATION COMMISSION
FILED

Where filed return to:

"EXP"    FEB 2 8 2006

Baker A. Schippel
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, Arizona 85004-2202

FILE NO. L-1266235-2

## ARTICLES OF ORGANIZATION

### OF

### BOXED BEGINNINGS, LLC

Pursuant to A.R.S. § 29-632 the undersigned states as follows:

1.  The name of the limited liability company is BOXED BEGINNINGS, LLC.

2.  The address of the company's known place of business in Arizona is 7650 S McClintock Dr., Suite 103-229, Tempe, AZ 85284.

3.  The name and address of the agent for service of process on the limited liability company is SETH HASSELL, 7650 S McClintock Dr., Suite 103-229, Tempe, AZ 85284.

4.  Management of the limited liability company is vested in a manager or managers.

5.  The name and address of the initial manager of the limited liability company is:

    TRULY IMAGINE INC.
    5301 S. Superstition Mountain Drive
    Suite 104-179
    Gold Canyon, AZ 85218

6.  The name and address of each member who owns a twenty percent or greater interest in the capital or profits of the limited liability company.

    TRULY IMAGINE INC.
    5301 S. Superstition Mountain Drive
    Suite 104-179
    Gold Canyon, AZ 85218

IN WITNESS WHEREOF, the undersigned has executed these Articles of Organization this 23 day of February, 2006.

SETH HASSELL

BRB 1242

PAID
85.00 mo

Attach. A Ostrum Dec. Ex. 36 at 004



FEB 28 2006 14:13 FR SNELL WILMER PHX 1 502 382 6878 TO 85424188    P.04/04

L-12 662357

## CONSENT TO ACT AS STATUTORY AGENT

SETH HASSELL, having been designated to act as statutory agent of BOXED BEGINNINGS, LLC, an Arizona limited liability company, hereby consents to act in that capacity until removed or resignation is submitted in accordance with the Arizona Revised Statutes.

DATED this 23 day of February, 2006.

SETH HASSELL

** TOTAL PAGE.04 **

2

Attach. A Ostrum Dec. Ex. 36 at 005

http://images.azcc.gov/scripts/cgi/dwispart2.pl?COMMAND=4&SESSIONID=ZziAoN3t...    8/31/2015

FEB 28 2006 14:13 FR SNELL WILMER PHX 1 602 392 6078 TO 95424180     P.02/04

## ARIZONA CORPORATION COMMISSION
## CORPORATIONS DIVISION
## SUBMISSION COVER SHEET

Important: USE A SEPARATE COVER sheet for each document.

Are you filing:   [✓] New Entity   [ ] Change to existing Entity   [ ] Re-submission/Correction

Please Select AND Complete all the Appropriate Sections 1 through 10:

Reserved Name/Proposed name for Corp/LLC:

**1.** Type in Name: _____

**2.** Filing Type: (Select Only One)
- [ ] Articles of Dom/Ssn-Section ............ $180.00
- [ ] Articles of Incorporation (P) ............ $ 60.00
- [ ] Articles of Incorporation (NP) ............ $ 40.00
- [✓] Articles of Organization ............ $ 50.00
- [ ] Application For Authority (Business) ...... $175.00
- [ ] Application to Conduct Affairs (NP) ...... $175.00
- [ ] Application for New Authority ............ $175.00
- [ ] Application for Registration ............ $150.00
- [ ] Articles of Amendment ............ $ 25.00
- [ ] Articles of Amendment & Restatement ...... $ 25.00
- [ ] Articles of Correction ............ $ 25.00
- [ ] Articles of Merger/Share Exchange ...... $100.00
- [ ] Affidavit of Publication ............ No Fee
- [ ] Other: _____

**3.** Copies:
- [ ] Certified Copies ( ) (Qty. @ $5 each for Corps)
- [ ] Certified Copies ( ) (Qty. @ $5 each for LLCs)
- [ ] Good Standing Certificate ( ) (Qty. @ $10 ea.)
- [ ] Expedite Good Standing ($35.00 extra)
- [ ] Expedite Certified Copies ($35.00 extra)

**4.** Processing Type: (Select One)
- [✓] Expedited ($35.00) (Priority service. Additional Fee Per Document. Completed as soon as possible. View current processing times at www.azcc.gov/scripts)
- [ ] Regular View normal processing times at www.azcc.gov/scripts

**5.** Select Payment type:
- [ ] Credit Amt _____  Check # _____
- [ ] Cash Amt _____
- [✓] MOO Amt _35.00_  #000 # 1172
- [ ] No fee required
- [ ] See attached distribution of funds instructions

**6.** Total Payment Type $ 35.00

**7.** Other Special Instructions: _____

**8.** SELECT ONE RETURN DELIVERY OPTION:
- [ ] Mail   [ ] Pick Up   [✓] Fax # _602-382-6078_ Attn: Baker Schlozel

**9.** The following individual should be called to pick up completed documents:

Pick-up by: _____   Date: _____
(HOB ACT: 1285 Qt8 N. Dr. am 88 in this box)

**10.** Name/Service Co. _____   Phone: _____
Please respond promptly to phone messages. Documents will be mailed if they are not picked up in a timely manner - approximately two weeks. In that event, the documents should be mailed to the following address:

Firm Name: _____   Attn: _____

Address: _____

City, State, Zip: _____

RECEIVED

FEB 28 2006

ARIZONA CORP COMMISSION
CORPORATIONS DIVISION

Attach. A Ostrum Dec. Ex. 36 at 006

http://images.azcc.gov/scripts/cgi/dwispart2.pl?COMMAND=4&SESSIONID=ZziAoN3t...     8/31/2015

# Exhibit 37

Search Date and Time:
**8/31/2015 7:12:24 AM**

File Number:
**L12662320**

Corporation Name:
**CIRCULAR MOTIONS, LLC**

Collapse | Expand



| Corporate Inquiry | ▲ |
|---|---|

| **File Number** | L12662320 |
|---|---|
| **Corporation Name** | CIRCULAR MOTIONS, LLC |
| **Standing** | Check Corporate Status |

| Domestic Address | ▲ |
|---|---|

1990 N ALMA SCHOOL RD
CHANDLER, AZ 85224

| Statutory Agent Information | ▲ |
|---|---|

**Agent Name:** SETH HASSELL

**Agent Mailing/Physical Address:**

1990 N ALMA SCHOOL RD
CHANDLER, AZ 85224

**Agent Status:** APPOINTED 02/28/2006

Attach. A Ostrum Dec. Ex. 37 at 001

http://ecorp.azcc.gov/Details/Corp?corpId=L12662320

8/31/2015

**Agent Last Updated:** 05/03/2006

## Additional Entity Information ⚠️

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 2/28/2006 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 2/28/2006 | **Original Publish Date:** 4/10/2006 |

## Manager/Member Information ⚠️

| Name | TRULY IMAGINE INC |
|---|---|
| Title | MANAGER |
| Address | 5301 S SUPERSTITION MOUNTAIN DRIVE STE 104-179 GOLD CANYON, AZ 85218 |
| Date of Taking Office | 02/28/2006 |
| Last Updated | 03/08/2006 |
| Name | HUDD HASSELL |
| Title | MEMBER |
| Address | 4122 E MCLELLAN RD UNIT 18 MESA, AZ 85205 |
| Date of Taking Office | 03/30/2007 |
| Last Updated | 04/06/2007 |

Attach. A Ostrum Dec. Ex. 37 at 002

http://ecorp.azcc.gov/Details/Corp?corpId=L12662320

8/31/2015

| Name | TRULY IMAGINE INC |
|---|---|
| Title | MEMBER |
| Address | 5301 S SUPERSTITION MOUNTAIN DRIVE STE 104-179 GOLD CANYON, AZ 85218 |
| Date of Taking Office | 02/28/2006 |
| Last Updated | 03/08/2006 |

## Scanned Documents ▲

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | 01542519 |
|---|---|
| Description | PUB OF ARTICLES OF ORGANIZATION |
| Date Received | 4/10/2006 |
| Document Number | 01484769 |
| Description | ARTICLES OF ORGANIZATION |
| Date Received | 2/28/2006 |

## Microfilm ▲

| Location | Entered | Description |
|---|---|---|
| 31952001247 | 2/28/2006 | ARTICLES OF ORGANIZATION |
| 31970000409 | 4/10/2006 | PUB OF ARTICLES OF ORGANIZATION |
| 11779010014 | 3/30/2007 | AMENDMENT |

## Amendments ▲

Attach. A Ostrum Dec. Ex. 37 at 003

| Amendment Date | 3/30/2007 |
| --- | --- |
| Amendment Type | AMENDMENT |
| Publish Date | |
| Publish Exception | WAIVE |

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us (http://www.azcc.gov/divisions/corporations/contact-us.asp)

Attach. A Ostrum Dec. Ex. 37 at 004

http://ecorp.azcc.gov/Details/Corp?corpId=L12662320

8/31/2015

FEB 28 2006 14:15 FR SNELL WILMER PHX 1 602 382 6070 TO

AZ Corp. Commission

01484769

When filed return to:

Bahar A. Schippel
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, Arizona 85004-2202.

AZ CORPORATION COMMISSION
FILED

"EXP"   FEB 2 8 2006

FILE NO. R-12 5 6 5 2 3 2 0

## ARTICLES OF ORGANIZATION

## OF

## CIRCULAR MOTIONS, LLC

Pursuant to A.R.S. § 29-632 the undersigned states as follows:

1.   The name of the limited liability company is CIRCULAR MOTIONS, LLC.

2.   The address of the company's known place of business in Arizona is 1990 N. Alma School Rd., Chandler, AZ 85224.

3.   The name and address of the agent for service of process on the limited liability Company is SETH HASSELL, 1990 N. Alma School Rd., Chandler, AZ 85224.

4.   Management of the limited liability company is vested in a manager or managers.

5.   The name and address of the initial manager of the limited liability company is:

TRULY IMAGINE INC.
5301 S. Superstition Mountain Drive
Suite 104-179
Gold Canyon, AZ 85218

6.   The name and address of each member who owns a twenty percent or greater interest in the capital or profits of the limited liability company:

TRULY IMAGINE INC.
5301 S. Superstition Mountain Drive
Suite 104-179
Gold Canyon, AZ 85218

IN WITNESS WHEREOF, the undersigned has executed these Articles of Organization this _23_ day of February, 2006.

_(signature)_
SETH HASSELL

PAID
$5 00

Attach. A Ostrum Dec. Ex. 37 at 005

FEB 28 2006 14:15 FR SNELL WILMER PHX 1 602 382 6070 TO 85424188          P.04/04



L-1244232-0

CONSENT TO ACT AS STATUTORY AGENT

SETH HASSELL, having been designated to act as statutory agent of CIRCULAR MOTIONS, LLC, an Arizona limited liability company, hereby consents to act in that capacity until removed or resignation is submitted in accordance with the Arizona Revised Statutes.

DATED this 23 day of February, 2006.

_____
SETH HASSELL

** TOTAL PAGE.04 **

Attach. A Ostrum Dec. Ex. 37 at 006

FEB 28 2006 14:15 FR SNELL WILMER PHX 1 602 382 6070 TO 95424100    P.02/04

## ARIZONA CORPORATION COMMISSION
## CORPORATIONS DIVISION
## SUBMISSION COVER SHEET

Important: USE A SEPARATE COVER sheet for each document.

Are you filing: [✓] New Entity   [ ] Change to existing Entity   [ ] Re-submission/Correction

Please Select AND Complete all the Appropriate Sections 1 through 10:

Reserving (Name/Proposed name for Corp/LLC):

1. Type in Name: _____

2. Filing Type:  (Select Only One)
   [ ] Articles of Domestication ........... $100.00
   [ ] Articles of Incorporation (P) ....... $ 60.00
   [ ] Articles of Incorporation (NP) ...... $ 40.00
   [✓] Articles of Organization ............ $ 50.00
   [ ] Application For Authority (Business) . $175.00
   [ ] Application to Conduct Affairs (NP) .. $175.00
   [ ] Application for New Authority ........ $175.00
   [ ] Application for Registration ........ $100.00
   [ ] Articles of Amendment ............... $ 25.00
   [ ] Articles of Amendment & Restatement . $ 25.00
   [ ] Articles of Correction .............. $ 25.00
   [ ] Articles of Merger/Share Exchange ... $100.00
   [ ] Affidavit of Publication ............ No Fee
   [ ] Other: _____

3. Extras:
   [ ] Certified Copies ( ) (Qty @ $0 each for P&NP)
   [ ] Certified Copies ( ) (Qty @ $10 each for LLC)
   [ ] Good Standing Certificate ( ) (Qty @ $10 ea.)
   [ ] Expedite Good Standing ($35.00 extra)
   [ ] Expedite Certified Copies ($35.00 extra)

4. Processing Type: (Select One)
   [✓] Expedited ($35.00) (Priority service. Additional Fee Per Document. Completed as soon as possible. View normal processing times at www.azcc.gov/corp.)
   
   [ ] Regular View current processing times at www.azcc.gov/corp

5. Select Payment type:
   [ ] Check Amt _____  Check # _____
   [ ] Cash Amt _____
   [✓] MOD Amt $___  MOD # 1313
   [ ] No fee required
   [ ] See attached distribution of funds instructions.

