# Attachment B

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br><br>Plaintiff,<br><br>v.<br><br>**HCG DIET DIRECT, LLC; and CLINT ETHINGTON,**<br><br>Defendants. | Civil Action No. 2:14-CV-00015-NVW<br><br>ORDER ON FEDERAL TRADE COMMISSION'S MOTION TO LIFT SUSPENSION OF JUDGMENT |

Pending before the Court is the Federal Trade Commission's Motion to Lift Suspension of Judgment. Having reviewed the parties' memoranda and supporting evidence, the Court HEREBY FINDS:

As set forth in the Stipulated Final Judgment and Order for Permanent Injunction and Other Equitable Relief, the Federal Trade Commission ("Commission") agreed to settle the matter with a $3,212,310.00 suspended judgment based on the "truthfulness, accuracy, and completeness of [these] sworn financial statements and related documents." (Dkt. #5, Stip. Jgmt. at 11.)

Pursuant to Section VIII.C. of the Stipulated Final Judgment, the Court will, upon motion of the Commission, lift the suspension of the judgment as to any Defendant that the Court finds failed to disclose any material asset, materially misstated the value of any asset, or made any other material misrepresentation or omission in the financial

1

representations.  If the suspension is lifted as to a defendant, the judgment becomes immediately due as to that defendant in the amount of $3,212,310.00, plus interest computed from the date of entry of the Stipulated Final Judgment, less any payment previously made.

Defendants HCG Diet Direct, LLC, and Clint Ethington failed to disclose material assets, materially misstated the value of assets, and made other material misrepresentations and omissions in their financial representations to the Commission.

THEREFORE, the Court **HEREBY GRANTS** the Federal Trade Commission's motion and **LIFTS THE SUSPENSION OF THE MONETARY JUDGMENT** as to Defendants HCG Diet Direct, LLC, and Clint Ethington.  Defendants are jointly and severally liable for $3,212,310, plus interest computed from the date of entry of the Stipulated Final Judgment.

SO ORDERED.