No. 2:14-CV-00015-NVW
**DEFENDANTS' RESPONSE TO FEDERAL TRADE COMMISSION'S MOTION TO LIFT SUSPENSION OF JUDGMENT AND REQUEST FOR SCHEDULING CONFERENCE TO SET EVIDENTIARY HEARING AND DISCOVERY SCHEDULE**

**INDEX OF EXHIBITS**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Placeholder for CD-ROM Audio Recording of May 2, 2013 Telephone Interview |
| B | Declaration of Clint Ethington, dated October 9, 2015 |
| C | Declaration of JoLynn Anderson, dated October 9, 2015 |