# EXHIBIT A

# PLACEHOLDER FOR CD-ROM AUDIO RECORDING OF MAY 2, 2013 TELEPHONE INTERVIEW

*DEN 98927241*