6. Total Payment Type: $ 85.00

RECEIVED

FEB 8 8 2006

ARIZONA CORP COMMISSION
CORPORATIONS DIVISION

7. Other Special Instructions: _____

8. SELECT ONE RETURN DELIVERY OPTION:
   [ ] Mail   [ ] Pick Up   [✓] Fax # 602-382-6070 Attn: Baker Schipper

9. The following individual should be called to pick up completed documents: _____

   Pick-up by: _____  Date: _____
   (FOR ACC USE ONLY. Do not fill in this box)

10. Name/Service Co.: _____  Phone: _____
    Please respond promptly to phone messages. Documents will be mailed if they are not picked up in a timely manner - approximately two weeks. In that event, the documents should be mailed to the following address:

    Firm Name: _____  Attn: _____
    Address: _____
    City, State, Zip: _____

Attach. A Ostrum Dec. Ex. 37 at 007

http://images.azcc.gov/scripts/cgi/dwispart2.pl?COMMAND=4&SESSIONID=aF3W6F4...    8/31/2015

# Exhibit 38

Search Date and Time:
**8/31/2015 7:09:13 AM**

File Number:
**L12662250**

Corporation Name:
**LIVE BEYOND, LLC**

Collapse | Expand



Corporate Inquiry ⚠

| File Number | L12662250 |
|---|---|
| Corporation Name | LIVE BEYOND, LLC |
| Standing | Check Corporate Status |

Domestic Address ⚠

4331 E BASELINE RD
STE B105-259
GILBERT, AZ 85234-2960

Statutory Agent Information ⚠

**Agent Name:** SETH HASSELL

**Agent Mailing/Physical Address:**
4331 E BASELINE RD
STE B105-259
GILBERT, AZ 85234

Attach. A Ostrum Dec. Ex. 38 at 001

**Agent Status:** APPOINTED 02/28/2006

**Agent Last Updated:** 05/03/2006

Additional Entity Information ▲

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 2/28/2006 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 2/28/2006 | **Original Publish Date:** 4/10/2006 |

Manager/Member Information ▲

| | |
|---|---|
| **Name** | TRULY IMAGINE INC |
| **Title** | MANAGER |
| **Address** | 5301 SOUTH SUPERSTITION MOUNTAIN DRIVE STE 104-179 GOLD CANYON, AZ 85218 |
| **Date of Taking Office** | 02/28/2006 |
| **Last Updated** | 03/08/2006 |
| **Name** | TRULY IMAGINE INC |
| **Title** | MEMBER |
| **Address** | 5301 SOUTH SUPERSTITION MOUNTAIN DRIVE STE 104-179 GOLD CANYON, AZ 85218 |
| **Date of Taking Office** | 02/28/2006 |
| **Last Updated** | 03/08/2006 |

Attach. A Ostrum Dec. Ex. 38 at 002

http://ecorp.azcc.gov/Details/Corp?corpId=L12662250                    8/31/2015



**Scanned Documents** ▲

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| **Document Number** | 01542521 |
|---|---|
| **Description** | PUB OF ARTICLES OF ORGANIZATION |
| **Date Received** | 4/10/2006 |
| **Document Number** | 01484766 |
| **Description** | ARTICLES OF ORGANIZATION |
| **Date Received** | 2/28/2006 |

**Microfilm** ▲

| Location | Entered | Description |
|---|---|---|
| 31952001217 | 2/28/2006 | ARTICLES OF ORGANIZATION |
| 31970000415 | 4/10/2006 | PUB OF ARTICLES OF ORGANIZATION |

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) I Contact Us (http://www.azcc.gov/divisions/corporations/contact-us.asp)

Attach. A Ostrum Dec. Ex. 38 at 003

http://ecorp.azcc.gov/Details/Corp?corpId=L12662250

8/31/2015

FEB 26 2006 14:17 FR SNELL WILMER PHX 1 602 382 6878 TO

AZ Corp. Commission

01484766

When filed return to:

Baker A. Schipper
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, Arizona 85004-2202

AZ CORPORATION COMMISSION
FILED

"EXP"

FEB 2 8 2006

FILE NO. L-1266259-0

ARTICLES OF ORGANIZATION

OF

LIVE BEYOND, LLC

Pursuant to A.R.S. § 29-632 the undersigned states as follows:

1. The name of the limited liability company is LIVE BEYOND, LLC.

2. The address of the company's known place of business in Arizona is 4351 E Baseline Rd., Suite B105-239, Gilbert, AZ 85234-2960.

3. The name and address of the agent for service of process on the limited liability Company is SETH HASSELL, 4351 B Baseline Rd., Suite B105-239, Gilbert, AZ 85234-2960.

4. Management of the limited liability company is vested in a manager or managers.

5. The name and address of the initial manager of the limited liability company is:

TRULY IMAGINE INC.
5301 S. Superstition Mountain Drive
Suite 104-179
Gold Canyon, AZ 85218

6. The name and address of each member who owns a twenty percent or greater interest in the capital or profits of the limited liability company:

TRULY IMAGINE INC.
5301 S. Superstition Mountain Drive
Suite 104-179
Gold Canyon, AZ 85218

IN WITNESS WHEREOF, the undersigned has executed these Articles of Organization this 23 day of February, 2006.

SETH HASSELL

PAID

Attach. A Ostrum Dec. Ex. 38 at 004



1-1/2 cfc 2250

## CONSENT TO ACT AS STATUTORY AGENT

SETH HASSELL, having been designated to act as statutory agent of LIVE BEYOND, LLC, an Arizona limited liability company, hereby consents to act in that capacity until removed or resignation is submitted in accordance with the Arizona Revised Statutes.

DATED this 23 day of February, 2006.

_____
SETH HASSELL

** TOTAL PAGE.04 **

Attach. A Ostrum Dec. Ex. 38 at 005

FEB 28 2008 14:17 FR SNELL WILMER PHX 1 602 382 6070 TO 95424188    P.02/04

# ARIZONA CORPORATION COMMISSION
## CORPORATIONS DIVISION
### SUBMISSION COVER SHEET

Important: USE A SEPARATE COVER sheet for each document.

Are you filing:    [✓] New Entity    [ ] Change to existing Entity    [ ] Re-submission/Correction

Please Select AND Complete all the Appropriate Sections 1 through 10:

Regarding (Name/Proposed name for Cert/LLC):

1. Type in Name: _____

2. Filing Type:    [Select Only One]
   [ ] Articles of Domestication .................. $100.00
   [ ] Articles of Incorporation (P) ............... $ 60.00
   [ ] Articles of Incorporation (BP) .............. $ 40.00
   [✓] Articles of Organization ................... $ 50.00
   [ ] Application For Authority (Business) ...... $175.00
   [ ] Application to Conduct Affairs (NP) ....... $175.00
   [ ] Application for New Authority .............. $175.00
   [ ] Application for Registration ............... $150.00
   [ ] Articles of Amendment ..................... $ 25.00
   [ ] Articles of Amendment & Restatement ...... $ 25.00
   [ ] Articles of Correction ..................... $ 25.00
   [ ] Articles of Merger/Share Exchange ........ $100.00
   [ ] Affidavit of Publication ................... No Fee
   [ ] Other: _____

3. Extras:
   [ ] Certified Copies ( ___ )(Qty @ $5 each for Corps
   [ ] Certified Copies ( ___ )(Qty @ $10 each for LLC's
   [ ] Good Standing Certificate ( ___ )(Qty @ $10 ea.)
   [ ] Expedite Good Standing ($35.00 extra)
   [ ] Expedite Certified Copies ($35.00 extra)

4. Processing Type (Select One)
   [✓] Expedited ($35.00) Priority service, Additional Fee Per Document. Completed in case as possible. View current processing times at www.azcc.gov/scan

   [ ] Regular  View current processing times at www.azcc.gov/scan

5. Select Payment type:
   [ ] Check Amt ____    Check # ____
   [ ] Cash Amt ____
   [✓] MOD Amt  35.00    MOD # 3321

   [ ] No fee required

   [ ] See attached distribution of funds instructions

6. Total Payment Type: $ 35.00

7. Other Special Instructions: _____

RECEIVED
FEB 28 2006
ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

8. SELECT ONE RETURN DELIVERY OPTION :
   [ ] Mail    [ ] Pick Up    [✓] Fax #  602-382-6070  Attn: Baker Schappel

9. The following individual should be called to pick up completed documents:

   Pickup by: _____    Date: _____
   (FOR ACC USE ONLY. Do not fill in this box.)

   Name/Service Co. _____    Phone: _____

10. Please respond promptly to phone messages. Documents will be mailed if they are not picked up in a timely manner - approximately two weeks. In that event, the documents should be mailed to the following address:

   Firm Name: _____    Attn: _____
   Address: _____
   City, State, Zip: _____

CRVLA
REV 12/2005

Attach. A Ostrum Dec. Ex. 38 at 006

http://images.azcc.gov/scripts/cgi/dwispart2.pl?COMMAND=4&SESSIONID=ZSe5UbVv...  8/31/2015

# Exhibit 39

Search Date and Time:
**8/31/2015 7:14:51 AM**

File Number:
**L12662294**

Corporation Name:
**MANTA RAY INVESTMENTS, LLC**

Collapse | Expand



| Corporate Inquiry | ▲ |
|---|---|

| **File Number** | L12662294 |
|---|---|
| **Corporation Name** | MANTA RAY INVESTMENTS, LLC |
| **Standing** | Check Corporate Status |

| Domestic Address | ▲ |
|---|---|

TRULY IMAGINE INC.
5301 SOUTH
SUPERSTITION MOUNTAIN DRIVE
MESA, AZ 85205

| Statutory Agent Information | ▲ |
|---|---|

**Agent Name:** SETH HASSELL

**Agent Mailing/Physical Address:**

6040 E MAIN STREET
STE 138
MESA, AZ 85205

Attach. A Ostrum Dec. Ex. 39 at 001

**Agent Status:** APPOINTED 02/28/2006

**Agent Last Updated:** 05/05/2006

Additional Entity Information ▲

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 2/28/2006 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 2/28/2006 | **Original Publish Date:** 4/10/2006 |

Manager/Member Information ▲

| | |
|---|---|
| **Name** | TRULY IMAGINE INC |
| **Title** | MANAGER |
| **Address** | 5301 S. SUPERSTITION MOUNTAIN DRIVE STE 104-179 GOLD CANYON, AZ 85218 |
| **Date of Taking Office** | 02/28/2006 |
| **Last Updated** | 03/08/2006 |
| **Name** | TRULY IMAGINE INC |
| **Title** | MEMBER |
| **Address** | 5301 S. SUPERSTITION MOUNTAIN DRIVE STE 104-179 GOLD CANYON, AZ 85218 |
| **Date of Taking Office** | 02/28/2006 |
| **Last Updated** | 03/08/2006 |

Attach. A Ostrum Dec. Ex. 39 at 002

http://ecorp.azcc.gov/Details/Corp?corpId=L12662294

8/31/2015



Scanned Documents ▲

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| | |
|---|---|
| **Document Number** | 01542496 |
| **Description** | PUB OF ARTICLES OF ORGANIZATION |
| **Date Received** | 4/10/2006 |
| **Document Number** | 01484768 |
| **Description** | ARTICLES OF ORGANIZATION |
| **Date Received** | 2/28/2006 |

Microfilm ▲

| Location | Entered | Description |
|---|---|---|
| 31952001230 | 2/28/2006 | ARTICLES OF ORGANIZATION |
| 31970002169 | 4/10/2006 | PUB OF ARTICLES OF ORGANIZATION |

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) I Contact Us (http://www.azcc.gov/divisions/corporations/contact-us.asp)

Attach. A Ostrum Dec. Ex. 39 at 003

FEB 26 2006 14:19 FR SHELL WILMER PHX 1 602 382 6070 TO

AZ Corp. Commission
01464768

When filed return to

Baber A. Schippel
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, Arizona 85004-2202

AZ CORPORATION COMMISSION
FILED

"EXP" FEB 2 8 2006

FILE NO. L-12 C6C22 9'4

## ARTICLES OF ORGANIZATION

### OF

### MANTA RAY INVESTMENTS, LLC

Pursuant to A.R.S. § 29-632 the undersigned states as follows:

1. The name of the limited liability company is MANTA RAY INVESTMENTS, LLC.

2. The address of the company's known place of business in Arizona is 6040 E Main St. Suite 158, Mesa, AZ 85205.

3. The name and address of the agent for service of process on the limited liability Company is SETH HASSELL, 6040 E Main St., Suite 158, Mesa, AZ 85205.

4. Management of the limited liability company is vested in a manager or managers.

5. The name and address of the initial manager of the limited liability company is:

   TRULY IMAGINE INC.
   5301 S. Superstition Mountain Drive
   Suite 104-179
   Gold Canyon, AZ 85218

6. The name and address of each member who owns a twenty percent or greater interest in the capital or profits of the limited liability company:

   TRULY IMAGINE INC.
   5301 S. Superstition Mountain Drive
   Suite 104-179
   Gold Canyon, AZ 85218

IN WITNESS WHEREOF, the undersigned has executed these Articles of Organization this 23 day of February, 2006.

_____
SETH HASSELL

2/8/223
85.00.00

PAID

Attach. A Ostrum Dec. Ex. 39 at 004

FEB 28 2886 14:15 FR SNELL WILMER PHX 1 682 382 8878 TO 95424188    P.84/84



L-12 LCO2294

## CONSENT TO ACT AS STATUTORY AGENT

SETH HASSELL, having been designated to act as statutory agent of MANTA RAY INVESTMENTS, LLC, an Arizona limited liability company, hereby consents to act in that capacity until removed or resignation is submitted in accordance with the Arizona Revised Statutes.

DATED this 23 day of February, 2006.

SETH HASSELL

2

** TOTAL PAGE.84 **

Attach. A Ostrum Dec. Ex. 39 at 005

FEB 29 2006 14:19 FR SNELL WILMER PHX 1 602 382 6070 TO 95424100    P.02/04

# ARIZONA CORPORATION COMMISSION
## CORPORATIONS DIVISION
### SUBMISSION COVER SHEET

Important: USE A SEPARATE COVER sheet for each document.

Are you filing:  [✓] New Entity   [ ] Change to existing Entity   [ ] Re-submission/Correction

Please Select AND Complete all the Appropriate Sections 1 through 10:

Regarding Name/Proposed name for Corp/LLC:

**1.   Type in Name:** _____

**2.   Filed Type:   (Select Only One)**
- [ ] Articles of Domestication .......... $188.00
- [ ] Articles of Incorporation (P) .......... $ 45.00
- [ ] Articles of Incorporation (NP) .......... $ 45.00
- [✓] Articles of Organization .......... $ 50.00
- [ ] Application For Authority (Business) .......... $175.00
- [ ] Application to Conduct Affairs (NP) .......... $175.00
- [ ] Application for New Authority .......... $175.00
- [ ] Application for Registration .......... $150.00
- [ ] Articles of Amendment .......... $ 25.00
- [ ] Articles of Amendment & Restatement .......... $ 25.00
- [ ] Articles of Correction .......... $ 25.00
- [ ] Articles of Merger/Share Exchange .......... $100.00
- [ ] Affidavit of Publication .......... No Fee
- [ ] Other: _____

**3.   Extras:**
- [ ] Certified Copies ( ___ ) ($30 each for Corps)
- [ ] Certified Copies ( ___ ) ($15 each for LLC's)
- [ ] Good Standing Certificate ( ___ ) ($10 ea.)
- [ ] Expedite Good Standing ($35.00 extra)
- [ ] Expedite Certified Copies ($35.00 extra)

**4.   Processing Type (Select One)**
- [✓] Expedited  ($35.00) (Priority service. Additional Fee Per Document) Completed as soon as possible. View current processing times at www.azcc.gov/scripts
- [ ] Regular  View current processing times at www.azcc.gov/scripts

**5.   Select Payment Type:**
- [ ] Check Amt _____   Check # _____
- [ ] Cash Amt _____
- [✓] MOD Amt $5.00   MOD # 1332
- [ ] No fee required
- [ ] See attached distribution of funds instructions

**6.   Total Payment Type:  $ 85.00**

**7.   Other Special Instructions:** _____

RECEIVED
FEB 28 2006
ARIZONA CORP. COMMISSION
CORPORATION DIVISION

**8.   SELECT ONE RETURN DELIVERY OPTION:**
- [ ] Mail   [ ] Pick Up   [✓] Fax #  602-382-6070 Attn: Baker (Snell)

**9.   The following individual should be called to pick up completed document(s):**

| Pick up by: | Date: |
| --- | --- |

(FOR ACC USE ONLY. Do not fill in this box.)

**10.  Name/Handler CO:** _____   **Phone:** _____

Please respond promptly to phone messages. Documents will be mailed if they are not picked up in a timely manner - approximately two weeks. In that event, the documents should be mailed to the following address:

Firm Name: _____   Attn: _____
Address: _____
City, State, Zip: _____

Attach. A Ostrum Dec. Ex. 39 at 006

http://images.azcc.gov/scripts/cgi/dwispart2.pl?COMMAND=4&SESSIONID=ba0qyfqZ4...    8/31/2015

# Exhibit 40

Search Date and Time:
**8/31/2015 7:17:05 AM**

File Number:
**L12662614**

Corporation Name:
**SILVER LINING ASSETS, LLC**

Collapse | Expand



Corporate Inquiry ▲

| **File Number** | L12662614 |
| --- | --- |
| **Corporation Name** | SILVER LINING ASSETS, LLC |
| **Standing** | Check Corporate Status |

Domestic Address ▲

1739 E BROADWAY RD
STE 230
TEMPE, AZ 85282

Statutory Agent Information ▲

**Agent Name:** SETH HASSELL

**Agent Mailing/Physical Address:**
1739 E BROADWAY RD
STE 230
TEMPE, AZ 85282

Attach. A Ostrum Dec. Ex. 40 at 001

**Agent Status:** APPOINTED 02/28/2006

**Agent Last Updated:** 05/03/2006

Additional Entity Information ▲

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 2/28/2006 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 2/28/2006 | **Original Publish Date:** 4/10/2006 |

Manager/Member Information ▲

| | |
|---|---|
| **Name** | TRULY IMAGINE INC |
| **Title** | MANAGER |
| **Address** | 5301 S SUPERSTITION MOUNTAI DRIVE STE 104-179 GOLD CANYON, AZ 85218 |
| **Date of Taking Office** | 02/28/2006 |
| **Last Updated** | 03/08/2006 |
| **Name** | TRULY IMAGINE INC |
| **Title** | MEMBER |
| **Address** | 5301 S SUPERSTITION MOUNTAI DRIVE STE 104-179 GOLD CANYON, AZ 85218 |
| **Date of Taking Office** | 02/28/2006 |
| **Last Updated** | 03/08/2006 |

Attach. A Ostrum Dec. Ex. 40 at 002

http://ecorp.azcc.gov/Details/Corp?corpId=L12662614

8/31/2015



Scanned Documents ▲

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| | |
|---|---|
| **Document Number** | 01542518 |
| **Description** | PUB OF ARTICLES OF ORGANIZATION |
| **Date Received** | 4/10/2006 |
| **Document Number** | 01484773 |
| **Description** | ARTICLES OF ORGANIZATION |
| **Date Received** | 2/28/2006 |

Microfilm ▲

| Location | Entered | Description |
|---|---|---|
| 31952001364 | 2/28/2006 | ARTICLES OF ORGANIZATION |
| 31970000407 | 4/10/2006 | PUB OF ARTICLES OF ORGANIZATION |

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) I Contact Us (http://www.azcc.gov/divisions/corporations/contact-us.asp)

Attach. A Ostrum Dec. Ex. 40 at 003



When filed return to:

Baker A. Schippel
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, Arizona 85004-2202

AZ CORPORATION COMMISSION
FILED

"EXP"  FEB 2 3 2006

FILE NO. L-1246246.1.4

AZ Corp. Commission
01484773

## ARTICLES OF ORGANIZATION

### OF

### SILVER LINING ASSETS, LLC

Pursuant to A.R.S. § 29-632 the undersigned states as follows:

1.  The name of the limited liability company is SILVER LINING ASSETS, LLC.

2.  The address of the company's known place of business in Arizona is 1739 E Broadway Rd., Suite 230, Tempe, AZ 85282.

3.  The name and address of the agent for service of process on the limited liability Company is SETH HASSELL, 1739 E Broadway Rd., Suite 230, Tempe, AZ 85282.

4.  Management of the limited liability company is vested in a manager or managers.

5.  The name and address of the initial manager of the limited liability company is:

    TRULY IMAGINE INC.
    5301 S. Superstition Mountain Drive
    Suite 104-179
    Gold Canyon, AZ 85218

6.  The name and address of each member who owns a twenty percent or greater interest in the capital or profits of the limited liability company:

    TRULY IMAGINE INC.
    5301 S. Superstition Mountain Drive
    Suite 104-179
    Gold Canyon, AZ 85218

IN WITNESS WHEREOF, the undersigned has executed these Articles of Organization this 23 day of February, 2006.

SETH HASSELL

PAID
85.00

Attach. A Ostrum Dec. Ex. 40 at 004

http://images.azcc.gov/scripts/cgi/dwispart2.pl?COMMAND=4&SESSIONID=cjQooP9oS...  8/31/2015



FEB 29 2006 14:18 FR SNELL WILMER PHX 1 602 382 6070 TO 95424188     P.04/04

L-1244026 14

**CONSENT TO ACT AS STATUTORY AGENT**

SETH HASSELL, having been designated to act as statutory agent of SILVER LINING ASSETS, LLC, an Arizona limited liability company, hereby consents to act in that capacity until removed or resignation is submitted in accordance with the Arizona Revised Statutes.

DATED this 23 day of February, 2006.

SETH HASSELL

** TOTAL PAGE.04 **

Attach. A Ostrum Dec. Ex. 40 at 005

FEB 28 2006 14:18 FR SNELL WILMER PHX 1 862 392 6878 TO 95424102     P.02/84

## ARIZONA CORPORATION COMMISSION
### CORPORATIONS DIVISION
### SUBMISSION COVER SHEET

Important: USE A SEPARATE COVER sheet for each document.
Are you filing:  ☑ New Entity   ☐ Change to existing Entity   ☐ Re submission/Correction

Please Select AND Complete all the Appropriate Sections 1 through 10:

Reserved Name/Proposed name for Good LLC:

**1.** Type in Name: _____

**2.** Filing Type:   (Select Only One)
- ☐ Articles of Domestication .................. $100.00
- ☐ Articles of Incorporation (P) ............. $ 60.00
- ☐ Articles of Incorporation (NP) ........... $ 40.00
- ☑ Articles of Organization ................... $ 50.00
- ☑ Application For Authority (Business) ... $175.00
- ☐ Application to Conduct Affairs (NP) ..... $175.00
- ☐ Application for New Authority .......... $175.00
- ☐ Application for Registration ............ $150.00
- ☐ Articles of Amendment .................. $ 25.00
- ☐ Articles of Amendment & Restatement... $ 35.00
- ☐ Articles of Correction ................... $ 25.00
- ☐ Articles of Merger/Share Exchange ... $100.00
- ☐ Affidavit of Publication .................. No Fee
- ☐ Other: _____

**3.** Extras:
- ☐ Certified Copies (___) (Qty. $5.00 each for Corps
- ☐ Certified Copies (___) (Qty. $10.00 each for LLC's
- ☐ Good Standing Certificate (___) (Qty. $10.00 ea.)
- ☐ Expedite Good Standing ($35.00 extra)
- ☐ Expedite Certified Copies ($35.00 extra)

**4.** Processing Type (Select One)
- ☑ Expedited ($35.00) Priority service. Additional Fee For Overnight Complaint as soon as possible. View current processing times at www.azcc.gov/whm
- ☐ Regular View current processing times at www.azcc.gov/corp

**5.** Select Payment type:
- ☐ Check Amt _____  Check #
- ☐ Cash Amt _____
- ☑ MOD Amt _____  MOD # 1212
- ☐ No fee required
- ☐ See attached distribution of funds instructions

**6.** Total Payment Type: $ _____

RECEIVED

FEB 2 8 2006

ARIZONA CORP COMMISSION
CORPORATIONS DIVISION

**7.** Other Special Instructions: _____

**8.** SELECT ONE RETURN DELIVERY OPTION:
☐ Mail   ☐ Pick Up   ☑ Fax # 602-393-6876 ANM Baker Schlapp

**9.** The following individual should be called to pick up completed documents:

Pick-Up by: _____  Date: _____
(FOR ACC USE ONLY. Do not fill in this box.)

**10.** Name/Service Co. _____  Phone: _____
Please respond promptly to phone messages. Documents will be mailed if they are not picked up in a timely manner - approximately two weeks. In that event, the documents should be mailed to the following address:

Firm Name: _____  Attn: _____
Address: _____
City, State, Zip: _____

Attach. A Ostrum Dec. Ex. 40 at 006

# Exhibit 41



Search Date and Time:
**8/31/2015 7:18:39 AM**

File Number:
**L12662272**

Corporation Name:
**THE CAUSE INVESTMENTS, LLC**

Collapse | Expand

Corporate Inquiry ▲

| **File Number** | L12662272 |
| **Corporation Name** | THE CAUSE INVESTMENTS, LLC |
| **Standing** | Check Corporate Status |

Domestic Address ▲

835 W WARNER RD
STE 101-258
GILBERT, AZ 85233

Statutory Agent Information ▲

**Agent Name:** SETH HASSELL

**Agent Mailing/Physical Address:**

835 W WARNER RD
STE 101-258
GILBERT, AZ 85233

Attach. A Ostrum Dec. Ex. 41 at 001

**Agent Status:** APPOINTED 02/28/2006

**Agent Last Updated:** 05/03/2006

Additional Entity Information ▲

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 2/28/2006 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 2/28/2006 | **Original Publish Date:** 4/10/2006 |

Manager/Member Information ▲

| Name | TRULY IMAGINE INE |
|---|---|
| Title | MANAGER |
| Address | 5301 SOUTH SUPERSTITION MOUNTAIN DRIVE GOLD CANYON, AZ 85218 |
| Date of Taking Office | 02/28/2006 |
| Last Updated | 03/08/2006 |
| Name | TRULY IMAGINE INE |
| Title | MEMBER |
| Address | 5301 SOUTH SUPERSTITION MOUNTAIN DRIVE GOLD CANYON, AZ 85218 |
| Date of Taking Office | 02/28/2006 |
| Last Updated | 03/08/2006 |

Attach. A Ostrum Dec. Ex. 41 at 002

http://ecorp.azcc.gov/Details/Corp?corpId=L12662272

8/31/2015



Scanned Documents ▲

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | 01542517 |
|---|---|
| Description | PUB OF ARTICLES OF ORGANIZATION |
| Date Received | 4/10/2006 |
| Document Number | 01484767 |
| Description | ARTICLES OF ORGANIZATION |
| Date Received | 2/28/2006 |

Microfilm ▲

| Location | Entered | Description |
|---|---|---|
| 31952001222 | 2/28/2006 | ARTICLES OF ORGANIZATION |
| 31970000405 | 4/10/2006 | PUB OF ARTICLES OF ORGANIZATION |

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) I Contact Us (http://www.azcc.gov/divisions/corporations/contact-us.asp)

Attach. A Ostrum Dec. Ex. 41 at 003

FEB 23 2006 14:17 FR SNELL WILMER PHX 1 602 382 6878 TO   AZ Corp. Commission

01484767

When filed return to:

Baker A. Schippel
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, Arizona 85004-2202

AZ CORPORATION COMMISSION
FILED

EXP
FEB 23 2006

FILE NO. L-1266227-2

## ARTICLES OF ORGANIZATION

## OF

## THE CAUSE INVESTMENTS, LLC

Pursuant to A.R.S. § 29-632 the undersigned states as follows:

1. The name of the limited liability company is THE CAUSE INVESTMENTS, LLC.

2. The address of the company's known place of business in Arizona is 835 W Warner Rd., Suite 101-258, Gilbert, AZ 85233.

3. The name and address of the agent for service of process on the limited liability Company is SETH HASSELL, 835 W Warner Rd., Suite 101-258, Gilbert, AZ 85233.

4. Management of the limited liability company is vested in a manager or managers.

5. The name and address of the initial manager of the limited liability company is:

   TRULY IMAGINE INC.
   5301 S. Superstition Mountain Drive
   Suite 104-179
   Gold Canyon, AZ 85218

6. The name and address of each member who owns a twenty percent or greater interest in the capital or profits of the limited liability company:

   TRULY IMAGINE INC.
   5301 S. Superstition Mountain Drive
   Suite 104-179
   Gold Canyon, AZ 85218

IN WITNESS WHEREOF, the undersigned has executed these Articles of Organization this 23 day of February, 2006.

SETH HASSELL

PAID

Attach. A Ostrum Dec. Ex. 41 at 004

FEB 29 2008 14:17 FR SHELL WILMER PHX 1 602 382 6370 TO 95424199          P.04/04

*L-12 ce 022 72*

CONSENT TO ACT AS STATUTORY AGENT

SETH HASSELL, having been designated to act as statutory agent of THE CAUSE INVESTMENTS, LLC, an Arizona limited liability company, hereby consents to act in that capacity until removed or resignation is submitted in accordance with the Arizona Revised Statutes.

DATED this 28 day of February, 2006.



SETH HASSELL

2

** TOTAL PAGE.04 **

Attach. A Ostrum Dec. Ex. 41 at 005

FEB 20 2006 14:15 FR SNELL WILMER PHX 1 602 382 6070 TO 95424100    P.02/04

# ARIZONA CORPORATION COMMISSION
## CORPORATIONS DIVISION
### SUBMISSION COVER SHEET

**Important: USE A SEPARATE COVER** sheet for each submittal.

Are you filing:  ☑ New Entity  ☐ Change to existing Entity  ☐ Re-submission/Correction

Please Select AND Complete all the Appropriate Sections 1 through 10:

**Based on [Name/Proposed name for Corp/LLC]:**

1. Type in Name: _____

2. **Filing Type:** (Select Only One)
   - ☐ Articles of Domestication ........................ $100.00
   - ☐ Articles of Incorporation (F) ................... $ 60.00
   - ☐ Articles of Incorporation (NP) ................ $ 40.00
   - ☑ Articles of Organization ......................... $ 50.00
   - ☐ Application For Authority (Business) ...... $175.00
   - ☐ Application to Conduct Affairs (NP) ....... $115.00
   - ☐ Application for New Authority ................ $135.00
   - ☐ Application for Registration .................... $150.00
   - ☐ Articles of Amendment ........................... $ 25.00
   - ☐ Articles of Amendment & Restatement .. $ 25.00
   - ☐ Articles of Correction ............................. $ 25.00
   - ☐ Articles of Merger/Share Exchange ....... $100.00
   - ☐ Affidavit of Publication ........................... No Fee
   - ☐ Other: _____

3. **Extras:**
   - ☐ Certified Copies [___] (Qty @ $?? each for Corp)
   - ☐ Certified Copies [___] (Qty @ $?? each for LLC)
   - ☐ Good Standing Certificate ( ___ ) (Qty @ $?? ea.)
   - ☐ Expedite Good Standing ($25.00 extra)
   - ☐ Expedite Certified Copies ($25.00 extra)

4. **Processing Type** (Select One)
   - ☑ Expedited ($35.00) (priority service, Additional Fee For Expedited) Completed as soon as possible. View current processing times at www.azcc.com/corp
   - ☐ Regular View current processing times at www.azcc.com/corp

5. **Select Payment** (type)
   - ☐ Check Amt _____ Check #_____
   - ☐ Cash Amt _____
   - ☑ MOD Amt $35.00    MOD # 1333
   - ☐ Aa (as required)
   - ☐ See attached distribution of funds instructions

6. Total Payment Type: $ 85.00

7. Other Special Instructions: _____

8. **SELECT ONE RETURN DELIVERY OPTION:**
   ☐ Mail  ☐ Pick Up  ☑ Fax # 602-382-6070 Attn: Baker Schlipol

9. The following individual should be called to pick up completed documents:

   Pick-up by: _____   Date: _____
   (FOR ACC USE ONLY. Do not fill in this field.)

10. Name/Service Co: _____   Phone: _____
    Please respond possibly to phone messages. Documents will be mailed if they are not picked up in a timely manner - approximately two weeks. In that event, the documents should be mailed to the following address:

    Firm Name: _____   Attn: _____
    Address: _____
    City, State, Zip: _____

Attach. A Ostrum Dec. Ex. 41 at 006

# Exhibit 42

Search Date and Time:
**8/31/2015 7:20:11 AM**

File Number:
**L12647213**

Corporation Name:
**TRUE ENERGY VENTURES, LLC**

Collapse | Expand



| Corporate Inquiry | ▲ |
| --- | --- |

| **File Number** | L12647213 |
| --- | --- |
| **Corporation Name** | TRUE ENERGY VENTURES, LLC |
| **Standing** | Check Corporate Status |

| Domestic Address | ▲ |
| --- | --- |

1959 S POWER RD STE 103-138
MESA, AZ 85206-4398

| Statutory Agent Information | ▲ |
| --- | --- |

**Agent Name:** SETH HASSELL

**Agent Mailing/Physical Address:**

1959 S POWER RD
STE 103-138/
MESA, AZ 85206-4398

**Agent Status:** APPOINTED 02/22/2006

Attach. A Ostrum Dec. Ex. 42 at 001

http://ecorp.azcc.gov/Details/Corp?corpId=L12647213

8/31/2015

**Agent Last Updated:** 05/03/2006

## Additional Entity Information ⚠

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 2/22/2006 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 2/22/2006 | **Original Publish Date:** 4/10/2006 |

## Manager/Member Information ⚠

| | |
|---|---|
| **Name** | TRULY IMAGINE INC |
| **Title** | MEMBER |
| **Address** | 5301 S SUPERSTITION MOUNTAIN DRIVE STE 104-179 GOLD CANYON, AZ 85218 |
| **Date of Taking Office** | 02/22/2006 |
| **Last Updated** | 03/01/2006 |

## Scanned Documents ⚠

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| | |
|---|---|
| **Document Number** | 01542522 |
| **Description** | PUB OF ARTICLES OF ORGANIZATION |
| **Date Received** | 4/10/2006 |

Attach. A Ostrum Dec. Ex. 42 at 002

http://ecorp.azcc.gov/Details/Corp?corpId=L12647213                    8/31/2015

| Document Number | 01484560 |
|---|---|
| Description | ARTICLES OF ORGANIZATION |
| Date Received | 2/22/2006 |

Microfilm ▲

| Location | Entered | Description |
|---|---|---|
| 31951003534 | 2/22/2006 | ARTICLES OF ORGANIZATION |
| 31970000417 | 4/10/2006 | PUB OF ARTICLES OF ORGANIZATION |

Attach. A Ostrum Dec. Ex. 42 at 003

FEB 22 2006 14:55 FR SNELL WILMER PHX 2 692 382 6070 TO 9_____

AZ Corp. Commission
01484560

When filed return to:

Babak A. Schippel
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, Arizona 85004-2202

AZ CORPORATION COMMISSION
"EXP" FILED

FEB 2 2 2006

FILE NO. L-1264721-3

ARTICLES OF ORGANIZATION

OF

TRUE ENERGY VENTURES, LLC

Pursuant to A.R.S. § 29-632 the undersigned states as follows:

1.  The name of the limited liability company is TRUE ENERGY VENTURES, LLC.

2.  The address of the company's known place of business in Arizona is 1959 S. Power Road, Suite 103-138, Mesa, AZ 85206-4358.

3.  The name and address of the agent for service of process on the limited liability Company is SETH HASSELL, 1959 S. Power Road, Suite 103-138, Mesa, AZ 85206-4358.

4.  Management of the limited liability company is vested in a manager or managers.

5.  The name and address of the initial manager of the limited liability company is:

    SETH HASSELL
    1959 S. Power Road
    Suite 103-138
    Mesa, AZ 85206-4358

6.  The name and address of each member who owns a twenty percent or greater interest in the capital or profits of the limited liability company:

    TRULY IMAGINE INC.
    5301 S. Superstition Mountain Drive
    Suite 104-179
    Gold Canyon, AZ 85218

IN WITNESS WHEREOF, the undersigned has executed these Articles of Organization this ___ day of February, 2006.

SETH HASSELL

01196324

PAID

Attach. A Ostrum Dec. Ex. 42 at 004

http://images.azcc.gov/scripts/cgi/dwispart2.pl?COMMAND=4&SESSIONID=dMpTp0rD...   8/31/2015



L-1247213

## CONSENT TO ACT AS STATUTORY AGENT

SETH HASSELL, having been designated to act as statutory agent of TRUE ENERGY VENTURES, LLC, an Arizona limited liability company, hereby consents to act in that capacity until removed or resignation is submitted in accordance with the Arizona Revised Statutes.

DATED this 1st day of February, 2006.

_____
SETH HASSELL

** TOTAL PAGE.04 **

Attach. A Ostrum Dec. Ex. 42 at 005

FEB 22 2006 14:56 FR SNELL WILNER PHX 2 602 382 8070 TO 95424108          P.02/04

# ARIZONA CORPORATION COMMISSION
## CORPORATIONS DIVISION
## SUBMISSION COVER SHEET

**Important: USE A SEPARATE COVER sheet for each document.**
Are you filing:   ☑ New Entity   ☐ Change to existing Entity   ☐ Re-submission/Correction

**Please Select AND Complete all the Appropriate Sections 1 through 10:**
Parenting Name/Preserved Name for Corp/LLC:

1.  Type in Name:   TRUE ENERGY VENTURES, LLC

2.  **Filing Type:** (Select Only One)
    ☐ Articles of Domestication ............................. $104.00
    ☐ Articles of Incorporation (P) ....................... $ 60.00
    ☐ Articles of Incorporation (NP) ..................... $ 40.00
    ☑ Articles of Organization .............................. $ 50.00
    ☐ Application For Authority (Business) ......... $175.00
    ☐ Application to Conduct Affairs (NP) ......... $175.00
    ☐ Application for New Authority ................... $175.00
    ☐ Application for Registration ....................... $150.00
    ☐ Articles of Amendment ............................... $ 25.00
    ☐ Articles of Amendment & Restatement..... $ 25.00
    ☐ Articles of Correction ................................. $ 25.00
    ☐ Articles of Merger/Share Exchange......... $100.00
    ☐ Affidavit of Publication ............................. No Fee
    ☐ Other: _____

3.  **Extras:**
    ☐ Certified Copies ( __ )(Div. @ $5 each for Corps
    ☐ Certified Copies ( __ )(Div. @ $10 each for LLC's
    ☐ Good Standing Certificate ( __ )(Div. @ $10 each)
    ☐ Expedite Good Standing ($35.00 extra)
    ☐ Express Certified Copies ($35.00 extra)

4.  **Processing Type** (Select One)
    ☑ Expedited ($35.00) (Priority Service, Additional Fee For Document) Completed as soon as possible. View current processing times at www.azcc.gov/com

    ☐ Regular   View normal processing times at www.azcc.gov/com

5.  **Select Payment type:**
    ☐ Check Amt _____   Check # _____
    ☐ Cash Amt _____
    ☑ MOD Amt _____   MOD # 2023

    ☐ No fee required

    ☐ See standard distribution of funds instructions

6.  Total Payment Type: $ 85.00

**RECEIVED**
**FEB 22 2006**
ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

7.  Other Special Instructions: _____

8.  **SELECT ONE RETURN DELIVERY OPTION:**
    ☐ Mail   ☐ Pick Up   ☑ Fax # 602-382-0070

9.  The following individual should be called to pick up completed documents:

    Pick-up by: _____   Date: _____
    (FOR ACC USE ONLY. Do not fill in this box)

10. Name/Service Co.  SUSAN MONCATA   Phone: 623-322-0230
    Please respond promptly to phone messages. Documents will be mailed if they are not picked up in a timely manner - approximately two weeks. In that event, the documents should be mailed to the following address:

    Firm Name: _____   Attn: _____
    Address: _____
    City, State, Zip: _____

Attach. A Ostrum Dec. Ex. 42 at 006

http://images.azcc.gov/scripts/cgi/dwispart2.pl?COMMAND=4&SESSIONID=dMpTp0rD...   8/31/2015

# Exhibit 43

Search Date and Time:
**8/31/2015 6:40:52 AM**

File Number:
**L15535566**

Corporation Name:
**OPTIMIZE, L.L.C.**        LATEST DATE TO DISSOLVE 12/31/2059

Collapse | Expand



Corporate Inquiry

| **File Number** | L15535566 |
| --- | --- |
| **Corporation Name** | OPTIMIZE, L.L.C. |
| **Standing** | Check Corporate Status |

Domestic Address

67 S HIGLEY RD
STE 103-250
GILBERT, AZ 85296

Statutory Agent Information

**Agent Name:** ROBERT J ST CLAIR

**Agent Mailing/Physical Address:**

% FREEMAN & ST CLAIR PLLC
215 N COURT AVE 2ND FLR
TUCSON, AZ 85701

Attach. A Ostrum Dec. Ex. 43 at 001

**Agent Status:** APPOINTED 09/21/2009

**Agent Last Updated:** 12/23/2009

Additional Entity Information ▲

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 9/21/2009 | **Corporation Life Period:** |
| **Domicile:** ARIZONA | **County:** PIMA |
| **Approval Date:** 9/23/2009 | **Original Publish Date:** 11/6/2009 |
| **Status:** LATEST DATE TO DISSOLVE | **Dissolution/Withdrawal Date:** 12/31/2059 |

Manager/Member Information ▲

| | |
|---|---|
| **Name** | ETHINGTON MANAGEMENT INC |
| **Title** | MANAGER |
| **Address** | REDACTED<br>TUCSON, AZ 85743 |
| **Date of Taking Office** | 09/21/2009 |
| **Last Updated** | 09/23/2009 |
| **Name** | BOXED BEGINNINGS LLC |
| **Title** | MANAGER |
| **Address** | 6040 E MAIN ST #138<br>MESA, AZ 85205 |
| **Date of Taking Office** | 09/21/2009 |
| **Last Updated** | 09/23/2009 |

Attach. A Ostrum Dec. Ex. 43 at 002

http://ecorp.azcc.gov/Details/Corp?corpId=L15535566

8/31/2015



| Name | ETHINGTON MANAGEMENT INC |
|---|---|
| Title | MEMBER |
| Address | REDACTED<br>TUCSON, AZ 85743 |
| Date of Taking Office | 09/21/2009 |
| Last Updated | 09/23/2009 |
| Name | BOXED BEGINNINGS LLC |
| Title | MEMBER |
| Address | 6040 E MAIN ST #138<br>MESA, AZ 85205 |
| Date of Taking Office | 09/21/2009 |
| Last Updated | 09/23/2009 |

## Scanned Documents

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | 04959297 |
|---|---|
| Description | AMENDMENT |
| Date Received | 3/10/2015 |
| Document Number | 02985033 |
| Description | PUB OF ARTICLES OF ORGANIZATION |
| Date Received | 11/6/2009 |
| Document Number | 02888937 |
| Description | ARTICLES OF ORGANIZATION |
| Date Received | 9/21/2009 |

Attach. A Ostrum Dec. Ex. 43 at 003



Microfilm

| Location | Entered | Description |
|---|---|---|
| 32201078034 | 9/21/2009 | ARTICLES OF ORGANIZATION |
| 32207110004 | 11/6/2009 | PUB OF ARTICLES OF ORGANIZATION |

Amendments

| | |
|---|---|
| **Amendment Date** | 3/9/2015 |
| **Amendment Type** | AMENDMENT |
| **Publish Date** | |
| **Publish Exception** | WAIVE |

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) I Contact Us (http://www.azcc.gov/divisions/corporations/contact-us.asp)

Attach. A Ostrum Dec. Ex. 43 at 004

http://ecorp.azcc.gov/Details/Corp?corpId=L15535566                    8/31/2015

AZ Corp. Commission

C2886937

AZ CORPORATION COMMISSION
FILED

SEP 1 1 2009

DO NOT WRITE ABOVE THIS LINE, FOR ACC USE ONLY

## ARTICLES OF ORGANIZATION

DO NOT PUBLISH
THIS SECTION
NOTE: A professional
limited liability
company is an LLC
organized for the
purpose of rendering
one or more categories
of professional service.
Professional service is
defined as a service
that may be lawfully
rendered only by a
person licensed in this
state to render the
service.

1. The LLC name must
contain the words
"limited liability
company" or "limited
company" or the
abbreviations "L.L.C.",
"L.C.", "LLC" or "LC".
The Professional LLC
name must contain the
words "professional
limited liability
company" or the
abbreviations
"P.L.L.C.", "P.LC",
"PLLC" or "PLC"

2. Must be an Arizona
address. DO NOT
LEAVE THIS SECTION
BLANK

3. If the statutory
agent has a PO BOX
then they must also
provide a physical
address or description
of the location.

This agent must sign.
The address or provide
written consent to
acceptance of the
appointment.

Select one. This form may be used for:

☒ ARIZONA LIMITED LIABILITY COMPANY (A.R.S. §29-632)

☐ ARIZONA PROFESSIONAL LIMITED LIABILITY COMPANY (A.R.S. §29-841.01)

1. The name of the organization:

A. _____
   LLC Name Reservation File Number (if one has been obtained). If not, leave this line blank

B. OPTIMIZE, L.L.C.
   Limited Liability Company Name

2. Known place of business in Arizona (if address is the same as the street address of the statutory
agent, who is an statutory agent, DO NOT LEAVE THIS SECTION BLANK)

Address 5880 N. Tucson Mountain Drive

City Tucson          State AZ          Zip 85743

3. The name and street address of the statutory agent in Arizona

Name Robert J. St. Clair, Esq.
     Freeman & St. Clair, PLLC
Address 215 N. Court Avenue, 2nd Floor

City Tucson          State AZ          Zip 85701

Acceptance of Appointment by Statutory Agent:
            Robert J. St. Clair    , having been designated to act as
{Print Name of the Statutory Agent}
Statutory Agent, hereby consent to act in that capacity until removed or resignation
is submitted in accordance with the Arizona Revised Statute.

Agent Signature: _____

If signing on behalf of a company, please print the company name here.

LL5004          Page 3 of 4          Arizona Corporation Commission
Rev. 09/2008                              Corporations Division

Attach. A Ostrum Dec. Ex. 43 at 005

http://images.azcc.gov/scripts/cgi/dwispart2.pl?COMMAND=4&SESSIONID=OcrWRFw...  8/31/2015

DO NOT PUBLISH THIS SECTION
4. Only required for professional limited liability companies.
The purpose must state the professional service or services that the company is organized to perform.
Professional service is defined as a service that may be lawfully rendered only by a person licensed in this state to render the service.

5. The latest date, if any, on which the Company must dissolve. If a dissolution date should include the month, day and year.
Perpetual means continuing forever or indefinitely.

6. Blank unless management powers will be exercisable by your company. Provide name, title and address for each person.

6A. Reserved at the member(s) - check the member's box and provide the name(s) and address(es) of each member. NOTE: If reserved to the member(s) you cannot list any manager.

6B. If vested in manager(s) check the manager's box and provide the name(s) and address(es) of each manager and each member who owns twenty (20%) percent or greater interest in the capital or profits of the LLC PLLC.

The person(s) executing this document need not be a manager or member of the company.

**4. Purpose of this (Professional) Limited Liability Company is to provide the following (professional) service(s): (Only required for a Professional LLC Company)**

**5. Dissolution: The latest date of Dissolution**

☑ The latest date to dissolve 12 / 31 / 2059  (Please enter month, day and four digit year)

☐ The Limited Liability Company is Perpetual

**6. Management Structure: (Check one box only) A.R.S. §29-632(5)**

A. ☐ **RESERVED TO THE MEMBER(S)**
IF RESERVED TO THE MEMBERS, YOU MAY SELECT ONLY THE MEMBER BOX FOR EACH MEMBER LISTED.

B. ☑ **VESTED IN MANAGER(S)**
IF VESTED IN THE MANAGERS, AT LEAST ONE ENTRY BELOW MUST HAVE THE MANAGER BOX CHECKED.

| | |
|---|---|
| Name Ethington Management, Inc. | Name Boxed Beginnings, L.L.C. |
| ☑ Member ☑ Manager (only if "B" is selected above) | ☑ Member ☑ Manager (only if "B" is selected above) |
| Address REDACTED | Address 6040 E. Main St., Suite 138 |
| City Tucson State AZ Zip 85743 | City Messon State AZ Zip 85205 |
| Name_____ | Name_____ |
| ☐ Member ☐ Manager (only if "B" is selected above) | ☐ Member ☐ Manager (only if "B" is selected above) |
| Address_____ | Address_____ |
| City_____ State_____ Zip_____ | City_____ State_____ Zip_____ |

IF YOU NEED MORE SPACE FOR LISTING MEMBERS / MANAGERS PLEASE ATTACH THE ADDITIONAL SHEET TO THE ARTICLES OF ORGANIZATION.

Executed this 21st day of September 2009

Executed by: _[signature]_ Print Name Robert J. St. Clair

If signing on behalf of a company, please print the company name here.

Phone Number: _____  Fax Number: _____

Attach. A Ostrum Dec. Ex. 43 at 006

# Exhibit 44

Search Date and Time:
**8/31/2015 6:45:48 AM**

File Number:
**L16162170**

Corporation Name:
**GROWTH HORMONES DIRECT, LLC**      LATEST DATE TO DISSOLVE 12/31/2060

Collapse | Expand



Corporate Inquiry ▲

| **File Number** | L16162170 |
| **Corporation Name** | GROWTH HORMONES DIRECT, LLC |
| **Standing** | Check Corporate Status |

Domestic Address ▲

5880 N TUCSON MOUNTAIN DR
TUCSON, AZ 85743

Statutory Agent Information ▲

**Agent Name:** ROBERT J ST CLAIR

**Agent Mailing/Physical Address:**

FREEMAN & ST CLAIR PLLC
215 N COURT AVE 2ND FLOOR
TUCSON, AZ 85701

Attach. A Ostrum Dec. Ex. 44 at 001

**Agent Status:** APPOINTED 07/21/2010

**Agent Last Updated:** 08/03/2010

Additional Entity Information ▲

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 7/21/2010 | **Corporation Life Period:** |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 7/27/2010 | **Original Publish Date:** 8/26/2010 |
| **Status:** LATEST DATE TO DISSOLVE | **Dissolution/Withdrawal Date:** 12/31/2060 |

Manager/Member Information ▲

| | |
|---|---|
| **Name** | SETH HASSELL |
| **Title** | MANAGER |
| **Address** | 67 S HIGLEY RD SUITE 103-250 GILBERT, AZ 85296 |
| **Date of Taking Office** | 07/21/2010 |
| **Last Updated** | 07/27/2010 |
| **Name** | CLINT ETHINGTON |
| **Title** | MANAGER |
| **Address** | REDACTED TUCSON, AZ 85743 |
| **Date of Taking Office** | 07/21/2010 |
| **Last Updated** | 07/27/2010 |

Attach. A Ostrum Dec. Ex. 44 at 002

http://ecorp.azcc.gov/Details/Corp?corpId=L16162170

8/31/2015

| Name | CIRCLULAR MOTIONS LLC |
|---|---|
| Title | MEMBER |
| Address | 67 S HIGLEY RD<br>SUITE 103-250<br>GILBERT, AZ 85296 |
| Date of Taking Office | 07/21/2010 |
| Last Updated | 07/27/2010 |
| Name | ETHINGTON MANAGEMENT INC |
| Title | MEMBER |
| Address | REDACTED<br>TUCSON, AZ 85743 |
| Date of Taking Office | 07/21/2010 |
| Last Updated | 07/27/2010 |

## Scanned Documents ⚠

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | 03253118 |
|---|---|
| Description | PUB OF ARTICLES OF ORGANIZATION |
| Date Received | 8/26/2010 |
| Document Number | 03176539 |
| Description | AMENDMENT |
| Date Received | 7/27/2010 |
| Document Number | 03176446 |
| Description | ARTICLES OF ORGANIZATION |
| Date Received | 7/21/2010 |

Attach. A Ostrum Dec. Ex. 44 at 003

http://ecorp.azcc.gov/Details/Corp?corpId=L16162170

8/31/2015

## Microfilm ▲

| Location | Entered | Description |
|----------|---------|-------------|
| 32224094004 | 7/21/2010 | ARTICLES OF ORGANIZATION |
| 32224095031 | 7/27/2010 | AMENDMENT |
| 32230025003 | 8/26/2010 | PUB OF ARTICLES OF ORGANIZATION |

## Amendments ▲

| | |
|---|---|
| **Amendment Date** | 7/27/2010 |
| **Amendment Type** | NAME CHANGE |
| **Publish Date** | |
| **Publish Exception** | WAIVE |

## Name Changes/Restructuring ▲

| | |
|---|---|
| **Description** | CHANGED FROM |
| **Corporation Name** | GROWTH HORMONES DIERCT, LLC (/Details/corp?corpid=L16162170) |
| **Date** | 7/27/2010 |

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us (http://www.azcc.gov/divisions/corporations/contact-us.asp)

Attach. A Ostrum Dec. Ex. 44 at 004

AZ Corp. Commission

|||||||||||||||||||||||||||

0317E445

**AZ CORPORATION COMMISSION**
**FILED**

JUL 2 1 2010

FILE NO: L1616217-0

DO NOT WRITE ABOVE THIS LINE, FOR ACC USE ONLY

# ARTICLES OF ORGANIZATION

DO NOT PUBLISH
THIS SECTION
NOTE: A professional
limited liability
company is an LLC
organized for the
purpose of rendering
one or more categories
of professional service.
Professional service is
defined as a service
that may be lawfully
rendered only by a
person licensed in this
state to render the
service.

1. The LLC name must
contain the words
"limited liability
company or "limited
company" or the
abbreviations "L.L.C.",
"L.C.", "LLC", or "LC".
The Professional LLC
name must contain the
words "professional
limited liability
company or the
abbreviations
"P.L.L.C.", "P.L.C.",
"PLLC", or "PLC".

2. Must be an Arizona
address. DO NOT
LEAVE THIS SECTION
BLANK.

3. If the statutory
agent has a PO BOX
then they must also
provide a physical
address or description
of the location.

The agent must sign
the articles or provide
written consent to
acceptance of the
appointment.

LL0004
Rev: 1/09/08

Select one. This form may be used for:

☒ ARIZONA LIMITED LIABILITY COMPANY (A.R.S. §29-632)

☐ ARIZONA PROFESSIONAL LIMITED LIABILITY COMPANY (A.R.S. §29-841.01)

1. The name of the organization:

A. _____
LLC Name Reservation File Number (if one has been obtained). If not, leave this line blank.

B. GROWTH HORMONES DIRECT, LLC
Limited Liability Company Name

2. Known place of business in Arizona (If address is the same as the street address of the statutory agent, write "same as statutory agent". DO NOT LEAVE THIS SECTION BLANK)

Address  5380 N. Tucson Mountain Drive

City  Tucson          State  AZ      Zip  85743

3. The name and street address of the statutory agent in Arizona

Name  Robert J. St. Clair, Esq.

Address  215 N. Court Avenue, 2nd Floor

City  Tucson          State  AZ      Zip  85701

Acceptance of Appointment by Statutory Agent:
I, Robert J. St. Clair , having been designated to act as
(Print Name of the Statutory Agent)
Statutory Agent, hereby consent to act in that capacity until removed or resignation
is submitted in accordance with the Arizona Revised Statute.

Agent Signature: _____

If signing on behalf of a company, please print the company name here.

Attach. A Ostrum Dec. Ex. 44 at 005

http://images.azcc.gov/scripts/cgi/dwispart2.pl?COMMAND=4&SESSIONID=SRDvVSii...   8/31/2015

DO NOT PUBLISH THIS SECTION

4. Only required for professional limited liability company. The purpose must state the professional service or services that the company is organized to perform. Professionals needs to denote as a service that may be lawfully rendered only by a person licensed in this state to render the service.

5. The latest date, if any, on which the Company must dissolve. If a dissolution date should include the month, day and year. Perpetual means continuing forever or indefinitely.

6. Check which management structure will be applicable to your company. Provide name, title and address for each person.

6A. If reserved to the member(s), check the member's box and provide the name(s) and address(es) of each member. NOTE: If reserved to the member(s) you cannot list any manager.

6B. If vested in manager(s) check the manager's box and provide the name(s) and address(es) of each manager and each member who owns a twenty (20%) percent or greater interest in the capital or profits of the LLC/PLLC.

The person(s) executing this document must not be a manager or member of the company.

Your phone and fax are optional.

LL0004
Rev 10/2005

4. **Purpose of this (Professional) Limited Liability Company is to provide the following (professional) service(s): (Only required for a Professional LLC Company)**

_____

4. **Dissolution: The latest date of Dissolution**

☒ The latest date to dissolve 12 / 31, 2060 (Please enter month, day and four digit year)

☐ The Limited Liability Company is Perpetual

5. **Management Structure: (Check one box only) A.R.S. §29-632(B)**

A. ☐ RESERVED TO THE MEMBER(S)
(IF RESERVED TO THE MEMBER(S), YOU MAY SELECT ONLY THE MEMBER BOX FOR EACH MEMBER LISTED)

B. ☒ VESTED IN MANAGER(S)
(IF VESTED IN THE MANAGER(S), AT LEAST ONE ENTRY BELOW MUST HAVE THE MANAGER BOX CHECKED)

Name __Clint Ethington__

☐ Member ☒ Manager (only if "B" is selected above)
Address: REDACTED

City __Tucson__ State __AZ__ Zip __85743__

Name __Ethington Management, Inc.__

☒ Member ☐ Manager (only if "B" is selected above)
Address: REDACTED

City __Tucson__ State __AZ__ Zip __85743__

Name __Seth Hassell__

☐ Member ☒ Manager (only if "B" is selected above)
67 S. Higley Road
Address __Suite 103-250__

City __Gilbert__ State __AZ__ Zip __85296__

Name __Cirquler Motions, LLC__

☒ Member ☐ Manager (only if "B" is selected above)
67 S. Higley Road
Address __Suite 103-250__

City __Gilbert__ State __AZ__ Zip __85296__

IF YOU NEED MORE SPACE FOR LISTING MEMBERS / MANAGERS PLEASE ATTACH THE ADDITIONAL PAGE TO THE ARTICLES OF ORGANIZATION.

Executed this __30__ day of __July__ __2010__

Executed by: _[signature]_ Print Name __Robert J. St. Clair__

If signing on behalf of a company, please print the company name here _____

Phone Number: __520-792-1912__ Fax Number: _____

Attach. A Ostrum Dec. Ex. 44 at 006

http://images.azcc.gov/scripts/cgi/dwispart2.pl?COMMAND=4&SESSIONID=SRDvVSii...    8/31/2015

# Exhibit 45

Search Date and Time:
**8/31/2015 6:37:20 AM**

File Number:
**L15349051**

Corporation Name:
**HCG DIET DIRECT, LLC**     LATEST DATE TO DISSOLVE 12/31/2059

Collapse | Expand

Corporate Inquiry ▲

| **File Number** | L15349051 |
|---|---|
| **Corporation Name** | HCG DIET DIRECT, LLC |
| **Standing** | Check Corporate Status |

Domestic Address ▲

2753 E BROADWAY STE 101-205
MESA, AZ 85204

Statutory Agent Information ▲

**Agent Name:** ROBERT J ST CLEAR ESQ

**Agent Mailing/Physical Address:**

FREEMAR & ST CLAIR PLLC
215 N COURT AVENUE, 2ND FLOOR
TUCSON, AZ 85701

Attach. A Ostrum Dec. Ex. 45 at 001

http://ecorp.azcc.gov/Details/Corp?corpId=L15349051

8/31/2015

**Agent Status:** APPOINTED 06/23/2009

**Agent Last Updated:** 09/14/2009

Additional Entity Information ▲

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 6/23/2009 | **Corporation Life Period:** |
| **Domicile:** ARIZONA | **County:** PIMA |
| **Approval Date:** 6/25/2009 | **Original Publish Date:** 7/23/2009 |
| **Status:** LATEST DATE TO DISSOLVE | **Dissolution/Withdrawal Date:** 12/31/2059 |

Manager/Member Information ▲

| | |
|---|---|
| **Name** | CLINT ETHINGTON |
| **Title** | MANAGER |
| **Address** | 5880 N TUCSON MOUNTAIN DR TUCSON, AZ 85743 |
| **Date of Taking Office** | 10/30/2009 |
| **Last Updated** | 12/03/2009 |
| **Name** | LAUREN ETHINGTON |
| **Title** | MANAGER |
| **Address** | 5880 N TUCSON MOUNTAIN DR TUCSON, AZ 85743 |
| **Date of Taking Office** | 06/23/2009 |
| **Last Updated** | 12/03/2009 |

Attach. A Ostrum Dec. Ex. 45 at 002

| Name | LIVE BEYOND LLC |
|---|---|
| Title | MEMBER |
| Address | 67 S HIGLEY RD STE 103-250<br>GILBERT, AZ 85296 |
| Date of Taking Office | 10/30/2009 |
| Last Updated | 11/03/2011 |
| Name | ETHINGTON MANAGEMENT INC |
| Title | MEMBER |
| Address | 5880 N TUCSON MOUNTAIN DR<br>TUCSON, AZ 85743 |
| Date of Taking Office | 10/30/2009 |
| Last Updated | 12/03/2009 |

### Scanned Documents ⚠

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | 03637236 |
|---|---|
| Description | CHANGE(S) |
| Date Received | 10/6/2011 |
| Document Number | 02901211 |
| Description | AMENDMENT |
| Date Received | 11/17/2009 |
| Document Number | 02841010 |
| Description | PUB OF ARTICLES OF ORGANIZATION |
| Date Received | 7/23/2009 |

Attach. A Ostrum Dec. Ex. 45 at 003

http://ecorp.azcc.gov/Details/Corp?corpId=L15349051

8/31/2015

| Document Number | 02822613 |
|---|---|
| Description | ARTICLES OF ORGANIZATION |
| Date Received | 6/23/2009 |

Microfilm ▲

| Location | Entered | Description |
|---|---|---|
| 32193085025 | 6/23/2009 | ARTICLES OF ORGANIZATION |
| 32200018028 | 7/23/2009 | PUB OF ARTICLES OF ORGANIZATION |
| 32202072018 | 11/17/2009 | AMENDMENT |
| 32284032014 | 10/6/2011 | CHANGE(S) |

Amendments ▲

| Amendment Date | 10/30/2009 |
|---|---|
| Amendment Type | AMENDMENT |
| Publish Date | |
| Publish Exception | WAIVE |

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) I Contact Us
(http://www.azcc.gov/divisions/corporations/contact-us.asp)

Attach. A Ostrum Dec. Ex. 45 at 004



AZ CORPORATION COMMISSION
FILED

JUN 1 3 2009

L-1534905-1

AZ Corp. Commission
02832613

(DO NOT WRITE ABOVE THIS LINE, FOR ACC USE ONLY)

# ARTICLES OF ORGANIZATION

Select one. This form may be used for:

☒ ARIZONA LIMITED LIABILITY COMPANY (A.R.S. §29-632)

☐ ARIZONA PROFESSIONAL LIMITED LIABILITY COMPANY (A.R.S. §29-841.01)

**1. The name of the organization:**

A. _____ LLC Name Reservation File Number (if one has been obtained). If not, leave this line blank

B. HCG DIET DIRECT, LLC
Limited Liability Company Name

**2. Known place of business in Arizona** (if address is the same as the street address of the statutory agent, write "same as statutory agent". DO NOT LEAVE THIS SECTION BLANK):

Address 7950 N. Silverbell Road, #114-287

City Tucson     State AZ     Zip 85743-5229

**3. The name and street address of the statutory agent in Arizona**

Name Robert J. St. Clair, Esq.
Freeman & St. Clair, PLLC
Address 215 N. Court Avenue, 2nd Floor

City Tucson     State AZ     Zip 85701

Acceptance of Appointment by Statutory Agent:

I, Robert J. St. Clair , having been designated to act as
(Print Name of the Statutory Agent)
Statutory Agent, hereby consent in the capacity until removed or resignation
is submitted in accordance with the Arizona Revised Statute.

Agent Signature: _____

If signing on behalf of a company, please print the company name here.

LL0004
Rev: 08/2008     Page 3 of 4     Arizona Corporation Commission
Corporations Division

Attach. A Ostrum Dec. Ex. 45 at 005

DO NOT PUBLISH
THIS SECTION
4. Only required for
professional Limited
liability company.
The purpose must
state the
professional service
or services that the
company is
organized to
perform.
Professional service
is defined as a
service that may be
lawfully rendered
only by a person
licensed in this state
to render the
service.

5. The latest date, if
any, on which the
Company must
dissolve.
If a dissolution date
should feature the
month, day and
year.
Perpetual means
continuing forever or
indefinitely

6. Check which
management
structure will be
applicable to your
company. Provide
name, title and
address for each
person.

6A. If reserved to
the member(s),
check the member's
box and provide the
name(s) and
address (es) of each
member. NOTE: If
reserved to the
member(s) you
cannot list any
Manager.

6B. If vested in
manager(s) check
the manager's box
and provide the
name(s) and
address (es) of each
manager and each
member who owns a
twenty (20%)
percent or greater
interest in the capital
or profits of the LLC/
PLLC.

The person (s)
executing this
document need not
be a manager or
member of the
company.

**4. Purpose** of this (Professional) Limited Liability Company is to provide the following (professional) service(s): (Only required for a Professional LLC Company)

**5. Dissolution:** The latest date of Dissolution

☒ The latest date to dissolve 12 /31 /2059 (Please enter month, day and four digit year)

☐ The Limited Liability Company is Perpetual

**6. Management Structure:** (Check one box only) A.R.S. §29-632(5)

A. ☐ **RESERVED TO THE MEMBER(S)**
IF RESERVED TO THE MEMBER(S), YOU MAY SELECT ONLY THE MEMBER BOX FOR EACH MEMBER LISTED.

B. ☒ **VESTED IN MANAGER(S)**
IF VESTED IN THE MANAGER(S), AT LEAST ONE ENTRY BELOW MUST HAVE THE MANAGER BOX CHECKED.

Name Lauren Ethington
☒ Member ☒ Manager (only if "B" is selected above)
Address: 7850 N. Silverbell Road, #114-287
City Tucson State AZ Zip 85743-5223

Name Clint Ethington
☒ Member ☐ Manager (only if "B" is selected above)
Address: 7850 N. Silverbell Road, #114-287
City Tucson State AZ Zip 85743-5223

Name
☐ Member ☐ Manager (only if "B" is selected above)
Address:
City State Zip

Name
☐ Member ☐ Manager (only if "B" is selected above)
Address:
City State Zip

IF YOU HAVE MORE THAN FOUR MEMBERS / MANAGERS, PLEASE ATTACH ADDITIONAL PAGES TO THE ARTICLES OF ORGANIZATION.

Executed this 23 day of June 2009

Executed by [signature] Print Name Robert J. St. Clair

If signing on behalf of a company, please print the company name here.

Phone Number: (520) 792-1912    Fax Number: (520) 884-8842

Attach. A Ostrum Dec. Ex. 45 at 006

# Exhibit 46

Search Date and Time:
**8/31/2015 6:54:44 AM**

File Number:
**L16162555**

Corporation Name:
**PRESCRIPTION HCG, LLC**     LATEST DATE TO DISSOLVE 12/31/2060

Collapse | Expand



Corporate Inquiry ▲

| **File Number** | L16162555 |
|---|---|
| **Corporation Name** | PRESCRIPTION HCG, LLC |
| **Standing** | Check Corporate Status |

Domestic Address ▲

5880 N MOUNTAIN DR
TUCSON, AZ 85743

Statutory Agent Information ▲

**Agent Name:** ROBERT J ST CLAIR

**Agent Mailing/Physical Address:**

% FREEMAN & ST CLAIR PLLC
215 N COURT AVE 2ND FLR
TUCSON, AZ 85701

Attach. A Ostrum Dec. Ex. 46 at 001

**Agent Status:** APPOINTED 07/21/2010

**Agent Last Updated:** 09/24/2010

Additional Entity Information ⚠

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 7/21/2010 | **Corporation Life Period:** |
| **Domicile:** ARIZONA | **County:** PIMA |
| **Approval Date:** 7/26/2010 | **Original Publish Date:** 8/26/2010 |
| **Status:** LATEST DATE TO DISSOLVE | **Dissolution/Withdrawal Date:** 12/31/2060 |

Manager/Member Information ⚠

| | |
|---|---|
| **Name** | SETH HASSELL |
| **Title** | MANAGER |
| **Address** | 67 S HIGLEY RD #103-250<br>GILBERT, AZ 85296 |
| **Date of Taking Office** | 07/21/2010 |
| **Last Updated** | 07/26/2010 |
| **Name** | CLINT ETHINGTON |
| **Title** | MANAGER |
| **Address** | REDACTED<br>TUCSON, AZ 85743 |
| **Date of Taking Office** | 07/21/2010 |
| **Last Updated** | 07/26/2010 |

Attach. A Ostrum Dec. Ex. 46 at 002

http://ecorp.azcc.gov/Details/Corp?corpId=L16162555

8/31/2015



| Name | ETHINGTON MANAGEMENT INC |
|---|---|
| Title | MEMBER |
| Address | REDACTED<br>TUCSON, AZ 85743 |
| Date of Taking Office | 07/21/2010 |
| Last Updated | 07/26/2010 |
| Name | MANTA REY INVESTMENTS LLC |
| Title | MEMBER |
| Address | 67 S HIGLEY RD #103-250<br>GILBERT, AZ 85296 |
| Date of Taking Office | 07/21/2010 |
| Last Updated | 07/26/2010 |

Scanned Documents ▲

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | 03253117 |
|---|---|
| Description | PUB OF ARTICLES OF ORGANIZATION |
| Date Received | 8/26/2010 |
| Document Number | 03192018 |
| Description | ARTICLES OF ORGANIZATION |
| Date Received | 7/21/2010 |

Microfilm ▲

| Location | Entered | Description | |
|---|---|---|---|

Attach. A Ostrum Dec. Ex. 46 at 003

http://ecorp.azcc.gov/Details/Corp?corpId=L16162555                    8/31/2015

| Location | Entered | Description |
|----------|---------|-------------|
| 32225120042 | 7/21/2010 | ARTICLES OF ORGANIZATION |
| 32230025002 | 8/26/2010 | PUB OF ARTICLES OF ORGANIZATION |

Attach. A Ostrum Dec. Ex. 46 at 004

AZ Corp. Commission

03192018

AZ CORPORATION COMMISSION
FILED

JUL 2 1 2010

FILE NO. L-1616255-5

DO NOT WRITE ABOVE THIS LINE. FOR ACC USE ONLY

# ARTICLES OF ORGANIZATION

DO NOT PUBLISH THIS SECTION
NOTE: A professional limited liability company is an LLC organized for the purpose of rendering one or more categories of professional service. Professional service is defined as a service that may be lawfully rendered only by a person licensed in this state to render the service.

1. The LLC name must contain the words "limited liability company" or "limited company" or the abbreviations "L.L.C.", "L.C.", "LLC", or "LC". The Professional LLC name must contain the words "professional limited liability company or the abbreviations "P.L.L.C.", "P.L.C.", "PLLC", or "PLC."

2. Must be an Arizona address. DO NOT LEAVE THIS SECTION BLANK.

3. If the statutory agent has a PO BOX then they must also provide a physical address or description of the location.

The agent must sign this articles or provide written consent to acceptance of the appointment.

LL.0004
Rev. 10/2008

Select one. This form may be used for:

[X] ARIZONA LIMITED LIABILITY COMPANY (A.R.S. §29-632)

[ ] ARIZONA PROFESSIONAL LIMITED LIABILITY COMPANY (A.R.S. §29-841.01)

1. The name of the organization:

A. _____
LLC Name Reservation File Number (if one has been obtained). If not, leave this line blank

B. PRESCRIPTION MTG, LLC
Limited Liability Company Name

2. Known place of business in Arizona (if address is the same as the street address of the statutory agent, write "same as statutory agent". DO NOT LEAVE THIS SECTION BLANK.)

Address 5880 N. Mountain Drive

City Tucson    State AZ    Zip 85743

3. The name and street address of the statutory agent in Arizona.

Name Robert J. St. Clair, Esq.
Address Freeman & St. Clair, PLLC
215 N. Court Avenue, 2nd Floor

City Tucson    State AZ    Zip 85701

Acceptance of Appointment by Statutory Agent:
I, Robert J. St. Clair, having been designated to act as
(Print Name of the Statutory Agent)
Statutory Agent, hereby consent to act in that capacity until removed or resignation is submitted in accordance with the Arizona Revised Statute.

Agent Signature: _____

If signing on behalf of a company, please print the company name here.

Attach. A Ostrum Dec. Ex. 46 at 005

DO NOT PUBLISH THIS SECTION

4. Only required for professional limited liability company. The purpose must state the professional service or services that the company is organized to perform. Professional service is defined as a service that may be lawfully rendered only by a person licensed in this state to render the service.

5. The latest date, if any, on which the Company MUST dissolve. If a dissolution date should include the month, day and year. Perpetual means continuing forever or indefinitely.

6. Check which management structure will be applicable to your company. Provide name, title and address for each person.

6.A. If reserved to the member(s), list the name(s) and provide the name(s) and address(es) at each member, NOTE: If reserved to the member(s) you must list any member(s).

6B. If vested in manager(s) check the manager's box and provide the name(s) and address(es) of each manager who owns a twenty (20%) percent or greater interest in the capital or profits of the LLC/ PLLC.

The person (s) executing this document must not be a manager or member of the company.

Your phone and fax are optional.

LL2005
Rev 7/2005

---

4. Purpose of this (Professional) Limited Liability Company is to provide the following (professional) service(s): (Only required for a Professional LLC Company)

[blank box]

5. Dissolution: The latest date of Dissolution

☑ The latest date to dissolve _12/31/2060_ (Please enter month, day and four digit year)
☐ The Limited Liability Company is Perpetual

6. Management Structure: (Check one box only) A.R.S. §29-632(B)

A. ☐ RESERVED TO THE MEMBER(S)
IF RESERVED TO THE MEMBERS, YOU MAY SELECT ONLY THE MEMBER BOX FOR EACH NEW/REQUIRED.

B. ☑ VESTED IN MANAGER(S)
IF VESTED IN THE MANAGER(S), AT LEAST ONE ENTRY BELOW MUST HAVE THE MANAGER BOX CHECKED.

| | |
|---|---|
| Name _Clint Ethington_ | Name _Seth Hassell_ |
| ☐ Member ☑ Manager (only if "B" is selected above) | ☐ Member ☑ Manager (only if "B" is selected above) |
| Address: REDACTED | Address: _67 S. Higley Road_ _Suite 103-250_ |
| City _Tucson_ State _AZ_ Zip _85743_ | City _Gilbert_ State _AZ_ Zip _85296_ |
| Name _Ethington Management, Inc._ | Name _Manta Ray Investments, LLC_ |
| ☑ Member ☐ Manager (only if "B" is selected above) | ☑ Member ☐ Manager (only if "B" is selected above) |
| Address: REDACTED | Address: _67 S. Higley Road_ _Suite 103-250_ |
| City _Tucson_ State _AZ_ Zip _85743_ | City _Gilbert_ State _AZ_ Zip _85296_ |

IF YOU HAVE MORE SPACE FOR LISTED ENTRIES / MANAGERS PLEASE ATTACH THE ADDITIONAL PAGE TO THE ATTELISHOP DISREGARDED.

Executed this _27th_ day of _July_ , _2010_

Executed by _[signature]_ Print Name _Robert J. St. Clair_

If signing on behalf of a company, please print the company name here.

Phone Number: _520-772-1212_ Fax Number: _____

---

# Exhibit 47

Search Date and Time:
**8/31/2015 6:56:20 AM**

File Number:
**L16394153**

Corporation Name:
**NOVUSOP, L.L.C.**    LATEST DATE TO DISSOLVE 12/31/2060

Collapse | Expand



Corporate Inquiry ▲

| **File Number** | L16394153 |
| --- | --- |
| **Corporation Name** | NOVUSOP, L.L.C. |
| **Standing** | Check Corporate Status |

Domestic Address ▲

5880 N TUCSON MTN DR
TUCSON, AZ 85743

Statutory Agent Information ▲

**Agent Name:** ROBERT J ST CLAIR

**Agent Mailing/Physical Address:**

FREEMAN & ST CLAIR PLLC
215 N CT AVE 2ND FL
TUCSON, AZ 85701

Attach. A Ostrum Dec. Ex. 47 at 001

http://ecorp.azcc.gov/Details/Corp?corpId=L16394153

8/31/2015

**Agent Status:** APPOINTED 11/12/2010

**Agent Last Updated:** 02/01/2011

Additional Entity Information ▲

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 11/12/2010 | **Corporation Life Period:** |
| **Domicile:** ARIZONA | **County:** PIMA |
| **Approval Date:** 11/29/2010 | **Original Publish Date:** 12/30/2010 |
| **Status:** LATEST DATE TO DISSOLVE | **Dissolution/Withdrawal Date:** 12/31/2060 |

Manager/Member Information ▲

| | |
|---|---|
| **Name** | SETH HASSELL |
| **Title** | MANAGER |
| **Address** | 67 S HIGLEY RD #103-250 GILBERT, AZ 85296 |
| **Date of Taking Office** | 11/12/2010 |
| **Last Updated** | 11/29/2010 |
| **Name** | CLINT ETHINGTON |
| **Title** | MANAGER |
| **Address** | REDACTED TUCSON, AZ 85743 |
| **Date of Taking Office** | 11/12/2010 |
| **Last Updated** | 11/29/2010 |

Attach. A Ostrum Dec. Ex. 47 at 002

http://ecorp.azcc.gov/Details/Corp?corpId=L16394153

8/31/2015

| Name | ETHINGTON MANAGEMENT INC |
|---|---|
| Title | MEMBER |
| Address | REDACTED<br>TUCSON, AZ 85743 |
| Date of Taking Office | 11/12/2010 |
| Last Updated | 11/29/2010 |
| Name | SILVER LINING ASSETS LLC |
| Title | MEMBER |
| Address | 67 S HIGLEY RD #103-250<br>GILBERT, AZ 85296 |
| Date of Taking Office | 11/12/2010 |
| Last Updated | 11/29/2010 |

## Scanned Documents ⚠

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | 03356008 |
|---|---|
| Description | PUB OF ARTICLES OF ORGANIZATION |
| Date Received | 12/30/2010 |
| Document Number | 03240357 |
| Description | ARTICLES OF ORGANIZATION |
| Date Received | 11/23/2010 |

## Microfilm ⚠

| Location | Entered | Description |
|---|---|---|

Attach. A Ostrum Dec. Ex. 47 at 003

http://ecorp.azcc.gov/Details/Corp?corpId=L16394153

8/31/2015

| Location | Entered | Description |
|----------|---------|-------------|
| 32240083045 | 11/23/2010 | ARTICLES OF ORGANIZATION |
| 32248080048 | 12/30/2010 | PUB OF ARTICLES OF ORGANIZATION |

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) I Contact Us (http://www.azcc.gov/divisions/corporations/contact-us.asp)

Attach. A Ostrum Dec. Ex. 47 at 004

AZ CORPORATION COMMISSION
FILED

NOV 1 8 2010

FILE NO. L-K6394155-3

AZ Corp. Commission
03240357

DO NOT WRITE ABOVE THIS LINE, FOR ACC USE ONLY

## ARTICLES OF ORGANIZATION

DO NOT PUBLISH THIS SECTION [text illegible sidebar notes]

Select one. This form may be used for:

☒ ARIZONA LIMITED LIABILITY COMPANY (A.R.S. §29-632)

☐ ARIZONA PROFESSIONAL LIMITED LIABILITY COMPANY (A.R.S. §29-841.01)

**1. The name of the organization:**

A. _____
LLC Name Reservation File Number (if one has been obtained). If not, leave this line blank

B. **NOVUSOP, L.L.C.**
Limited Liability Company Name

**2. Known place of business in Arizona** (if address is the same as the street address of the statutory agent, write "same as statutory agent". DO NOT LEAVE THIS SECTION BLANK)

Address **5880 N. Tucson Mountain Drive**

City **Tucson**          State **AZ**          Zip **85743**

**3. The name and street address of the statutory agent in Arizona**

Name **Robert J. St. Clair, Esq.**
**Freeman & St. Clair, PLLC**
Address **215 N. Court Avenue, 2nd Floor**

City **Tucson**          State **AZ**          Zip **85701**

**Acceptance of Appointment by Statutory Agent:**

I, **Robert J. St. Clair**, having been designated to act as
(Print Name of the Statutory Agent)
Statutory Agent, hereby consent to act in that capacity until removed or resignation
is submitted in accordance with the Arizona Revised Statutes.

Agent Signature: _[signature]_

If signing on behalf of a company, please print the company name here.

LL-0004
Rev. 10/2009          Page 1 of 4          Arizona Corporation Commission
Corporations Division

Attach. A Ostrum Dec. Ex. 47 at 005

http://images.azcc.gov/scripts/cgi/dwispart2.pl?COMMAND=4&SESSIONID=UGOkj2gi...    8/31/2015

**4. Purpose** of this (Professional) Limited Liability Company is to provide the following (professional) service(s): (Only required for a Professional LLC Company)

**5. Dissolution:** The latest date of Dissolution

☑ The latest date to dissolve 12 /31 /4060   (Please enter month, day and four digit year)

☐ The Limited Liability Company is Perpetual

**6. Management Structure:** (Check one box only) A.R.S. §29-632(5)

**A.** ☐ RESERVED TO THE MEMBER(S)
*IF RESERVED TO THE MEMBER(S), YOU MAY SELECT ONLY THE MEMBER BOX FOR EACH MEMBER LISTED*

**B.** ☑ VESTED IN MANAGER(S)
*IF VESTED IN THE MANAGER(S), AT LEAST ONE ENTRY BELOW MUST HAVE THE MANAGER BOX CHECKED*

Name  Clint Ethington                    Name  Seth Hassell

☐ Member ☑ Manager                       ☐ Member ☑ Manager
Address  REDACTED                         Address  67 S. Higley Road
                                          Suite 103-250

City. Tucson  State. AZ  Zip. 85743       City. Gilbert  State. AZ  Zip. 85296

Name  Ethington Management, Inc.          Name  Silver Lining Assets, LLC

☐ Member ☐ Manager                        ☐ Member ☐ Manager
Address  REDACTED                         Address  67 Higley Road
                                          Suite 103-250

City. Tucson  State. AZ  Zip. 85743       City. Gilbert  State. AZ  Zip. 85296

*IF YOU NEED MORE SPACE FOR ADDITIONAL MEMBERS/MANAGERS PLEASE ATTACH THEM FOR ADDITIONAL, REFER TO THE SCHEDULE OF CHARACTERS CODE*

Executed this _____ day of  November      2010

Executed by _____  Print Name  Robert J. St. Clair

*If signing on behalf of a company, please print the company name here.*

Phone Number:                          Fax Number:

LL-0004
Rev: 9/2009                            Page 4 of 4                   Arizona Corporation Commission
                                                                     Corporations Division

Attach. A Ostrum Dec. Ex. 47 at 006

# Exhibit 48

> **Please Note**
>
> Information listed in the History Corporate Inquiry may not reflect the most up to date information on record with the Commission. Please contact the Customer Service Call Center at 602-542-3026 for additional information.

Search Date and Time:
**8/31/2015 7:01:02 AM**

File Number:
**L16824660**

Corporation Name:
**DIET REDI, LLC**      ARTICLES OF TERMINATION 12/31/2014

Collapse | Expand



Corporate Inquiry ▲

| **File Number** | L16824660 |
| --- | --- |
| **Corporation Name** | DIET REDI, LLC |

Domestic Address ▲

5880 N TUCSON MOUNTAIN DR
TUCSON, AZ 85743

Statutory Agent Information ▲

**Agent Name:** ROBERT J ST CLAIR ESQ

Attach. A Ostrum Dec. Ex. 48 at 001

http://ecorp.azcc.gov/Details/Corp?corpId=L16824660

8/31/2015

**Agent Mailing/Physical Address:**

% FREEMAN & ST CLAIR PLLC
215 N COURT AVE 2ND FLR
TUCSON, AZ 85701

**Agent Status:** APPOINTED 05/20/2011

**Agent Last Updated:** 05/26/2011

Additional Entity Information 

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 5/20/2011 | **Corporation Life Period:** |
| **Domicile:** ARIZONA | **County:** PIMA |
| **Approval Date:** 5/26/2011 | **Original Publish Date:** 6/27/2011 |
| **Status:** ARTICLES OF TERMINATION | **Dissolution/Withdrawal Date:** 12/31/2014 |

Manager/Member Information

| | |
|---|---|
| **Name** | ETHINGTON MANAGEMENT INC |
| **Title** | MEMBER |
| **Address** | REDACTED<br>TUCSON, AZ 85743 |
| **Date of Taking Office** | 05/20/2011 |
| **Last Updated** | 05/26/2011 |

Attach. A Ostrum Dec. Ex. 48 at 002

http://ecorp.azcc.gov/Details/Corp?corpId=L16824660

8/31/2015

| Name | THE CAUSE INVESTMENTS LLC |
|---|---|
| Title | MEMBER |
| Address | 67 S HIGLEY RD #103-250<br>GILBERT, AZ 85296 |
| Date of Taking Office | 05/20/2011 |
| Last Updated | 05/26/2011 |
| Name | CLINT ETHINGTON |
| Title | MEMBER |
| Address | REDACTED<br>TUCSON, AZ 85743 |
| Date of Taking Office | 05/20/2011 |
| Last Updated | 05/26/2011 |

## Scanned Documents ⚠️

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | 04897687 |
|---|---|
| Description | ARTICLES OF TERMINATION |
| Date Received | 12/31/2014 |
| Document Number | 03554693 |
| Description | PUB OF ARTICLES OF ORGANIZATION |
| Date Received | 6/27/2011 |
| Document Number | 03482032 |
| Description | ARTICLES OF ORGANIZATION |
| Date Received | 5/20/2011 |

Attach. A Ostrum Dec. Ex. 48 at 003

http://ecorp.azcc.gov/Details/Corp?corpId=L16824660

8/31/2015



| Microfilm | | | ⚠ |
|---|---|---|---|
| **Location** | **Entered** | **Description** | |
| 32263037017 | 5/20/2011 | ARTICLES OF ORGANIZATION | |
| 32268021012 | 6/27/2011 | PUB OF ARTICLES OF ORGANIZATION | |

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us
(http://www.azcc.gov/divisions/corporations/contact-us.asp)

Attach. A Ostrum Dec. Ex. 48 at 004



AZ CORPORATION COMMISSION
FILED

MAY 2 0 2011

FILE NO. 1182466 3

DO NOT WRITE ABOVE THIS LINE, FOR ACC USE ONLY

## ARTICLES OF ORGANIZATION

Select one. This form may be used for:
☒ ARIZONA LIMITED LIABILITY COMPANY (A.R.S. §29-631)
☐ ARIZONA PROFESSIONAL LIMITED LIABILITY COMPANY (A.R.S. §29-841-01)

**1. The name of the organization:**

A.

LLC Name Reservation File Number (if one has been obtained). If not, leave this line blank.

B. DIET RED1, LLC
Limited Liability Company Name

**2. Known place of business in Arizona** (if address is the same as the street address of the statutory agent, write "same as statutory agent". DO NOT LEAVE THIS SECTION BLANK)

Address 5890 N. Tucson Mountain Drive

City Tucson          State AZ     Zip 85743

**3. The name and street address of the statutory agent in Arizona**

Name Robert J. St. Clair, Esq.
     Freeman & St. Clair, PLLC
Address 215 N. Court Avenue, 2nd Floor

City Tucson          State AZ     Zip 85701

Acceptance of Appointment by Statutory Agent:
I, Robert J. St. Clair , having been designated to act as
(Print Name of the Statutory Agent)
Statutory Agent, hereby consent to act in that capacity until removed or resignation
is submitted in accordance with the Arizona Revised Statute.

Agent Signature:

If signing on behalf of a company, please print the company name here.

Attach. A Ostrum Dec. Ex. 48 at 005

http://images.azcc.gov/scripts/cgi/dwispart2.pl?COMMAND=4&SESSIONID=W0yaO4uo...  8/31/2015

**DO NOT PUBLISH THIS SECTION**
4. Only required for professional limited liability company. The purpose of establishing the professional service or service that the company is organized to perform. Professional service is defined as a service that may be lawfully rendered only by a person licensed in this state to render the service.

5. The latest date it is, on which the Company must dissolve. If a dissolution date should include the month, day and year. Perpetual means continuing forever or indefinitely.

6. Check which management structure will be applicable to your company. Provide name, title and address for each person.

6.A. If reserved to the member(s), check the member/box and provide the name(s) and address(es) of each member. NOTE: If reserved to the member(s) you cannot list any manager.

6.B. If vested in manager(s) check the manager/box and provide the name(s) and address(es) of each manager and each member who owns a twenty (20%) percent or greater interest in the capital or profits of the LLC/PLLC.

The person (s) executing this document need not be a manager or member of the company.

Your phone and fax are optional.

LLC006
Rev. 12/2008

4. **Purpose of this (Professional) Limited Liability Company is to provide the following (professional) service(s):** (Only required for a Professional LLC Company)

5. **Dissolution: The latest date of Dissolution**

☑ The latest date to dissolve _12/31/3061_ (Please enter month, day and four digit year)

☐ The Limited Liability Company is Perpetual

6. **Management Structure:** (Check one box only) A.R.S. §29-632(5)

A. ☐ **RESERVED TO THE MEMBER(S)** IF RESERVED TO THE MEMBER(S), YOU MAY SELECT ONLY THE MEMBER BOX FOR EACH MEMBER LISTED

B. ☑ **VESTED IN MANAGER(S)** IF VESTED IN THE MANAGER(S), AT LEAST ONE ENTRY BELOW MUST HAVE THE MANAGER BOX CHECKED.

Name Clint Ethington    Name Ethington Management, Inc.

☐ Member ☑ Manager ~~REDACTED~~    ☑ Member ☐ Manager (only if "B" is selected above) ~~REDACTED~~

Address ~~REDACTED~~    Address ~~REDACTED~~

City Tucson State AZ Zip 85743    City Tucson State AZ Zip 85743

Name The Canoe Investments, LLC    Name _____

☑ Member ☐ Manager (only if "B" is selected above)    ☐ Member ☐ Manager (only if "B" is selected above)

Address 57 S. Higley Road, #103-250    Address _____

City Gilbert State AZ Zip 85296    City _____ State _____ Zip _____

IF YOU NEED MORE SPACE FOR LISTING MEMBERS / MANAGERS PLEASE ATTACH THE ADDITIONAL PAGE TO THE ARTICLES OF ORGANIZATION.

Executed this _20_ day of _May_ _2011_

Executed by _[signature]_    Print Name Robert J. St. Clair, Esq.

If signing on behalf of a company, please print the company name here.

Phone Number: 520-792-1912    Fax Number: 520-884-8842

Attach. A Ostrum Dec. Ex. 48 at 006

http://images.azcc.gov/scripts/cgi/dwispart2.pl?COMMAND=4&SESSIONID=W0yaO4uo... 8/31/2015

# Exhibit 49

Search Date and Time:
**8/31/2015 7:03:13 AM**

File Number:
**L17370139**

Corporation Name:
**EASY PAYMENT SERVICES, L.L.C.**

Collapse | Expand



Corporate Inquiry ▲

| **File Number** | L17370139 |
| **Corporation Name** | EASY PAYMENT SERVICES, L.L.C. |
| **Standing** | Check Corporate Status |

Domestic Address ▲

% ROBERT J ST CLAIR ESQ
215 N COURT AVE 2ND FLOOR
TUCSON, AZ 85701

Statutory Agent Information ▲

**Agent Name:** ROBERT J ST CLAIR ESQ

**Agent Mailing/Physical Address:**

215 N COURT AVE 2ND FLOOR
TUCSON, AZ 85701

**Agent Status:** APPOINTED 02/02/2012

Attach. A Ostrum Dec. Ex. 49 at 001

**Agent Last Updated:** 02/07/2012

## Additional Entity Information ⚠

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 2/2/2012 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** PIMA |
| **Approval Date:** 2/7/2012 | **Original Publish Date:** |

## Manager/Member Information ⚠

| | |
|---|---|
| **Name** | CLINT ETHINGTON |
| **Title** | MANAGER |
| **Address** | REDACTED<br>TUCSON, AZ 85743 |
| **Date of Taking Office** | 02/02/2012 |
| **Last Updated** | 02/07/2012 |
| **Name** | SETH HASSELL |
| **Title** | MANAGER |
| **Address** | 67 S HIGLEY RD 103-250<br>GILBERT, AZ 85296 |
| **Date of Taking Office** | 02/02/2012 |
| **Last Updated** | 02/07/2012 |

Attach. A Ostrum Dec. Ex. 49 at 002

http://ecorp.azcc.gov/Details/Corp?corpId=L17370139

8/31/2015

| Name | ETHINGTON MANAGEMENT INC |
|---|---|
| Title | MEMBER |
| Address | REDACTED<br>TUCSON, AZ 85743 |
| Date of Taking Office | 02/02/2012 |
| Last Updated | 02/07/2012 |
| Name | TRUE ENERGY VENTURES LLC |
| Title | MEMBER |
| Address | 67 S HIGLEY RD 103-250<br>GILBERT, AZ 85296 |
| Date of Taking Office | 02/02/2012 |
| Last Updated | 02/07/2012 |

Scanned Documents ▲

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | 03751527 |
|---|---|
| Description | ARTICLES OF ORGANIZATION |
| Date Received | 2/2/2012 |

Microfilm ▲

| Location | Entered | Description |
|---|---|---|
| 32291106025 | 2/2/2012 | ARTICLES OF ORGANIZATION |

Attach. A Ostrum Dec. Ex. 49 at 003

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us
(http://www.azcc.gov/divisions/corporations/contact-us.asp)

Attach. A Ostrum Dec. Ex. 49 at 004



AZ Corp. Commission

03751527

AZ CORPORATION COMMISSION
FILED

FEB 0 9 2012

FILE NO. L-1737013-9

**ARTICLES OF ORGANIZATION**
**OF**
**EASY PAYMENT SERVICES, L.L.C.**

*ARTICLE 1.* The name of the limited liability company is Easy Payment Services, L.L.C. (the "Company").

*ARTICLE 2.* The name and street address of the Company's agent for service of process are:

Robert J. St. Clair, Esq.
215 N. Court Ave., 2nd Floor
Tucson, AZ 85701

*ARTICLE 3.* Management of the Company is vested in managers.

*ARTICLE 4.* The names and addresses of each person who is a manager of the Company are:

Clint Elkington
REDACTED
Tucson, AZ 85743

Seth Hassell
67 S. Higley Road
103-250
Gilbert, AZ 85296

*ARTICLE 5.* The name(s) and address(es) of the member(s) who own a 20% or greater interest in the capital or profits of the Company is/are:

Elkington Management, Inc.
REDACTED
Tucson, AZ 85743

True Energy Ventures, L.L.C.
67 S. Higley Road
103-250
Gilbert, AZ 85296

*IN WITNESS WHEREOF,* the undersigned has executed these Articles of Organization as of the 31st day of January, 2012.

Robert J. St. Clair

I, Robert J. St. Clair, having been designated to act as Statutory Agent, hereby consent to act in that capacity until removed or resignation is submitted in accordance with Arizona Revised Statutes.

Robert J. St. Clair, Statutory Agent

Attach. A Ostrum Dec. Ex. 49 at 005

http://images.azcc.gov/scripts/cgi/dwispart2.pl?COMMAND=4&SESSIONID=WoU1s3Ps...   8/31/2015

# Exhibit 50



Search Date and Time:
**9/3/2015 12:59:40 PM**

File Number:
**L10344094**

Corporation Name:
**THE SOLE INVESTMENT COMPANY L.L.C.**

Collapse | Expand

Corporate Inquiry ▲

| File Number | L10344094 |
| --- | --- |
| Corporation Name | THE SOLE INVESTMENT COMPANY L.L.C. |
| Standing | Check Corporate Status |

Domestic Address ▲

712 W LIMBERLOST #19
TUCSON, AZ 85742

Statutory Agent Information ▲

**Agent Name:** SETH K HASSELL

**Agent Mailing/Physical Address:**

712 W LIMBERLOST #19
TUCSON, AZ 85742

**Agent Status:** APPOINTED 06/13/2002

Attach. A Ostrum Dec. Ex. 50 at 001

**Agent Last Updated:** 06/29/2002

## Additional Entity Information ▲

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 6/13/2002 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** PIMA |
| **Approval Date:** 6/29/2002 | **Original Publish Date:** |

## Manager/Member Information ▲

| | |
|---|---|
| **Name** | SETH K HASSELL |
| **Title** | MEMBER |
| **Address** | 712 W LIMBERLOST #19<br>TUCSON, AZ 85742 |
| **Date of Taking Office** | 06/13/2002 |
| **Last Updated** | 06/29/2002 |

## Microfilm ▲

| Location | Entered | Description |
|---|---|---|
| 11537011005 | 6/13/2002 | ARTICLES OF ORGANIZATION |

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us
(http://www.azcc.gov/divisions/corporations/contact-us.asp)

Attach. A Ostrum Dec. Ex. 50 at 002